Case No.: 1:18-CV-0134 (BKS/ATB)

# EXHIBIT 2



STATE OF NEW YORK
## SUPREME COURT CHAMBERS
RENSSELAER COUNTY COURTHOUSE
TROY, NEW YORK 12180
(518) 285-6159
(518) 238-4335 (fax)

**RICHARD J. McNALLY, JR.**
JUSTICE

**KEITH A. MUSE**
LAW CLERK

November 1, 2016

Mr. Robert Nash
200 Alps Mountain Road
Averill Park, NY 12018

Re: Unrestricted Pistol Application

Dear Mr. Nash:

This letter reflects that on October 31, 2016 the Court held a hearing for the request that your restrictions be removed from your pistol/revolver license application.

While the Court has determined that the "Hunting, Target only" restrictions remain on your carry concealed permit, I note that the restrictions DO ALLOW you to carry concealed for purposes of off road back country, outdoor activities similar to hunting, for example fishing, hiking & camping etc.

I emphasize that the restrictions are intended to <u>prohibit</u> you from carrying concealed in ANY LOCATION typically open to and frequented by the general public.

I would suggest you keep a copy of this letter for your records.

Sincerely,

Richard J. McNally, Jr.
Supreme Court

RJM/mjs

cc: Charles Daniels
    Pistol Permit Clerk