# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GEORGE P. BEACH II, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-CV-0134 (BKS/ATB) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs state as follows:

Plaintiff New York State Rifle and Pistol Association, Inc. is a New York not-for-profit corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  January 31, 2018                                  Respectfully submitted,

David H. Thompson*  
Peter A. Patterson*  
John D. Ohlendorf*  
COOPER & KIRK, PLLC  
1523 New Hampshire Avenue, N.W.  
Washington, D.C. 20036  
(202) 220-9600  
(202) 220-9601 (fax)  
dthompson@cooperkirk.com  

   *Pro hac vice* application  
   forthcoming

s/ *Kathleen McCaffrey Baynes*  
Kathleen McCaffrey Baynes, Bar Roll No. 507154  

KATHLEEN MCCAFFREY BAYNES, ESQ., PLLC  
   *Attorney of Record*  
21 Everett Road Extension, Suite A-4  
Albany, NY 12205  
(518) 489-1098  
kmb@kmbaynes.com  

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have caused the document to be mailed by First Class USPS Mail to the following:

George P. Beach II
New York State Police
1220 Washington Avenue
Building 22
Albany, NY 12226,

Hon. Richard J. McNally, Jr.
Rensselaer County Courthouse
80 Second Street
Troy, NY 12180

s/ Kathleen McCaffrey Baynes
Kathleen McCaffrey Baynes

*Attorney for Plaintiffs*