United States District Court
Northern District of New York

**NEW ATTORNEY E-FILING REGISTRATION FORM**

*Enter your full name, as it will appear on your official Admission Certificate. Select your method of admission and enter the required information. Complete and sign the Oath on Admission.*

NAME: David         H.         Thompson                ○ Sr.  ○ Jr.
      First       Middle        Last                   ○ II   ○ III

○ **ADMISSION** see L.R. 83.1(b)
   Applicants who not admitted to practice in the Federal Courts of New York.

○ **RECIPROCAL ADMISSION** see L.R. 83.1(c)
   A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

● **PRO HAC VICE ADMISSION** see L.R. 83.1(d)
   Motion for Limited Admission Pro Hac Vice in       18-cv-134-BKS-ATB
   Applicant required to file a Pro Hac Vice access request in PACER.    (case number)

○ **FEDERAL GOVERNMENT ATTORNEY** see L.R. 83.1(e)
   ○ Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S. Government, who is admitted to practice in other Federal Districts
   ○ Attorney in the employ of the United States Government who is **not** admitted in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

○ **SPECIAL GROUP ADMISSION CEREMONY** [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]
   Admission at the Special Ceremony Scheduled on    /  /    in            , NY.

○ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

**Oath on Admission**

I, _____David H. Thompson_____, do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated:  2 / 2 / 2018

_____
*Attorney Signature*