# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**Petition of :** David H. Thompson

**AFFIDAVIT OF SPONSOR**

STATE OF NEW YORK
COUNTY OF Albany

Kathleen McCaffrey Baynes, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of Kathleen McCaffrey Baynes, Esq. PLLC, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: 507154.

2. I make this affidavit in support of the admission of David H. Thompson.

3. I have known David H. Thompson since December 27, 2017, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 5th, day of February, 20 18.

*[signature]*
**SPONSOR**

Sworn to before me this 5th day of February, 2018.

*[signature]*
Notary Public

STEPHEN G. LEVY
Notary Public, State of New York
No. 5026989
Qualified in Albany County
Commission Expires April 25, 20 18

w:\attyadm\Affidavit_of_Sponsor
Form Date: 6/7/2011