UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| IN THE MATTER OF THE APPLICATION OF DAVID H. THOMPSON | PETITION FOR ADMISSION TO PRACTICE PRO HAC VICE |
|---|---|

I, David H. Thompson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. That I reside in McLean, VA and my office address is 1523 New Hampshire Avenue, N.W., Washington, D.C. 20036.

2. That I have been admitted to practice in the courts of the District of Columbia since April 1, 1996.

3. That I have been admitted to practice in the courts of the State of New York since August 7, 1995.

4. That I graduated from Harvard Law School in 1994 after having completed the required courses of study.

5. That I have never been held in contempt of court, censured, suspended or disbarred by any court.

6. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| Court | Date of Admission | Bar No. |
|---|---|---|
| State of New York | 08/07/95 | 2701365 |
| District of Columbia | 04/01/96 | 450503 |
|  |  |  |
| U.S. District Court for: |  |  |
| District of Columbia | 02/02/98 | 450503 |
| Northern District of Florida | 06/17/08 | 450503-DC |
| District of Colorado | 02/17/15 | N/A |
|  |  |  |
| U.S. Court of Appeals: |  |  |

1

| | | |
|---|---|---|
| First Circuit | 12/12/17 | **1182387** |
| Second Circuit | 04/14/14 | N/A |
| Third Circuit | 02/03/04 | N/A |
| Fourth Circuit | 09/25/02 | N/A |
| Fifth Circuit | 02/26/09 | N/A |
| Sixth Circuit | 08/24/07 | N/A |
| Seventh Circuit | 04/06/12 | N/A |
| Eighth Circuit | 03/29/17 | N/A |
| Ninth Circuit | 02/10/97 | N/A |
| Tenth Circuit | 08/07/14 | N/A |
| Eleventh Circuit | 08/30/12 | N/A |
| Federal Circuit | 11/14/00 | N/A |
| District of Columbia Circuit | 01/17/06 | 50420 |
| | | |
| U.S. Court of Federal Claims | 12/20/96 | N/A |
| | | |
| United States Supreme Court | 11/16/98 | N/A |

7. That I am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

**WHEREFORE** it is respectfully requested that this court order that Petitioner, David H. Thompson, be admitted to practice *pro hac vice* before the Bar of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed this 2nd, day of February, 2018.**

_____
**PETITIONER**