UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| IN THE MATTER OF THE APPLICATION OF PETER A. PATTERSON | PETITION FOR ADMISSION TO PRACTICE PRO HAC VICE |
|---|---|

I, Peter A. Patterson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. That I reside in Cincinnati, OH, and my office address is 1523 New Hampshire Avenue, N.W., Washington, D.C. 20036.

2. That I have been admitted to practice in the courts of the District of Columbia since January 7, 2011.

3. That I have been admitted to practice in the courts of the State of Ohio since November 6, 2006.

4. That I graduated from Stanford Law School in 2006 after having completed the required courses of study.

5. That I have never been held in contempt of court, censured, suspended or disbarred by any court.

6. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| Court | Date of Admission | Bar No. |
|---|---|---|
| State of Ohio | 11/06/06 | 0080840 |
| District of Columbia | 01/07/11 | 998668 |
|  |  |  |
| U.S. District Court for: |  |  |
| Southern District of Ohio | 07/06/10 | N/A |
| District of Columbia | 08/05/13 | 998668 |
| District of Colorado | 05/22/15 | N/A |
|  |  |  |
| U.S. Court of Appeals: |  |  |

1

| | | |
|---|---|---|
| First Circuit | 12/12/17 | 1182386 |
| Second Circuit | 04/14/14 | N/A |
| Fourth Circuit | 05/10/11 | N/A |
| Fifth Circuit | 11/29/11 | N/A |
| Sixth Circuit | 12/10/06 | N/A |
| Seventh Circuit | 04/06/12 | N/A |
| Eighth Circuit | 03/29/17 | N/A |
| Ninth Circuit | 08/12/10 | N/A |
| Tenth Circuit | 08/07/14 | N/A |
| Eleventh Circuit | 08/22/12 | N/A |
| Federal Circuit | 10/26/10 | N/A |
| District of Columbia Circuit | 10/15/2014 | 55624 |
| Court of Federal Claims | 07/22/13 | N/A |
| United States Supreme Court | 02/19/13 | N/A |

7.     That I am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

**WHEREFORE** it is respectfully requested that this court order that Petitioner, Peter A. Patterson, be admitted to practice before the Bar of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed this 2nd, day of February, 2018.**

_____
**PETITIONER**

2