UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Index No. 1:18-CV-0134 (BKS / ATB)

NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC, et al.

Plaintiff(s)/Petitioner(s)

against

} AFFIDAVIT OF SERVICE

GEORGE P. BEACH, II, et al.

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF ALBANY
MICHAEL ALVARO, being sworn, says that deponent is not a party to this action, is over 18 years of age and resides at Albany, New York
That on FEBRUARY 2, 2018 at 3:15pm at 1220 Washington ave. (Bldg 22), Albany, NY 12226 deponent served the within

- ☐ Summons with Notice
- ☒ Summons and Complaint (Civil Action)
- ☒ Filing Order
- ☒ Corporate Disclosure Statement
- ☐ Subpoena with Notice to Take Deposition
- ☐ Subpoena for Testimony
- ☐ Subpoena Duces Tecum
- ☐ Citation
- ☐ Three Day Notice
- ☐ Notice of Petition and Petition
- ☐ Order to Show Cause

upon **GEORGE P. BEACH, II, in his official capacity as Superintendent of the New York State Police**

☒ defendant
☐ respondent      } (hereinafter called         } therein named
☐ witness         the recipient)

☐ INDIVIDUAL  by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient herein.

☐ CORPORATE / BUSINESS ENTITY  a corporation, by delivering thereat, a true copy of each to

☒ SUITABLE AGE PERSON  by delivering thereat, a true copy of each to MAUREEN PRICE, Counsel's Office / Designated To accept a person of suitable age and discretion. Said premises is recipient's work place the state.

☐ AFFIXING TO DOOR, ETC.  by affixing a true copy of each to the door of said premises, which is recipient's within the state. Deponent was unable, with due diligence, to find the recipient or a person of suitable age and discretion, thereat, having called there:

☒ MAILING  ☒ Deponent also enclosed a copy of same, in a postpaid sealed wrapper, bearing first class postage, properly addressed to recipient's work place at 1220 Washington Avenue, Bldg 22, Albany, NY 12226 and deposited same at a United States Post Office.
☐ mailing was made by certified mail (Receipt No.     )
☐ with return receipt requested.
Date of Mailing: FEBRUARY 3, 2018  (MARKED "PERSONAL & CONFIDENTIAL")

**Description of Individual Served**

| Sex: F | Color of Skin: WHITE | Color of Hair: BROWN |
|---|---|---|
| Approximate Age: 55 +/- | Approximate Weight: 160 +/- | Approximate Height: 5'8" +/- |
| Other identifying features: | ☐ Balding ☐ Mustache | ☐ Beard ☒ Glasses |

☐ WITNESS FEES  Traveling expense and one day witness fee: $    ☐ was paid (tendered to the recipient)
☐ was mailed to the witness with subpoena copy

☐ MILITARY SERVICE  I asked the person spoken to whether recipient is in the active military service of the United States or of the State of New York and received a negative reply.

Sworn before me on 2/5/18

_____
Notary Public

Gary T. Smith
Notary Public - State of New York
Qualified in Albany County
Commission No. 01SM5053659
My Commission Expires 12/26/20

MICHAEL ALVARO    518-438-8987

ALBANY INVESTIGATION
AND PROCESS SERVICES, LLC
50 COLVIN AVE SUITE 203
ALBANY, NY 12206

*Beach Martin* (handwritten signature)

```
              KIMBERLY SQUARE
         475 ALBANY SHAKER RD STE 9
                   ALBANY
                     NY
                 12211-9900
                 3500710211
02/03/2018     (800)275-8777    11:51 AM
```

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail | 1 | $2.05 |

Large Envelope
   (Domestic)
   (ALBANY, NY  12226)
   (Weight:0 Lb 5.20 Oz)
   (Estimated Delivery Date)
   (Monday 02/05/2018)

| | |
|---|---|
| Total | $2.05 |
| Cash | $2.05 |

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5120-0144-001-00016-69375-02

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

1669375-2