UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC.; ROBERT NASH,

                         *Plaintiffs*,

         -against-

GEORGE P BEACH II; RICHARD J MCNALLY JR., NYS Supreme Court Judge,

                         *Defendants*.

**NOTICE OF APPEARANCE**

18-CV-0134

(BKS/ATB)

---

       PLEASE TAKE NOTICE that Defendants George P. Beach and Richard J. McNally hereby appear by the undersigned, whose address and telephone number are as set forth below.

Dated: Albany, New York
        February 8, 2018

                         ERIC T. SCHNEIDERMAN
                         Attorney General of the State of New York
                         Attorney for Defendants George P. Beach and
                                Richard J. McNally
                         The Capitol
                         Albany, New York  12224-0341

                         By: *s/Kelly L. Munkwitz*
                         Kelly L. Munkwitz
                         Assistant Attorney General, of Counsel
                         Bar Roll No. 509910
                         Telephone: (518) 776-2626
                         Fax: (518) 915-7738 (Not for service of papers.)
                         Email: Kelly.Munkwitz@ag.ny.gov

To:   David H. Thompson, Esq.
 Peter A. Patterson, Esq.
 John D. Ohlendorf, Esq.
 COOPER & KIRK, PLLC (via electronic mail)
 1523 New Hampshire Avenue, N.W.
 Washington, D.C. 20036


 Kathleen McCaffrey Baynes, Esq. (via ECF)
 KATHLEEN MCCAFFREY BAYNES, ESQ., PLLC
 21 Everett Road Extension, Suite A-4
 Albany, NY  12205