

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2626

February 8, 2018

Honorable Andrew T. Baxter
United States Magistrate Judge
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

Re:   *New York State Rifle & Pistol Association v. Beach*
      Northern District of New York
      18-CV-0134 (BKS)(ATB)

Dear Judge Baxter:

Defendants George P. Beach and Richard J. McNally were served with process in the above-entitled action and a response is due on February 23, 2018.

I respectfully request an extension of time to March 26, 2018 within which to serve responses to the complaint. The extension will allow me adequate time to formulate a joint defense strategy with my clients, as well as meet my other commitments, which include preparing for a Title VII trial scheduled to commence in front of the Honorable Thomas J. McAvoy on March 13, 2018.

John D. Ohlendorf, Esq., of Cooper & Kirk, PLLC, counsel for plaintiffs, graciously consents to my request.

The Court's consideration of my request is appreciated.

Respectfully,

s/ Kelly L. Munkwitz

Kelly L. Munkwitz
Assistant Attorney General
Bar Roll No. 509910
Kelly.Munkwitz@ag.ny.gov

Honorable Andrew T. Baxter
February 8, 2018
Page 2

c:      Kathleen McCaffrey Baynes, Esq. (via ECF)
       KATHLEEN MCCAFFREY BAYNES, ESQ., PLLC
       21 Everett Road Extension, Suite A-4
       Albany, NY  12205

       David H. Thompson, Esq.
       COOPER & KIRK, PLLC (via email)
       1523 New Hampshire Avenue, N.W.
       Washington, DC  20036