# Cooper & Kirk

Lawyers
A Professional Limited Liability Company
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

David H. Thompson
dthompson@cooperkirk.com

(202) 220-9600
Fax (202) 220-9601

February 9, 2018

**Via CM/ECF**

Lawrence K. Baerman
Clerk of the U.S. District Court for
the Northern District of New York
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501

RE: *New York State Rifle & Pistol Ass'n, Inc. v. Beach*, No. 18-cv-134-BKS-ATB (N.D.N.Y)

Dear Mr. Baerman,

     I write in response to your February 1, 2018 Notice to myself and my colleagues, Peter A. Patterson and John D. Ohlendorf, regarding the attorney-admission requirements of the Northern District of New York. On February 7, Magistrate Judge Baxter admitted me, Mr. Patterson, and Mr. Ohlendorf to practice and appear *pro hac vice* in the above-captioned action. All three of us have also now registered for *pro hac vice* access through our CM/ECF accounts and have entered appearances in the case. We intend to remain as counsel of record for the Plaintiffs in this case, along with Ms. Baynes, who is a permanent member of this Court's bar.

                                    Sincerely,

                                      s/ David H. Thompson
                                      David H. Thompson
                                      Peter A. Patterson
                                      John D. Ohlendorf
                                      COOPER & KIRK, PLLC
                                      1523 New Hampshire Avenue, N.W.
                                      Washington, D.C. 20036
                                      (202) 220-9600
                                      (202) 220-9601 (fax)
                                      dthompson@cooperkirk.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel.

Dated: February 9, 2018                                              <u>s/ David H. Thompson</u>
                                                                                                   David H. Thompson

                                                                                                   *Attorney for Plaintiffs*