UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC.; ROBERT NASH,

                              *Plaintiffs*,

        -against-

GEORGE P BEACH II; RICHARD J MCNALLY JR., NYS Supreme Court Judge,

                              *Defendants*.

**NOTICE OF MOTION**

18-CV-0134

BKS/ATB

---

      PLEASE TAKE NOTICE that upon the Complaint and the accompanying Memorandum of Law; and upon all prior proceedings, Defendants George P. Beach and Richard J. McNally, on May 3, 2018 at 10:00 a.m., or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Syracuse, New York, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint in its entirety, together with such other or further relief as may be just.

Dated: Albany, New York
March 26, 2018

>ERIC T. SCHNEIDERMAN
>Attorney General of the State of New York
>Attorney for Defendants, George P. Beach and Richard J. McNally
>The Capitol
>Albany, New York 12224-0341
>
>By: *s/ Kelly L. Munkwitz*
>Kelly L. Munkwitz
>Assistant Attorney General, of Counsel
>Bar Roll No. 509910
>Telephone: (518) 776-2626
>Fax::  (518) 915-7738 (Not for service of papers)
>Email: Kelly.Munkwitz@ag.ny.gov

To: Kathleen McCaffrey Baynes, Esq. (via ECF)
KATHLEEN MCCAFFREY BAYNES, ESQ., PLLC
21 Everett Road Extension, Suite A-4
Albany, NY 12205

John D. Ohlendorf, Esq. (via ECF)
COOPER & KIRK, PLLC

Peter A. Patterson, Esq. (via ECF)
COOPER & KIRK, PLLC

David H. Thompson, Esq. (via ECF)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036