IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC. and ROBERT NASH,<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGE P. BEACH II, et al,<br><br>*Defendants*. | Civil Action No.<br>1:18-CV-0134 (BKS/ATB)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that O. Andrew F. Wilson of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for amicus curiae Everytown for Gun Safety in the above-entitled action, and requests that all papers filed through the NYSCEF system be served upon him by email at awilson@ecbalaw.com.

Dated:   New York, New York
         April 2, 2018

          EMERY CELLI BRINCKERHOFF & ABADY LLP

          By: _____/s/_____
            O. Andrew F. Wilson
            600 Fifth Avenue, 10th Floor
            New York, NY 10020
            (212) 763-5000

          *Counsel for Amicus Curiae Everytown for Gun Safety*