IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC. and ROBERT NASH,<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGE P. BEACH II, in his official capacity as Superintendent of the New York State Police and RICHARD J. MCNALLY, in his official capacity as Justice of the New York State Supreme Court, Third Judicial District, and Licensing Officer for Rensselaer County,<br><br>*Defendants*. | NOTICE OF MOTION<br><br>Civil Action No.<br>1:18-CV-0134 (BKS/ATB) |

**PLEASE TAKE NOTICE** that, upon the Declaration of Ilann M. Maazel, dated April 2, 2018, and the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, Everytown For Gun Safety ("Everytown") will move this Court, before the Honorable Brenda K. Sannes at the Robert H. Jackson United States Courthouse at 2 Niagara Square, Buffalo, New York 14202, on a date and time to be determined by the Court, for an Order granting the motion on consent of Everytown to submit a brief as amicus curiae, and for such other and further relief as the Court deems just and proper.

Dated: April 2, 2018
      New York, New York

EMERY CELLI BRINCKERHOFF
& ABADY LLP

\_\_\_\_\_/s_____
Ilann M. Maazel
O. Andrew F. Wilson
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000
imaazel@ecbalaw.com

EVERYTOWN FOR GUN SAFETY
SUPPORT FUND
Eric Tirschwell
Mark Anthony Frassetto
132 E. 43rd Street, # 657
New York, NY 10017

*Counsel for Amicus Curiae*
*Everytown for Gun Safety*