## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC. and ROBERT NASH, <br><br> *Plaintiffs*, <br><br> v. <br><br> GEORGE P. BEACH II, in his official capacity as Superintendent of the New York State Police and RICHARD J. MCNALLY, in his official capacity as Justice of the New York State Supreme Court, Third Judicial District, and Licensing Officer for Rensselaer County, <br><br> *Defendants*. | Civil Action No. <br> 1:18-CV-0134 (BKS/ATB) |

## DECLARATION IN SUPPORT OF EVERYTOWN FOR GUN SAFETY'S MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE

Ilann M. Maazel, pursuant to 28 U.S.C. § 1746(2) declares under penalty of perjury the following:

1. I am a partner with Emery Celli Brinckerhoff & Abadi LLP and a member of the bar of this Court.

2. I submit this declaration and the attached exhibits in support of Everytown for Gun Safety's motion for leave to file participate as amicus curiae.

3. Attached as **Exhibit A** is a true and correct copy of Everytown for Gun Safety's proposed amicus curiae memorandum.

4. A proposed order is attached as **Exhibit B**.

5. As set forth in detail in Everytown for Gun Safety's Motion for Leave to Participate as Amicus Curiae, Everytown's motion should be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2018.

/s/
ILANN M. MAAZEL
EMERY CELLI BRINCKERHOFF&ABADY LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000
*imaazel@ecbalaw.com*