# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC. and ROBERT NASH,<br><br>     *Plaintiffs*,<br><br> v.<br><br>GEORGE P. BEACH II, in his official capacity as Superintendent of the New York State Police and RICHARD J. MCNALLY, in his official capacity as Justice of the New York State Supreme Court, Third Judicial District, and Licensing Officer for Rensselaer County,<br><br>     *Defendants*. | Civil Action No.<br>1:18-CV-0134 (BKS/ATB) |

**[PROPOSED] ORDER GRANTING MOTION OF EVERYTOWN FOR
GUN SAFETY FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE**

It is hereby ORDERED that the motion of Everytown for Gun Safety for leave to participate as amicus curiae, filed with this Court on April 2, 2018, is GRANTED; and it is further

ORDERED that the Memorandum of Amicus Curiae Everytown for Gun Safety is deemed filed in the above-captioned proceeding.

IT IS SO ORDERED.

Dated:

                    The Honorable Brenda K. Sannes
                    United States District Judge