## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

NEW YORK STATE RIFLE AND PISTOL )
ASSOCIATION, INC., *et al.*, )
         )
                *Plaintiffs*, )
         )
         ) Civil Action No. 18-cv-134-BKS-ATB
          v. )
         )
GEORGE P. BEACH II, *et al.*, )
         )
                *Defendants*. )

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs New York State Rifle and Pistol Association, Inc., Robert Nash, and Brandon Koch hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order and Order and Judgment granting Defendants' motion to dismiss, entered in this action on December 17, 2018.  Copies of the Memorandum-Decision and Order and Order and Judgment are attached hereto as Exhibits A and B, respectively.

Dated:  January 15, 2019

David H. Thompson*
Peter A. Patterson*
John D. Ohlendorf*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

  *Appearing *pro hac vice*

Respectfully submitted,

s/ *Kathleen McCaffrey Baynes*
Kathleen McCaffrey Baynes
Bar Roll No. 507154
KATHLEEN MCCAFFREY BAYNES, ESQ., PLLC
  *Attorney of Record*
1826 Western Avenue
Albany, NY 12203
(518) 641-0401
(518) 449-4798 (fax)
kmb@kmbaynes.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served electronically on all parties or their counsel.

s/ *Kathleen McCaffrey Baynes*
Kathleen McCaffrey Baynes

*Attorney for Plaintiffs*