

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION**

Dear Clerk of the Court,

Please take notice that on January 15, 2019 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s):

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Utica, New York, this 15th day of January, 2019.

John M. Domurad, Clerk
U.S. District Court

By:     s/ Helen M. Reese
        Deputy Clerk

## **Case Information**

Case Name & Case No.     New York State Rifle & Pistol Association, Inc., et al. v. George P. Beach, II, et al.     1:18-CV-0134 (BKS/ATB)

Docket No. of Appeal:     34

Document Appealed:     32 & 33

Fee Status:     Paid _X_     Due ___     Waived (IFP/CJA) ___     IFP revoked ___
                Application Attached ___     IFP pending before USDJ ___

Counsel:     Retained _X_     Pro Se ___

Time Status:     Timely _X_     Untimely ___

Motion for Extension of Time:     Granted ____     Denied ___

Certificate of Appealability:     Granted ____     Denied ___     N/A ___