# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty.

_____

New York State Rifle & Pistol Association, Inc., Robert Nash, Brandon Koch,

    Plaintiffs - Appellants,

v.

George P. Beach, II, in his official capacity as Superintendent of the New York State Police, Richard J. McNally, Jr., in his official capacity as Justice of the New York Supreme Court, Third Judicial District, and Licensing Officer for Rensselaer County,

    Defendants - Appellees.

_____

**STATEMENT OF COSTS**

Docket No. 19-156

IT IS HEREBY ORDERED that costs are taxed in the amount of $135.00 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/17/2020