

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 776-2620

September 9, 2022

Hon. Judge Brenda K. Sannes
Chief U.S. District Court Judge
U.S. District Court
Northern District of New York

Re:   *NYSRPA v. Bruen, et al.,* No. 1:18-cv-134 (BKS/ATB)

Dear Judge Sannes:

    This letter is written to serve as my Notice of Appearance for Defendants Bruen and McNally in the above-entitled action.

    Thank you kindly for your consideration of this matter.

Respectfully yours,

*s/ Michael McCartin*

Michael G. McCartin
Assistant Attorney General
Bar Roll No. 511158

cc:   All counsel of record (via e-filing)

The Capitol, Albany, NY 12224-0341 ▫ (518) 776-2300 ▫ Fax (518) 915-7738
* NOT FOR SERVICE OF PAPERS