# Cooper & Kirk

Lawyers
A Professional Limited Liability Company
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036

David H. Thompson
dthompson@cooperkirk.com

(202) 220-9600
Fax (202) 220-9601

September 21, 2022

**Via CM/ECF**
John M. Domurad
Clerk of Court
United States District Court, Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, New York 13261

RE:   *New York State Rifle & Pistol Ass'n, Inc. v. Beach*, No. 18-cv-00134-BKS-ATB
         Letter Motion to Withdraw

Dear Mr. Domurad:

   I write to inform the Court that I and the attorneys at my firm—David H. Thompson, Peter A. Patterson, and John D. Ohlendorf of Cooper & Kirk, PLLC, 1523 New Hampshire Avenue, NW, Washington, DC 20036—no longer represent Plaintiffs, and we therefore request to withdraw our appearance as counsel for all Plaintiffs. Ms. Kathleen McCaffrey Baynes of Kathleen McCaffrey Baynes, Esq., PLLC, 1826 Western Avenue, Albany, NY 12211, has already appeared before this Court on their behalf, and will continue to represent all Plaintiffs.

   We therefore respectfully request the Court to withdraw the appearances of attorneys David H. Thompson, Peter A. Patterson, and John D. Ohlendorf.

Sincerely,

s/David H. Thompson
David H. Thompson

CC: All Counsel of Record (via ECF)

**Cooper & Kirk**
Lawyers
David H. Thompson
Sept. 21, 2022
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel.

Dated: September 21, 2022        /s/David H. Thompson
                                 David Thompson