United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of August, two thousand twenty-two.

Present:   JON O. NEWMAN,
           ROSEMARY S. POOLER,
                 *Circuit Judges*.[1]

---

NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC.,
ROBERT NASH, BRANDON KOCH,

*Plaintiffs-Appellants*,

v.                                                                  19-156-cv

KEVIN P. BRUEN, II, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE NEW YORK STATE POLICE, RICHARD J. MCNALLY, JR., IN HIS OFFICIAL CAPACITY AS JUSTICE OF THE NEW YORK SUPREME COURT, THIRD JUDICIAL DISTRICT, AND LICENSING OFFICER FOR RENSSELAER COUNTY,

*Defendants-Appellees*.[2]

---

The United States Supreme Court reversed our judgment in this case and remanded for further proceedings consistent with its opinion in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, No. 20-843, 2022 WL 2251305 (June 23, 2022).

IT IS HEREBY ORDERED that the mandate is recalled and the case is reinstated. We thus VACATE the judgment of the district court and REMAND this case for further proceedings consistent with the Supreme Court's decision.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

---

[1] Judge Peter W. Hall, who was a member of the panel that originally heard this appeal, passed away before the Supreme Court's decision. The remaining two members of the panel, who agree on the disposition, issue this order pursuant to Internal Operating Procedure E(b) of the United States Court of Appeals for the Second Circuit. *See Murray v. National Broad. Co.*, 35 F.3d 45, 47-48 (2d Cir. 1994).

[2] The Clerk of Court is directed to amend the caption as above.