IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al*., | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )    Civil Action No. 1:18-cv-00134-BKS-ATB |
| | ) |
| STEVEN NIGRELLI, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE, *et al*., | )<br>)<br>)<br>)<br>) |
| *Defendants*. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney on behalf of Plaintiffs New York State Rifle and Pistol Association, Inc., Robert Nash, and Brandon Koch, and that his address and telephone number are set forth below. Attorney John Parker Sweeney was admitted to the United States District Court for the Northern District of New York on October 5, 2021.

Dated: October 18, 2022                         Respectfully submitted,

                                                              */s/ John Parker Sweeney*
                                                              John Parker Sweeney
                                                              Bradley Arant Boult Cummings LLP
                                                              1615 L Street N.W., Suite 1350
                                                              Washington, D.C. 20036
                                                              Phone: 202-719-8216
                                                              Facsimile: 202-719-8316
                                                              jsweeney@bradley.com

                                                              *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of the Count using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel.

Dated: October 18, 2022                                */s/ John Parker Sweeney*
                                                            John Parker Sweeney

                                                            *Counsel for Plaintiffs*