IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STEVEN NIGRELLI, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:18-cv-00134-BKS-ATB |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney on behalf of Plaintiffs New York State Rifle and Pistol Association, Inc., Robert Nash, and Brandon Koch, and that his address and telephone number are set forth below. Attorney James W. Porter III was admitted to the United States District Court for the Northern District of New York on December 6, 2021.

Dated: October 18, 2022                Respectfully submitted,

/s/ James W. Porter III
James W. Porter III
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: 205-521-8000
Facsimile: 202-521-8800
jporter@bradley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of the Count using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel.

Dated: October 18, 2022    /s/ James W. Porter III
James W. Porter III

*Counsel for Plaintiffs*