IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEVEN NIGRELLI, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:18-cv-00134-BKS-ATB |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney on behalf of Plaintiffs New York State Rifle and Pistol Association, Inc., Robert Nash, and Brandon Koch, and that his address and telephone number are set forth below. Attorney Connor M. Blair was admitted to the United States District Court for the Northern District of New York on December 9, 2021.

Dated: October 18, 2022                                           Respectfully submitted,

*/s/ Connor M. Blair*
Connor M. Blair
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: 615-252-3887
Facsimile: 615-252-6348
cblair@bradley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of the Count using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel.

Dated: October 18, 2022                     */s/ Connor M. Blair*
                                            Connor M. Blair

                                            *Counsel for Plaintiffs*