**John Parker Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 direct



October 18, 2022

**Via CM/ECF**
Hon. Judge Brenda K. Sannes
Chief U.S. District Court Judge
U.S. District Court
Northern District of New York

    Re:    *New York State Rifle and Pistol Association, Inc v. Nigrelli,* No. 1:18-cv-134 (BKS/ATB)

Dear Chief Judge Sannes:

The parties respectfully request the Court extend the deadline for the parties to submit a joint status report or separate status reports, as required by the Court's October 5, 2022 Text Order (Dkt. 43), from October 24, 2022 to November 3, 2022. Defendants' counsel, Mr. Michael McCartin, informed Plaintiffs' counsel this morning that he must attend to a pressing family matter and would be unavailable for a brief period to confer with Plaintiffs' counsel regarding the status of this action and how the parties seek to proceed.

Dated: October 18, 2022

    Respectfully submitted,

    <u>/s/ *John Parker Sweeney*</u>
    John Parker Sweeney
    James W. Porter, III
    Marc A. Nardone
    Connor M. Blair
    Bradley Arant Boult Cummings LLP
    1615 L Street N.W., Suite 1350
    Washington, D.C. 20036
    Phone: 202-393-7150
    Facsimile: 202-347-1684
    jsweeney@bradley.com

    Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve all counsel of record.

Dated: October 18, 2022                          /s/ *John Parker Sweeney*
                                                  John Parker Sweeney

                                                  Counsel for Plaintiffs