# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*, </br></br> *Plaintiffs*, </br></br> v. </br></br> STEVEN NIGRELLI, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE, *et al.*, </br></br> *Defendants*. | Civil Action No. 1:18-cv-00134-BKS-ATB |

## JOINT STATUS REPORT

Pursuant to the Court's Orders dated October 5, 2022 and October 20, 2022, counsel for the parties have conferred regarding the status of this action and how the parties seek to proceed.

The parties seek to proceed as follows: Within 10 days, Plaintiffs will move the Court to enter judgement for Plaintiffs consistent with the Supreme Court's decision. Also within 10 days, Plaintiffs will move the Court to extend by 90 days following entry of judgment the deadline to file their motion for attorney's fees and costs.

Dated: November 2, 2022

Respectfully submitted,

*/s/ John Parker Sweeney*
John Parker Sweeney
James W. Porter III
Marc A. Nardone
Connor M. Blair
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: 205-521-8000
jsweeney@bradley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, I electronically filed the foregoing with the Clerk of the Count using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel.


Dated: November 2, 2022                     */s/ John Parker Sweeney*
                                            John Parker Sweeney

                                            *Counsel for Plaintiffs*