IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STEVEN NIGRELLI, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:18-cv-00134-BKS-ATB |

**NOTICE OF MOTION FOR ENTRY OF JUDGMENT UNDER RULE 58(d)**

PLEASE TAKE NOTICE that, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure and Local Civil Rules 7.1 and 58.1, Plaintiffs Brandon Koch, Robert Nash, and the New York Pistol and Rifle Association, Inc. (collectively, "Plaintiffs") and Defendants Steven Nigrelli, in his capacity as Acting Superintendent of the New York State Police, and Richard McNally, in his official capacity as Justice of the New York Supreme Court, Third Judicial District, and Licensing Officer for Rensselaer County, move the Court to enter judgment for Plaintiffs.

A memorandum of law in support of this Motion is filed herewith.

Dated: November 14, 2022

Respectfully submitted,

*/s/ John Parker Sweeney*
John Parker Sweeney
James W. Porter III
Marc A. Nardone
Connor M. Blair
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: 205-521-8000
jsweeney@bradley.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I electronically filed the foregoing with the Clerk of the Count using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel.

Dated: November 14, 2022              */s/ John Parker Sweeney*
                                      John Parker Sweeney

                                      *Counsel for Plaintiffs*