IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STEVEN NIGRELLI, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:18-cv-00134-BKS-ATB |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the parties' Motion for Entry of Judgment under Rule 58(d) is GRANTED;

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, in favor Plaintiffs Brandon Koch, Robert Nash, and the New York Pistol and Rifle Association, Inc.

DATED: _____, 2022

SO ORDERED

_____
Brenda K. Sannes
Chief Judge, United States District Court for
the Northern District of New York