**John Parker Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 direct



November 14, 2022

**Via CM/ECF**
Hon. Judge Brenda K. Sannes
Chief U.S. District Court Judge
U.S. District Court
Northern District of New York

    Re:    *New York State Rifle and Pistol Association, Inc v. Nigrelli,* No. 1:18-cv-134 (BKS/ATB)

Dear Chief Judge Sannes:

    Plaintiffs respectfully request the Court, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure and Local Civil Rule 58.1, to enter judgment for the Plaintiffs. Contemporaneous with this letter, Plaintiffs have filed a Motion for Entry of Judgment, a memorandum of law supporting the Motion, and a Proposed Order. Plaintiffs respectfully request that the Motion for Entry of Judgment be considered and granted without a pre-motion conference.

Dated: November 14, 2022

                              Respectfully submitted,

                              <u>/s/ *John Parker Sweeney*</u>
                              John Parker Sweeney
                              James W. Porter, III
                              Marc A. Nardone
                              Connor M. Blair
                              Bradley Arant Boult Cummings LLP
                              1615 L Street N.W., Suite 1350
                              Washington, D.C. 20036
                              Phone: 202-393-7150
                              Facsimile: 202-347-1684
                              jsweeney@bradley.com

                              Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve all counsel of record.

Dated: November 14, 2022                               /s/ *John Parker Sweeney*
                                                                         John Parker Sweeney

                                                                         Counsel for Plaintiffs