IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | )  Civil Action No. 1:18-cv-00134-BKS-ATB ) |
| STEVEN NIGRELLI, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE, *et al.*, | ) ) ) ) ) |
| *Defendants*. | ) ) |

# **ORDER**

**IT IS HEREBY ORDERED** that the parties' Motion for Entry of Judgment under Rule 58(d) is GRANTED;

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, in favor Plaintiffs Brandon Koch, Robert Nash, and the New York Pistol and Rifle Association, Inc.

DATED:  November 17, 2022

SO ORDERED

*[signature]*
Brenda K. Sannes
Chief Judge, United States District Court for the Northern District of New York