**John Parker Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 direct



December 1, 2022

**Via CM/ECF**
Hon. Judge Brenda K. Sannes
Chief U.S. District Court Judge
U.S. District Court
Northern District of New York

    Re:    *New York State Rifle and Pistol Association, Inc v. Nigrelli,* No. 1:18-cv-134 (BKS/ATB)

Dear Chief Judge Sannes:

    Plaintiffs respectfully request the Court, pursuant to 42 U.S.C. §1988 and Rule 54(d) of the Federal Rules of Civil Procedure, to award Plaintiffs their attorneys' fees and costs as prevailing parties in this matter. Plaintiffs' fair estimate of the total number of hours worked to date is 1,745.75. Plaintiffs' fair estimate of the value of these hours, with $14,329.51 in costs, is $1,269,232.13. Plaintiffs respectfully request that the Motion be considered and granted without a pre-motion conference.

Dated: December 1, 2022

    Respectfully submitted,

    /s/ *John Parker Sweeney*
    John Parker Sweeney
    James W. Porter, III
    Marc A. Nardone
    Connor M. Blair
    Bradley Arant Boult Cummings LLP
    1615 L Street N.W., Suite 1350
    Washington, D.C. 20036
    Phone: 202-393-7150
    Facsimile: 202-347-1684
    jsweeney@bradley.com

    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve all counsel of record.

Dated: December 1, 2022

/s/ *John Parker Sweeney*
John Parker Sweeney

*Counsel for Plaintiffs*