IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STEVEN NIGRELLI, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:18-cv-00134-BKS-ATB |

**NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS
UNDER 42 U.S.C. §1988 AND RULE 54(d)**

PLEASE TAKE NOTICE that, pursuant to 42 U.S.C. §1988 and Rule 54(d) of the Federal Rules of Civil Procedure, Plaintiffs Brandon Koch, Robert Nash, and the New York Pistol and Rifle Association, Inc. (collectively, "Plaintiffs") move the Court to award Plaintiffs their attorneys' fees and costs as prevailing parties in this matter. Plaintiffs' fair estimate of the total number of hours worked to date is 1,745.75. Plaintiffs' fair estimate of the value of these hours, with $14,329.51 in costs, is $1,269,232.13.

A memorandum of law in support of this Motion is filed herewith.

Dated: December 1, 2022                         Respectfully submitted,

*/s/ John Parker Sweeney*
John Parker Sweeney
James W. Porter, III
Marc A. Nardone
Connor M. Blair
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: 205-521-8000
jsweeney@bradley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I electronically filed the foregoing with the Clerk of the Count using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel.


Dated: December 1, 2022                     */s/ John Parker Sweeney*
                                            John Parker Sweeney

                                            *Counsel for Plaintiffs*