

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 776-2620

December 9, 2022

Hon. Judge Brenda K. Sannes
Chief U.S. District Court Judge
U.S. District Court
Northern District of New York

Re:   *NYSRPA v. Bruen, et al.,* No. 1:18-cv-134 (BKS/ATB)

Dear Judge Sannes:

On December 1, 2022, Plaintiffs filed an application for attorneys' fees and costs. *See* Dkt. No. 55 and 56. Defendants would like to respond to this application, and they respectfully ask that their response not be due until January 16, 2023.

I attempted to find out Plaintiffs' position on this request by contacting Attorney John Sweeney by email a couple of hours ago, and other attorneys as well by phone, but I have not received a response to my email, and I only get voice mail. So I make this request now because I will be out of town in Utica for a federal trial next week.

Thank you kindly for your consideration of this matter.

Respectfully yours,

*s/ Michael McCartin*

Michael G. McCartin
Assistant Attorney General
Bar Roll No. 511158

cc:   All counsel of record (via e-filing)