**John Parker Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 direct



December 9, 2022

**Via CM/ECF**
Hon. Judge Brenda K. Sannes
Chief U.S. District Court Judge
U.S. District Court
Northern District of New York

    Re:    *New York State Rifle and Pistol Association, Inc v. Nigrelli,* No. 1:18-cv-134 (BKS/ATB)

Dear Chief Judge Sannes:

Plaintiffs consent to the relief requested by Defendants in their December 9, 2022 letter motion.

Dated: December 9, 2022

    Respectfully submitted,

    <u>/s/ *John Parker Sweeney*</u>
    John Parker Sweeney
    James W. Porter, III
    Marc A. Nardone
    Connor M. Blair
    Bradley Arant Boult Cummings LLP
    1615 L Street N.W., Suite 1350
    Washington, D.C. 20036
    Phone: 202-393-7150
    Facsimile: 202-347-1684
    jsweeney@bradley.com

    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve all counsel of record.

Dated: December 9, 2022              /s/ *John Parker Sweeney*
                                     John Parker Sweeney

                                     *Counsel for Plaintiffs*