**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>STEVEN NIGRELLI, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE, *et al.*,<br><br>      *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.<br>1:18-cv-00134-BKS-ATB |

**PLAINTIFFS' NOTICE OF FILING OF DOCUMENTATION**
**IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS**

Pursuant to the Court's January 26, 2023 Order, (ECF Doc. No. 62), Plaintiffs Brandon Koch, Robert Nash, and the New York State Rifle and Pistol Association, Inc., hereby provide notice of the filing of documentation in support of Plaintiffs' Motion for Attorney's Fees and Costs. (*See* ECF Doc. Nos. 55, 56, 61).

1.      As set forth in contemporaneously filed documentation, Plaintiffs request an award of $1,242,811.14 in attorney's fees and $4,099.20 in taxable costs, totaling $1,246,910.34.

2.      For work done by Kathleen McCaffrey Baynes and taxable costs incurred by Ms. Baynes, Plaintiffs submit the declaration of Kathleen McCaffrey Baynes and accompanying documentation in support of an award of $14,905.00 in attorney's fees and $1,122.00 in costs. (Doc. 64 and exhibits). One item protected from disclosure by the attorney-client privilege has been redacted from Ms. Baynes' invoices.

3.      For work done by Cooper & Kirk PLLC personnel, Plaintiffs submit the declaration of David H. Thompson and accompanying documentation in support of an award of $95,147.77 in attorney's fees. (Doc. 65 and exhibit).

4.      For work done by Kirkland & Ellis LLP personnel, Plaintiffs submit the declaration of Paul D. Clement and accompanying documentation in support of an award of $985,279.42 in attorney's fees. (Doc. 66 and exhibit). Certain items related to Kirkland & Ellis personnel's legal work for which Plaintiffs do not seek reimbursement have been redacted from Kirkland & Ellis' invoices.

5.      For work done by Bradley Arant Boult Cummings LLP personnel and taxable costs in the Supreme Court, Plaintiffs submit the declaration of John Parker Sweeney and accompanying documentation in support of an award of $147,478.95 in attorney's fees and $2,977.20 in costs. (Doc. 67 and exhibits).

6.      All federal tax identification information and banking information related to electronic funds transfers have been redacted from the law firms' invoices.

Dated: February 9, 2023.

*/s/ John Parker Sweeney*
John Parker Sweeney
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: (202) 393-7150
jsweeney@bradley.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby that on February 9, 2023, I electronically filed the foregoing with the Clerk of the Count using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel. I further certify that a copy of the foregoing was served via email to the following:

Kelly L. Munkwitz
Michael G. McCartin
OFFICE OF NEW YORK STATE
ATTORNEY GENERAL – ALBANY
The Capitol
Albany, NY 12224
Telephone: (518) 776-2626
Kelly.munkwitz@ag.ny.gov
Michael.mccartin@ag.ny.gov

*Counsel for Defendants*


Dated: February 9, 2023                              */s/ John Parker Sweeney*
                                                      John Parker Sweeney

                                                      *Counsel for Plaintiffs*