# EXHIBIT A



# INVOICE

Invoice # 140
Date: 02/13/2018
Due On: 04/14/2018

## Kathleen McCaffrey Baynes, Esq., PLLC

1826 Western Avenue
Albany, New York 12203
United States

Nash v. State of New York

## 00084-Nash v. State of New York

## Nash v. State of New York

Client Reference Number:

### Services

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 01/25/2018 | A103 Draft/revise L210 Pleadings: Reviewed draft complaint, reviewed underlying caselaw cited therein, reviewed statutes at issue, conducted limited legal research re "licensing officer" under NY Penal Code, revised draft complaint | 3.80 | $275.00 | $1,045.00 |
| Service | 01/25/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from primary counsel re anticipated filing of suit, requesting input on draft complaint, motion pro hac vice | 0.10 | $275.00 | $27.50 |
| Service | 01/25/2018 | A108 Communicate (other external) L210 Pleadings: Correspondence with primary counsel advising that NRA has not signed retention, agreeing to continue participation and provide input on draft complaint | 0.10 | $275.00 | $27.50 |
| Service | 01/25/2018 | A108 Communicate (other external) L210 Pleadings: Various communications to and from primary counsel re retainer, corporate entity named as plaintiff in case, need for written confirmation of representation and further handling | 0.10 | $275.00 | $27.50 |
| Service | 01/25/2018 | A108 Communicate (other external) L210 Pleadings: Correspondence to and from primary counsel re potential need to add additional judges as defendants, definition of "licensing officer" under Penal Code, agreeing to conduct limited legal research to resolve question | 0.20 | $275.00 | $55.00 |

| Service | 01/25/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from primary counsel re ████████████████ | 0.10 | $275.00 | $27.50 |
|---|---|---|---|---|---|
| Service | 01/25/2018 | A108 Communicate (other external) L210 Pleadings: Correspondence with primary counsel sending draft complaint with proposed changes and comments | 0.10 | $275.00 | $27.50 |
| Service | 01/25/2018 | A108 Communicate (other external) L210 Pleadings: Reviewed draft civil cover sheet and supplemented same, reviewed proposed annexures to Civil Cover Sheet, Rule 7.1 corporate disclosure | 0.40 | $275.00 | $110.00 |
| Service | 01/26/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from primary counsel re anticipated filing of complaint, motion papers | 0.10 | $275.00 | $27.50 |
| Service | 01/26/2018 | A108 Communicate (other external) L210 Pleadings: Correspondence with primary counsel re filing complaint, motion papers | 0.10 | $275.00 | $27.50 |
| Service | 01/26/2018 | A103 Draft/revise L190 Other Case Assessment, Development and Administration: Drafted retainer to permit representation of NYSRPA, waive conflicts and confirm payment of fees by NRA | 1.20 | $275.00 | $330.00 |
| Service | 01/26/2018 | A103 Draft/revise L190 Other Case Assessment, Development and Administration: Correspondence with NYRPA re retainer, need for same in anticipation of filing complaint | 0.10 | $275.00 | $27.50 |
| Service | 01/26/2018 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration: Received and reviewed correspondence from counsel for NYSRPA re review and execution of retention letter, responded to same to advise of timeframe needed in anticipation of filing complaint on 1/29/18 | 0.10 | $275.00 | $27.50 |
| Service | 01/26/2018 | A104 Review/analyze L190 Other Case Assessment, Development and Administration: Reviewed local rule re executed documents needed for motions for admission pro had vice in preparation of responding to primary counsel's inquiring and in anticipation of filing motion | 0.20 | $275.00 | $55.00 |
| Service | 01/26/2018 | A108 Communicate (other external) L190 Other Case Assessment, Development and Administration: Correspondence with primary counsel re local rule re signatures re pro hac vice motions | 0.10 | $275.00 | $27.50 |
| Service | 01/26/2018 | A108 Communicate (other external) L210 Pleadings: Correspondence with primary counsel re summons needed for complaint to be filed, Received and reviewed response to same | 0.10 | $275.00 | $27.50 |
| Service | 01/26/2018 | A108 Communicate (other external) L210 Pleadings: | 0.10 | $275.00 | $27.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Received and reviewed correspondence from primary counsel re summons, reviewed and revised Beach summons | | | |
| Service | 01/26/2018 | A103 Draft/revise L210 Pleadings: Reviewed and revised McNally summons | 0.10 | $275.00 | $27.50 |
| Service | 01/26/2018 | A106 Communicate (with client) L210 Pleadings: Correspondence with primary counsel re planned filings followed by motion practice due to need for judicial assignment | 0.10 | $275.00 | $27.50 |
| Service | 01/26/2018 | A103 Draft/revise L250 Other Written Motions and Submissions: Reviewed and edited three motions for admission pro hac vice in anticipation of filing same upon receipt of judicial assignment | 2.00 | $275.00 | $550.00 |
| Service | 01/26/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from primary counsel re draft of complaint and anticipated commencement of suit | 0.10 | $275.00 | $27.50 |
| Service | 01/26/2018 | A108 Communicate (other external) L210 Pleadings: Correspondence with primary counsel re proposed additions to motions for admission pro hac vice and plan re filing of same upon judicial assignment | 0.10 | $275.00 | $27.50 |
| Service | 01/26/2018 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration: Telephone call from NYSRPA/King advising that executed agreement transmitted, Correspondence with client and primary counsel acknowledging receipt of same | 0.10 | $275.00 | $27.50 |
| Service | 01/26/2018 | A108 Communicate (other external) L210 Pleadings: Correspondence with primary counsel inquiring about possible media inquiries, Received and reviewed response to same, responded to inquire whether client Nash has been counseled | 0.10 | $275.00 | $27.50 |
| Service | 01/29/2018 | A108 Communicate (other external) L110 Fact Investigation/Development: Received and reviewed correspondence from primary counsel advising of contact for media | 0.10 | $275.00 | $27.50 |
| Service | 01/31/2018 | A103 Draft/revise L210 Pleadings: Reviewed final suit papers and filed same with NDNY, communication with primary counsel and contact with process server in anticipation of expedited service upon named defendants | 2.30 | $275.00 | $632.50 |
| Service | 01/31/2018 | Periodic check of online filings to determine if suit is "live" on ECF/Pacer | 0.20 | $275.00 | $55.00 |
| Service | 02/01/2018 | A104 Review/analyze L210 Pleadings: Checked ECF to determine case filing status, communicated numerous times with primary counsel, received and responded to | 1.00 | $275.00 | $275.00 |

| | | inquiry by local media, discussion with process server re expedited service once summons has been issued | | | |
|---|---|---|---|---|---|
| Service | 02/02/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from district court via ECF re complaint filed; downloaded same and transmitted to primary counsel | 0.10 | $275.00 | $27.50 |
| Service | 02/02/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from district court via ECF re summons for beach executed and filed; downloaded same and transmitted to primary counsel | 0.10 | $275.00 | $27.50 |
| Service | 02/02/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from district court via ECF re summons for McNally executed and filed; downloaded same and transmitted to primary counsel | 0.10 | $275.00 | $27.50 |
| Service | 02/02/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from district court via ECF re General Order 25 issued, initial conference, need for filing civil case managment plan filed; downloaded same and transmitted to primary counsel | 0.20 | $275.00 | $55.00 |
| Service | 02/02/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from district court via ECF re FRCP corporate disclosure statement filed; downloaded same and transmitted to primary counsel | 0.10 | $275.00 | $27.50 |
| Service | 02/02/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from district court via ECF re Notice of Admission Requirements for unadmitted attorneys; downloaded same and transmitted to primary counsel | 0.10 | $275.00 | $27.50 |
| Service | 02/02/2018 | A108 Communicate (other external) L210 Pleadings: Communications to and from primary counsel re service of filed pleadings on defendants | 0.20 | $275.00 | $55.00 |
| Service | 02/02/2018 | A108 Communicate (other external) L210 Pleadings: Telephone discussion with process server re documents to be served | 0.10 | $275.00 | $27.50 |
| Service | 02/02/2018 | A108 Communicate (other external) L210 Pleadings: Correspondence with process server transmitting documents to be served with instructions | 0.10 | $275.00 | $27.50 |
| Service | 02/02/2018 | A108 Communicate (other external) L210 Pleadings: Telephone call from process server confirming service on bothd defendants, agreeing to mail followup for defendant Beach | 0.10 | $275.00 | $27.50 |
| Service | 02/02/2018 | A108 Communicate (other external) L210 Pleadings: | 0.10 | $275.00 | $27.50 |

| | | Correspondence with primary counsel advising of service effected on both defendants | | | |
|---|---|---|---|---|---|
| Service | 02/05/2018 | A103 Draft/revise L250 Other Written Motions and Submissions: Finalized, executed and filed three motions for admission pro hac vice by primary counsel (DJT, JDO, PAP) | 1.80 | $275.00 | $495.00 |
| Service | 02/05/2018 | A107 (ABA) Communicate (other outside counsel) L210 Pleadings: Telephone call from AAG Kelly Munkwitz requesting extension for answer for defendants | 0.10 | $275.00 | $27.50 |
| Service | 02/05/2018 | A107 (ABA) Communicate (other outside counsel) L210 Pleadings: Correspondence with opposing counsel confirming request for thirty day extension | 0.10 | $275.00 | $27.50 |
| Service | 02/05/2018 | A107 (ABA) Communicate (other outside counsel) L210 Pleadings: Received and reviewed correspondence from defense counsel clarifying that extension request is for both defendants | 0.10 | $275.00 | $27.50 |
| Service | 02/05/2018 | A106 Communicate (with client) L210 Pleadings: Correspondence with primary counsel re contact by defense counsel | 0.10 | $275.00 | $27.50 |
| Service | 02/05/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from primary counsel re answer deadline, service on defendant Beach | 0.10 | $275.00 | $27.50 |
| Service | 02/05/2018 | A108 Communicate (other external) L210 Pleadings: Review of file, confirmed calculation re answer deadline and correspondence with primary counsel re same | 0.10 | $275.00 | $27.50 |
| Service | 02/05/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from primary counsel re service on Beach, answer deadlines and position re service | 0.10 | $275.00 | $27.50 |
| Service | 02/05/2018 | A108 Communicate (other external) L210 Pleadings: Telephone call from process server, Received and reviewed email from process server, reviewed AOS for each defendant, reviewed FRCP 4 and Correspondence with primary counsel | 0.30 | $275.00 | $82.50 |
| Service | 02/05/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from primary counsel authorizing filing of affidavits of service | 0.10 | $275.00 | $27.50 |
| Service | 02/05/2018 | A103 Draft/revise L210 Pleadings: Filed affidavit of service for defendant Beach, received and reviewed confirming correspondence from court | 0.10 | $275.00 | $27.50 |
| Service | 02/05/2018 | A103 Draft/revise L210 Pleadings: Filed affidavit of service for defendant McNally, received and reviewed confirming correspondence from court | 0.10 | $275.00 | $27.50 |
| Service | 02/05/2018 | A108 Communicate (other external) L210 Pleadings: | 0.10 | $275.00 | $27.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Correspondence with primary counsel confirming filing of two affidavit of service and providing ECF confirmation and filed copies of same | | | |
| Service | 02/05/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from primary counsel re consultation re how to respond to request for extension; responded to same | 0.10 | $275.00 | $27.50 |
| Service | 02/06/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed notification from district court via ecf re answer due date for each defendant based upon filed affidavits of service | 0.10 | $275.00 | $27.50 |
| Service | 02/06/2018 | A108 Communicate (other external) L210 Pleadings: Correspondence with primary counsel re answer deadline notice; received and reviewed correspondence from Ohlendorf re contact with defense counsel; responded to request notice when decision made re answer date for filing of correspondence with court on ECF | 0.10 | $275.00 | $27.50 |
| Service | 02/06/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from primary counsel re placing burden of notifying court of answer extension upon defense counsel | 0.10 | $275.00 | $27.50 |
| Service | 02/07/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from primary counsel to defense counsel consenting to extension requested for answers | 0.10 | $275.00 | $27.50 |
| Service | 02/07/2018 | A104 Review/analyze L250 Other Written Motions and Submissions: Received and reviewed text order granting motions for admission pro hac vice for three attorneys from primary counsel's office; transmitted to same | 0.10 | $275.00 | $27.50 |
| Service | 02/07/2018 | A107 (ABA) Communicate (other outside counsel) L210 Pleadings: Received and reviewed correspondence from defense counsel confirming that extension letter to be filed with court on 2/8/18 | 0.10 | $275.00 | $27.50 |
| Service | 02/08/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from primary counsel, reviewed three notices of appearance and draft correspondence with court; correspondence with primary counsel approving same | 0.30 | $275.00 | $82.50 |
| Service | 02/08/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from district court via ECF re notice of appearance by defense counsel | 0.10 | $275.00 | $27.50 |
| Service | 02/08/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed notice of appearance by AAG Munkwitz and correspondence with primary counsel re | 0.10 | $275.00 | $27.50 |

| | | same | | | |
|---|---|---|---|---|---|
| Service | 02/08/2018 | A104 Review/analyze L250 Other Written Motions and Submissions: Received and reviewed notification from district court via ECF and reviewed letter motion by defense counsel requesting extension for service of response to complaint | 0.10 | $275.00 | $27.50 |
| Service | 02/09/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed text order from Mag. Baxter granting defense request for extension to respond to complaint | 0.10 | $275.00 | $27.50 |

| | |
|---|---|
| **Quantity Subtotal** | **19.1** |
| **Services Subtotal** | **$5,252.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/26/2018 | E101 Copying: 8 pages @ $.25 | 1.00 | $2.00 | $2.00 |
| Expense | 01/31/2018 | E112 Court fees: 1.31.18 $400 filing fee NDNY | 1.00 | $400.00 | $400.00 |
| Expense | 02/05/2018 | E112 Court fees: Filing fee DHT motion pro hac vice | 1.00 | $100.00 | $100.00 |
| Expense | 02/05/2018 | E112 Court fees: Filing fee JDO pro hac vice motion | 1.00 | $100.00 | $100.00 |
| Expense | 02/05/2018 | E112 Court fees: Filing fee PAP pro hac vice motion | 1.00 | $100.00 | $100.00 |

| | |
|---|---|
| **Expenses Subtotal** | **$702.00** |
| **Quantity Total** | **19.1** |
| **Subtotal** | **$5,954.50** |
| **Total** | **$5,954.50** |
| **Payment (04/13/2018)** | **-$5,954.50** |
| **Balance Owing** | **$0.00** |

Please make all amounts payable to: Kathleen McCaffrey Baynes, Esq., PLLC

Please pay within 60 days.



# INVOICE

Invoice # 152
Date: 04/02/2018
Due On: 05/02/2018

# Kathleen McCaffrey Baynes, Esq., PLLC

1826 Western Avenue
Albany, New York 12203
United States

Nash v. State of New York

## 00084-Nash v. State of New York

## Nash v. State of New York

**Client Reference Number:**

### Services

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 03/01/2018 | Telephone call from attorney Mark Basile re possible additional claims/class action suit, correspondence with primary counsel to advise of contact | 0.10 | $275.00 | $27.50 |
| Service | 03/27/2018 | Received and reviewed correspondence from primary counsel re mtd and strategy conference call; responded to same | 0.10 | $275.00 | $27.50 |
| Service | 03/27/2018 | Received and reviewed correspondence from district court via ECF notifying of motion to dismiss made by defendants | 0.10 | $275.00 | $27.50 |
| Service | 03/27/2018 | Received and reviewed notice of motion to dismiss complaint filed by defendants | 0.10 | $275.00 | $27.50 |
| Service | 03/27/2018 | Received and reviewed memorandum of law submitted by defendants in support of motion to dismiss | 0.40 | $275.00 | $110.00 |
| Service | 03/28/2018 | Received and reviewed correspondence from primary counsel re pending motion to dismiss, agreement among parties to defer initial conference until motion decided | 0.10 | $275.00 | $27.50 |
| Service | 03/28/2018 | Received and reviewed correspondence from primary counsel re Judge Sannes, likelihood of oral argument and further handling | 0.10 | $275.00 | $27.50 |
| Service | 03/28/2018 | Received and reviewed correspondence from primary counsel re pros and cons to requesting adjournment of | 0.10 | $275.00 | $27.50 |

Invoice # 152 - 04/02/2018

| | | motion to dismiss, responded to same | | | |
|---|---|---|---|---|---|
| Service | 03/29/2018 | Received and reviewed text order from J. Sannes adjourning Rule 16 conference and deadlines in light of pending motion to dismiss | 0.10 | $275.00 | $27.50 |
| Service | 03/29/2018 | Received and reviewed correspondence from counsel for Everytown for Gun Safety requesting permission to file amicus brief on pending motion to dismiss | 0.10 | $275.00 | $27.50 |
| Service | 03/29/2018 | Received and reviewed correspondence from primary counsel (D. Thompson) consenting to filing of amicus brief | 0.10 | $275.00 | $27.50 |
| Service | 04/02/2018 | Received and reviewed correspondence from primary counsel requesting input on proposed correspondence with court re motion to dismiss by defendants | 0.10 | $275.00 | $27.50 |
| Service | 04/02/2018 | Reviewed proposed correspondence with court re adjournment of motion to dismiss, reviewed L.R. 7.1 to confirm compliance per request | 0.20 | $275.00 | $55.00 |
| Service | 04/02/2018 | Correspondence with primary counsel approving draft correspondence with court | 0.10 | $275.00 | $27.50 |

|  |  |
|---|---|
| **Quantity Subtotal** | **1.8** |
| **Services Subtotal** | **$495.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/05/2018 | E101 Copying: 3 @ $.25 | 1.00 | $0.75 | $0.75 |
| Expense | 02/16/2018 | E108 Postage: Letter to USDC requesting reimbursement of double payment of fee | 1.00 | $0.47 | $0.47 |
| Expense | 02/27/2018 | E113 Subpoena fees: Albany Investigations process service of S&C on each defendant Invoice 20655 paid by Check No. 0124 | 1.00 | $217.00 | $217.00 |
| Expense | 02/27/2018 | E108 Postage: Check to Albany Investigations | 1.00 | $0.47 | $0.47 |

|  |  |
|---|---|
| **Expenses Subtotal** | **$218.69** |
| **Quantity Total** | **1.8** |
| **Subtotal** | **$713.69** |
| **Total** | **$713.69** |
| **Payment (04/30/2018)** | **-$713.69** |
| **Balance Owing** | **$0.00** |

Please make all amounts payable to: Kathleen McCaffrey Baynes, Esq., PLLC

Please pay within 30 days.



# INVOICE

Invoice # 179
Date: 06/04/2018
Due On: 08/03/2018

# Kathleen McCaffrey Baynes, Esq., PLLC

1826 Western Avenue
Albany, New York 12203
United States

Nash v. State of New York

## 00084-Nash v. State of New York

## Nash v. State of New York

**Client Reference Number:**

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 04/03/2018 | Received and reviewed correspondence from district court via ECF re text order permitting nonparty Everytown permission to file amicus brief | 0.10 | $275.00 | $27.50 |
| Service | 04/03/2018 | Received and reviewed correspondence from district court via ecf re reset of motion deadlines and order re same | 0.10 | $275.00 | $27.50 |
| Service | 04/03/2018 | Received and reviewed notification from district court via ecf re filing of notice of appearance by attorney Ogilvie Wilson for Everytown | 0.10 | $275.00 | $27.50 |
| Service | 04/06/2018 | Received and reviewed correspondence from district court via ecf re filing of amicus memorandum by Everytown | 0.10 | $275.00 | $27.50 |
| Service | 04/06/2018 | Conducted cursory review of Everytown's 32 page amicus memorandum of law to confirm no procedural or local rule issues raised requiring response | 0.40 | $275.00 | $110.00 |
| Service | 04/27/2018 | Received and reviewed correspondence from primary counsel re draft reply brief, requesting input on same | 0.10 | $275.00 | $27.50 |
| Service | 05/02/2018 | A104 Review/analyze L250 Other Written Motions and Submissions: Reviewed draft motion to amend complaint, memorandum of law in support thereof, attorney affidavit and draft amended complaint along with appliable FRCP and Local Rules to confirm compliance with same and correspondence with primary counsel with minor amendment and approval of motion | 1.70 | $275.00 | $467.50 |

| Service | 05/02/2018 | A103 Draft/revise L240 Dispositive Motions: Reviewed draft memorandum of law in opposition to defendants' motion to dismiss per request of primary counsel, proposing edits and suggestions | 4.40 | $275.00 | $1,210.00 |
| Service | 05/03/2018 | A106 Communicate (with client) L250 Other Written Motions and Submissions: Received and reviewed correspondence from primary counsel with question about motion to amend complaint, responded to same | 0.10 | $275.00 | $27.50 |
| Service | 05/03/2018 | A102 Research L250 Other Written Motions and Submissions: Received and reviewed inquiry from primary counsel re need for pre-motion conference re amendment of complaint, reviewed local rule and FRCP 15 in order to advise and correspondence with primary counsel re same | 0.40 | $275.00 | $110.00 |
| Service | 05/03/2018 | A102 Research L210 Pleadings: Conducted further review of FRCP 21 re to advise primary counsel with recommendation re need for pre-motion conference and correspondence with primary counsel re same | 0.40 | $275.00 | $110.00 |
| Service | 05/03/2018 | A106 Communicate (with client) L250 Other Written Motions and Submissions: Received and reviewed correspondence from primary counsel agreeing to suggestion and plan re further handling; responded to same | 0.10 | $275.00 | $27.50 |
| Service | 05/07/2018 | Received and reviewed correspondence from primary counsel re final brief, changes made, instructions re filing | 0.10 | $275.00 | $27.50 |
| Service | 05/07/2018 | Reviewed and filed final brief in opposition to motion to dismiss | 0.30 | $275.00 | $82.50 |
| Service | 05/07/2018 | A108 Communicate (other external) L240 Dispositive Motions: Received and reviewed correspondence from district court via ECF confirming filing of MOL in opposition to motion to dismiss by defendants | 0.10 | $275.00 | $27.50 |
| Service | 05/11/2018 | A108 Communicate (other external) L240 Dispositive Motions: Received and reviewed correspondence from district court via ecf re reply filed by defendants, reviewed defense counsel letter to court declining to submit reply memorandum of law | 0.10 | $275.00 | $27.50 |
| Service | 05/15/2018 | A106 Communicate (with client) L250 Other Written Motions and Submissions: Received and reviewed correspondence from primary counsel re defense's consent to amendment of complaint, requesting review of final motion papers | 0.10 | $275.00 | $27.50 |
| Service | 05/15/2018 | A106 Communicate (with client) L250 Other Written Motions and Submissions: Correspondence with primary counsel inquiring about pre-motion conference and possible avoidance of formal motion practice | 0.10 | $275.00 | $27.50 |

| Service | 05/15/2018 | A106 Communicate (with client) L250 Other Written Motions and Submissions: Further communication from and to primary counsel re strategy for motion to amend complaint | 0.10 | $275.00 | $27.50 |
|---|---|---|---|---|---|
| Service | 05/15/2018 | A106 Communicate (with client) L250 Other Written Motions and Submissions: Received and reviewed correspondence from primary counsel and responded to same re strategy behind motion to amend vs requesting court's leave based on stipulation | 0.10 | $275.00 | $27.50 |
| Service | 05/15/2018 | A104 Review/analyze L250 Other Written Motions and Submissions: Reviewed final motion documents and executed and filed correspondence and motion with district court via ECF | 0.60 | $275.00 | $165.00 |
| Service | 05/15/2018 | A106 Communicate (with client) L250 Other Written Motions and Submissions: Correspondence with primary counsel approving final motion papers, Correspondence with court and advising of intention to file same this day, Received and reviewed correspondence from agreeing to same | 0.10 | $275.00 | $27.50 |
| Service | 05/15/2018 | A104 Review/analyze L250 Other Written Motions and Submissions: Reviewed all ECF filings to confirm accuracy of same | 0.30 | $275.00 | $82.50 |
| Service | 05/15/2018 | A104 Review/analyze L250 Other Written Motions and Submissions: Received and reviewed text order setting down hearing date for motion for leave to amend complaint | 0.10 | $275.00 | $27.50 |
| Service | 05/15/2018 | A103 Draft/revise L250 Other Written Motions and Submissions: Reviewed, executed and filed motion to amend complaint | 1.50 | $275.00 | $412.50 |
| Service | 05/15/2018 | A103 Draft/revise L250 Other Written Motions and Submissions: Executed and filed correspondence with court re motion for leave to amend complaint | 0.10 | $275.00 | $27.50 |
| Service | 05/16/2018 | A104 Review/analyze L250 Other Written Motions and Submissions: Received and reviewed text order from district court granting motion to amend complaint | 0.10 | $275.00 | $27.50 |
| Service | 05/16/2018 | A104 Review/analyze L250 Other Written Motions and Submissions: Received and reviewed correspondence from primary counsel directing the filing of amended complaint and adding new plaintiff to ECF | 0.10 | $275.00 | $27.50 |
| Service | 05/16/2018 | A103 Draft/revise L210 Pleadings: Executed amended complaint for filing | 0.10 | $275.00 | $27.50 |
| Service | 05/16/2018 | A103 Draft/revise L210 Pleadings: Added plaintiff Brandon Koch as party on ECF, filed amended complaint on ECF | 0.40 | $275.00 | $110.00 |
| Service | 05/16/2018 | A103 Draft/revise L210 Pleadings: Received and reviewed correspondence from district court via ECF | 0.10 | $275.00 | $27.50 |

| | | confirming filing of amended complaint on behalf of three plaintiffs | | | |
|---|---|---|---|---|---|
| Service | 05/17/2018 | A108 Communicate (other external) L240 Dispositive Motions: Received and reviewed correspondence from Judge Sannes inquiring whether amended complaint moots pending motion to dismiss | 0.10 | $275.00 | $27.50 |
| Service | 05/17/2018 | A108 Communicate (other external) L240 Dispositive Motions: Correspondence with court advising that amended complaint does not moot pending motion | 0.10 | $275.00 | $27.50 |
| Service | 05/17/2018 | A106 Communicate (with client) L240 Dispositive Motions: Received and reviewed correspondence from primary counsel to district court providing more context for amendment of complaint | 0.10 | $275.00 | $27.50 |
| Service | 05/17/2018 | A108 Communicate (other external) L210 Pleadings: Received and reviewed correspondence from district court via ECF re deadlines for defendants' answers to amended complaint | 0.10 | $275.00 | $27.50 |
| Service | 05/21/2018 | A104 Review/analyze L230 Court Mandated Conferences: Review of file to confirm that original General Order 25 filing order has been suspended in light of pending motion to dismiss and confirm no other applicable deadlines looming | 0.20 | $275.00 | $55.00 |

| | |
|---|---|
| **Quantity Subtotal** | **13.1** |
| **Quantity Total** | **13.1** |
| **Subtotal** | **$3,602.50** |
| **Total** | **$3,602.50** |
| **Payment (08/16/2018)** | **-$3,602.50** |
| **Balance Owing** | **$0.00** |

Please make all amounts payable to: Kathleen McCaffrey Baynes, Esq., PLLC

Please pay within 60 days.



# INVOICE

Invoice # 312
Date: 02/04/2019
Due On: 03/06/2019

## Kathleen McCaffrey Baynes, Esq., PLLC

1826 Western Avenue
Albany, New York 12203
United States

Nash v. State of New York

## 00084-Nash v. State of New York

## Nash v. State of New York

**Client Reference Number:**

### Services

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 12/17/2018 | A104 Review/analyze L240 Dispositive Motions: Received and reviewed ECF and decision and order dismissing complaint and denying motion to amend | 0.50 | $275.00 | $137.50 |
| Service | 12/17/2018 | A104 Review/analyze L240 Dispositive Motions: Received and reviewed ECF and judgment dismissing complaint | 0.10 | $275.00 | $27.50 |
| Service | 12/17/2018 | A102 Research L240 Dispositive Motions: Reviewed 2d Cir. COA rules and prepared memo re same for primary counsel | 0.40 | $275.00 | $110.00 |
| Service | 12/17/2018 | Received and reviewed correspondence from Courthouse News reporter requesting comment on decision; correspondence with primary counsel re same | 0.10 | $275.00 | $27.50 |
| Service | 12/17/2018 | Received and reviewed correspondence from primary counsel (Thompson) advising of intention to file noa, report to client and further handling | 0.10 | $275.00 | $27.50 |
| Service | 01/07/2019 | Telephone call from primary counsel re anticipated appeal, timeframe for same and further handling | 0.10 | $275.00 | $27.50 |
| Service | 01/14/2019 | Reviewed draft notice of appeal, reviewed FRAP, local rules and GO 22 to determine whether additional supporting documentation necessary and correspondence with primary counsel re same | 1.00 | $275.00 | $275.00 |
| Service | 01/15/2019 | A103 Draft/revise L510 Appellate Motions and | 0.10 | $275.00 | $27.50 |

| | | Submissions: Received and reviewed correspondence from primary counsel re proposed change to notice of appeal | | | |
|---|---|---|---|---|---|
| Service | 01/15/2019 | A103 Draft/revise L510 Appellate Motions and Submissions: Revised notice of appeal to included memorandum order | 0.20 | $275.00 | $55.00 |
| Service | 01/15/2019 | A108 Communicate (other external) L510 Appellate Motions and Submissions: Correspondence with primary counsel re revised notice of appeal, requesting approval of same | 0.10 | $275.00 | $27.50 |
| Service | 01/15/2019 | A108 Communicate (other external) L510 Appellate Motions and Submissions: Received and reviewed correspondence from primary counsel, revised exhibits, filed notice of appeal on ECF | 0.60 | $275.00 | $165.00 |
| Service | 01/15/2019 | A108 Communicate (other external) L510 Appellate Motions and Submissions: Received and reviewed ECF confirming filing of notice of appeal | 0.10 | $275.00 | $27.50 |
| Service | 01/15/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed correspondence from district court re certification of appeal to 2nd Circuit COA | 0.10 | $275.00 | $27.50 |
| Service | 01/16/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed Notice of Filing of Record on Appeal from COA via ECF | 0.10 | $275.00 | $27.50 |
| Service | 01/16/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed Notice of E filing of Appeal and Clerk's Certification, with case docket | 0.10 | $275.00 | $27.50 |
| Service | 01/16/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed confirming of payment of appellate filing fee | 0.10 | $275.00 | $27.50 |
| Service | 01/16/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed Doc 3 from district court filed with COA as part of appeal | 0.10 | $275.00 | $27.50 |
| Service | 01/16/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed Doc 2 from district court filed with COA as part of appeal | 0.10 | $275.00 | $27.50 |
| Service | 01/16/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed Doc 1-1 Docketing Notice from COA | 0.10 | $275.00 | $27.50 |
| Service | 01/16/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed Doc 1-2 filed NOA from district court to COA docket | 0.10 | $275.00 | $27.50 |
| Service | 01/18/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed Notice of Appearance in 2nd Circuit by primary counsel | 0.10 | $275.00 | $27.50 |

Invoice # 312 - 02/04/2019

| Service | 01/18/2019 | A103 Draft/revise L510 Appellate Motions and Submissions: Executed and filed notice of appearance in @d Cir. COA | 0.20 | $275.00 | $55.00 |
|---|---|---|---|---|---|
| Service | 01/18/2019 | A106 Communicate (with client) L510 Appellate Motions and Submissions: Received and reviewed correspondence from primary counsel to NYS re proposed addition to appellate record | 0.10 | $275.00 | $27.50 |
| Service | 01/18/2019 | A106 Communicate (with client) L510 Appellate Motions and Submissions: Received and reviewed additional correspondence from primary counsel to NYS re appellate filing | 0.10 | $275.00 | $27.50 |
| Service | 01/18/2019 | A108 Communicate (other external) L510 Appellate Motions and Submissions: Received and reviewed notice from 2d Circuit re addition of KMB to court docket as attorney of record to appellants | 0.10 | $275.00 | $27.50 |
| Service | 01/24/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed LR 31.2 scheduling order request filed by appellants via ecf | 0.10 | $275.00 | $27.50 |
| Service | 01/30/2019 | Received and reviewed ECF filing re new appellate case administrator | 0.10 | $275.00 | $27.50 |
| Service | 02/01/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed notice of appearance by AG Jennifer Clark | 0.10 | $275.00 | $27.50 |
| Service | 02/01/2019 | A107 (ABA) Communicate (other outside counsel) L250 Other Written Motions and Submissions: Received and reviewed correspondence from primary counsel to AG agreeing to proposed motion to extend filing of briefs | 0.10 | $275.00 | $27.50 |
| Service | 02/04/2019 | A107 (ABA) Communicate (other outside counsel) L510 Appellate Motions and Submissions: Received and reviewed correspondence from AG to primary counsel and received and reviewed correspondence from primary counsel to solicitor general re FRAP30(b)(1) list for review and input | 0.10 | $275.00 | $27.50 |
| Service | 02/04/2019 | A101 Plan and prepare for L250 Other Written Motions and Submissions: Received and reviewed AG declaration in support of motion for extension re filing of brief | 0.10 | $275.00 | $27.50 |

|  |  | **Quantity Subtotal** | **5.4** |
|---|---|---|---|
|  |  | **Services Subtotal** | **$1,485.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/15/2019 | E112 Court fees: Filing fee for notice of appeal (paid by | 1.00 | $505.00 | $505.00 |

CC)

| | | |
|---|---|---|
| **Expenses Subtotal** | | **$505.00** |
| **Quantity Total** | | **5.4** |
| **Subtotal** | | **$1,990.00** |
| **Total** | | **$1,990.00** |
| **Payment (07/15/2019)** | | **-$1,990.00** |
| **Balance Owing** | | **$0.00** |

Please make all amounts payable to: Kathleen McCaffrey Baynes, Esq., PLLC

Please pay within 30 days.



# INVOICE

Invoice # 345
Date: 04/01/2019
Due On: 05/01/2019

# Kathleen McCaffrey Baynes, Esq., PLLC

1826 Western Avenue
Albany, New York 12203
United States

Nash v. State of New York

## 00084-Nash v. State of New York

## Nash v. State of New York

**Client Reference Number:**

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 02/01/2019 | Received and reviewed correspondence from primary counsel to AAG appellate counsel re FRAP 30b1 JA designations | 0.10 | $275.00 | $27.50 |
| Service | 02/05/2019 | Received and reviewed order granting application to extend parties' deadlines to file briefs; rr ECF re same | 0.10 | $275.00 | $27.50 |
| Service | 02/05/2019 | A107 (ABA) Communicate (other outside counsel) L510 Appellate Motions and Submissions: Received and reviewed correspondence from AG re review of proposed JA designations | 0.10 | $275.00 | $27.50 |
| Service | 02/28/2019 | Received and reviewed correspondence from AAG approving proposed JA | 0.10 | $275.00 | $27.50 |
| Service | 03/13/2019 | A103 Draft/revise L510 Appellate Motions and Submissions: Reviewed and added input and proposed changes to brief on 2nd Circuit appeal (31 of 49 pages), per request of primary counsel Ohlendorf | 2.40 | $275.00 | $660.00 |
| Service | 03/14/2019 | A103 Draft/revise L510 Appellate Motions and Submissions: Reviewed and provided input on draft brief for 2d Circuit | 0.90 | $275.00 | $247.50 |
| Service | 03/20/2019 | A108 Communicate (other external) L510 Appellate Motions and Submissions: Received and reviewed correspondence from 2d Circuit via ECF re filing of appellant's brief | 0.10 | $275.00 | $27.50 |
| Service | 03/20/2019 | A106 Communicate (with client) L510 Appellate Motions and Submissions: Received and reviewed correspondence from primary counsel re filing of | 0.10 | $275.00 | $27.50 |

| | | appellant's brief | | | |
|---|---|---|---|---|---|
| Service | 03/20/2019 | A106 Communicate (with client) L510 Appellate Motions and Submissions: Received and reviewed correspondence from court re joint appendix filed | 0.10 | $275.00 | $27.50 |

| | |
|---|---|
| **Quantity Subtotal** | **4.0** |
| **Quantity Total** | **4.0** |
| **Subtotal** | **$1,100.00** |
| **Total** | **$1,100.00** |
| **Payment (04/30/2019)** | **-$1,100.00** |
| **Balance Owing** | **$0.00** |

Please make all amounts payable to: Kathleen McCaffrey Baynes, Esq., PLLC

Please pay within 30 days.



# INVOICE

Invoice # 383
Date: 06/02/2019
Due On: 07/02/2019

## Kathleen McCaffrey Baynes, Esq., PLLC

1826 Western Avenue
Albany, New York 12203
United States

Nash v. State of New York

## 00084-Nash v. State of New York

## Nash v. State of New York

Client Reference Number:

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 04/24/2019 | Received and reviewed various fillings and communications re appellate briefs and efilings | 0.20 | $275.00 | $55.00 |
| Service | 05/01/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed Notice of App as Additional Counsel filed by defense counsel on appeal | 0.10 | $275.00 | $27.50 |
| Service | 05/01/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed Notice of Request for Oral Argument filed by defense counsel on appeal | 0.10 | $275.00 | $27.50 |
| Service | 05/01/2019 | A108 Communicate (other external) L510 Appellate Motions and Submissions: Received and reviewed correspondence from 2d Circuit via ECF re notice of docket activity | 0.10 | $275.00 | $27.50 |
| Service | 05/01/2019 | A108 Communicate (other external) L510 Appellate Motions and Submissions: Received and reviewed correspondence from 2d Circuit via ECF re ketter by defense counsel; restricted access by court - motion needed | 0.10 | $275.00 | $27.50 |
| Service | 05/01/2019 | A108 Communicate (other external) L510 Appellate Motions and Submissions: Received and reviewed correspondence from 2d Circuit via ECF re ketter by defense counsel; restricted access by court - motion needed | 0.10 | $275.00 | $27.50 |
| Service | 05/01/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed ECF notification and NOA of amicus counsel for appellants | 0.10 | $275.00 | $27.50 |

Invoice # 383 - 06/02/2019

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/01/2019 | A107 (ABA) Communicate (other outside counsel) L510 Appellate Motions and Submissions: Received and reviewed correspondence from AG to court re cert granted in case against NYC | 0.10 | $275.00 | $27.50 |
| Service | 05/02/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed six ECF notices re appearances and filings | 0.10 | $275.00 | $27.50 |
| Service | 05/06/2019 | A103 Draft/revise L510 Appellate Motions and Submissions: Reviewed and added input on appellants' brief as per request of primary counsel | 2.30 | $275.00 | $632.50 |
| Service | 05/08/2019 | Received and reviewed Request for Oral Argument filed by appellants | 0.10 | $275.00 | $27.50 |
| Service | 05/08/2019 | Received and reviewed filing of appellants' brief on appeal | 0.10 | $275.00 | $27.50 |

|  |  |
|---|---|
| **Quantity Subtotal** | **3.5** |
| **Quantity Total** | **3.5** |
| **Subtotal** | **$962.50** |
| **Total** | **$962.50** |
| **Payment (07/15/2019)** | **-$962.50** |
| **Balance Owing** | **$0.00** |

Please make all amounts payable to: Kathleen McCaffrey Baynes, Esq., PLLC

Please pay within 30 days.



# INVOICE

Invoice # 529
Date: 12/02/2019
Due On: 01/01/2020

# Kathleen McCaffrey Baynes, Esq., PLLC

1826 Western Avenue
Albany, New York 12203
United States

Nash v. State of New York

## 00084-Nash v. State of New York

## Nash v. State of New York

**Client Reference Number:**

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 08/13/2019 | A108 Communicate (other external) L510 Appellate Motions and Submissions: Received and reviewed correspondence from circuit court re oral argument on appeal | 0.10 | $275.00 | $27.50 |
| Service | 08/13/2019 | A106 Communicate (with client) L510 Appellate Motions and Submissions: CW primary counsel re appellate oral argument | 0.10 | $275.00 | $27.50 |
| Service | 08/14/2019 | Received and reviewed notification from Circuit Court re additional counsel for McNally | 0.10 | $275.00 | $27.50 |
| Service | 08/15/2019 | A108 Communicate (other external) L510 Appellate Motions and Submissions: Received and reviewed correspondence from 2d Circuit re oral argument on appeal | 0.10 | $275.00 | $27.50 |
| Service | 08/29/2019 | Received and reviewed correspondence from Cooper Kirk advising of new representation of plaintiffs; responded to same | 0.10 | $275.00 | $27.50 |
| Service | 09/09/2019 | Received and reviewed Notice of Appearance of new counsel for NYS Rifle, Nash and Brandon | 0.10 | $275.00 | $27.50 |
| Service | 09/12/2019 | Received and reviewed correspondence from Cooper Kirk to court requesting withdrawal from representation in light of new counsel retained | 0.10 | $275.00 | $27.50 |
| Service | 09/12/2019 | Received and reviewed correspondence from 2d Circuit re termination of representation by Cooper Kirk | 0.10 | $275.00 | $27.50 |
| Service | 09/12/2019 | Received and reviewed correspondence from 2d Circuit | 0.10 | $275.00 | $27.50 |

| | | re addition of representation by John Parker Sweenty | | | |
|---|---|---|---|---|---|
| Service | 10/10/2019 | A104 Review/analyze L510 Appellate Motions and Submissions: Received and reviewed filings with 2d Circuit re appearance of additional counsel on behalf of plaintiffs | 0.20 | $275.00 | $55.00 |

|  |  |
|---|---|
| **Quantity Subtotal** | 1.1 |
| **Quantity Total** | 1.1 |
| **Subtotal** | $302.50 |
| **Total** | $302.50 |
| **Payment (11/30/2020)** | -$302.50 |
| **Balance Owing** | $0.00 |

Please make all amounts payable to: Kathleen McCaffrey Baynes, Esq., PLLC

Please pay within 30 days.



# INVOICE

Invoice # 799
Date: 12/01/2020
Due On: 12/31/2020

# Kathleen McCaffrey Baynes, Esq., PLLC

1826 Western Avenue
Albany, New York 12203
United States

Nash v. State of New York

## 00084-Nash v. State of New York

## Nash v. State of New York

Client Reference Number:

### Services

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 05/05/2020 | A108 Communicate (other external) L510 Appellate Motions and Submissions: Received and reviewed correspondence from counsel to court re recent Supreme Court decision, effect on pending case and need for appeal to be decided in light thereof | 0.20 | $275.00 | $55.00 |
| Service | 05/19/2020 | Received and reviewed request for oral argument filed on behalf of appellants | 0.10 | $275.00 | $27.50 |
| Service | 05/22/2020 | Received and reviewed correspondence from COA via ECF re oral argument statement by NYS | 0.10 | $275.00 | $27.50 |
| Service | 05/26/2020 | Received and reviewed correspondence from AG to 2d Circuit re impact of recent SCOTUS decision on pending matter, requesting affirmance of dismissal | 0.20 | $275.00 | $55.00 |
| Service | 05/26/2020 | Received and reviewed OAG request to 2d Circuit for oral argument on appeal | 0.10 | $275.00 | $27.50 |
| Service | 06/08/2020 | A107 (ABA) Communicate (other outside counsel) L510 Appellate Motions and Submissions: Received and reviewed correspondence from AG to 2d Circuit re oral argument on appeal | 0.10 | $275.00 | $27.50 |
| Service | 06/16/2020 | Received and reviewed correspondence from AG to court re oral argument on appeal | 0.10 | $275.00 | $27.50 |
| Service | 06/16/2020 | Received and reviewed correspondence from COA via ECF re letter filed by appellants | 0.10 | $275.00 | $27.50 |

| Service | 06/17/2020 | Received and reviewed correspondence from primary counsel for appellate to 2d Circuit | 0.10 | $275.00 | $27.50 |
|---|---|---|---|---|---|
| Service | 07/01/2020 | Received and reviewed correspondence from 2d Circuit Court of Appeals re oral argument on pending appeal | 0.10 | $275.00 | $27.50 |
| Service | 07/01/2020 | Received and reviewed correspondence from COA via ECF re calendaring or oral argument | 0.10 | $275.00 | $27.50 |
| Service | 07/10/2020 | Received and reviewed notice via ECF re COA Argument Notice | 0.10 | $275.00 | $27.50 |
| Service | 07/13/2020 | Received and reviewed correspondence from COA 2d Circuit re filings re oral argument | 0.10 | $275.00 | $27.50 |
| Service | 07/13/2020 | Received and reviewed correspondence from COA re hearing date and notice of docket activity | 0.10 | $275.00 | $27.50 |
| Service | 08/12/2020 | Received and reviewed notification from COA re appellants acknowledgment of hearing date | 0.10 | $275.00 | $27.50 |
| Service | 08/12/2020 | Received and reviewed correspondence from COA re notice of argument | 0.10 | $275.00 | $27.50 |
| Service | 08/17/2020 | Received and reviewed notification from COA re case being heard | 0.10 | $275.00 | $27.50 |
| Service | 08/26/2020 | Received and reviewed notice of case manager change from 2d Circuit COA | 0.10 | $275.00 | $27.50 |
| Service | 09/08/2020 | Received and reviewed NYS itemized bill of costs submitted to COA | 0.10 | $275.00 | $27.50 |
| Service | 09/13/2020 | Received and reviewed correspondence from COA re letter by appellant filed | 0.10 | $275.00 | $27.50 |
| Service | 09/16/2020 | Received and reviewed mandate and summary order affirming lower court's decision dismissing complaint | 0.10 | $275.00 | $27.50 |
| Service | 09/16/2020 | Received and reviewed several notices from COA; reviewed summary order affirming NDNY decision | 0.20 | $275.00 | $55.00 |

|  |  | **Quantity Subtotal** | **2.5** |
|---|---|---|---|
|  |  | **Services Subtotal** | **$687.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 09/09/2019 | E112 Court fees: Efiled document | 1.00 | $0.10 | $0.10 |

|  |  | **Expenses Subtotal** | **$0.10** |
|---|---|---|---|
|  |  | **Quantity Total** | **2.5** |

Invoice # 799 - 12/01/2020

|  |  |
|---|---|
| **Subtotal** | **$687.60** |
| **Total** | **$687.60** |
| **Payment (01/04/2021)** | **-$687.60** |
| **Balance Owing** | **$0.00** |

Please make all amounts payable to: Kathleen McCaffrey Baynes, Esq., PLLC

Please pay within 30 days.



# INVOICE

Invoice # 1372
Date: 07/07/2022
Due On: 08/06/2022

## Kathleen McCaffrey Baynes, Esq., PLLC

1826 Western Avenue
Albany, New York 12203
United States

Nash v. State of New York

## 00084-Nash v. State of New York

## Nash v. State of New York

**Client Reference Number:**

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 12/29/2020 | Received and reviewed correspondence from SCOTUS re writ of cert filed | 0.10 | $275.00 | $27.50 |
| Service | 09/07/2021 | Received and reviewed correspondence from SCOTUS to 2d Circuit re certification of record; reviewed file re status of appeal; correspondence with lead counsel re role and further handling | 0.40 | $275.00 | $110.00 |
| Service | 03/11/2022 | Received and reviewed correspondence from media outlet re request for interview; correspondence with primary counsel re same | 0.10 | $275.00 | $27.50 |
| Service | 06/07/2022 | Received and reviewed correspondence from CNN re pending appeal; responded to same w bcc to handling attorneys | 0.10 | $275.00 | $27.50 |
| Service | 06/09/2022 | Received and reviewed correspondence from Washington Post re pending appeal; responded to same | 0.10 | $275.00 | $27.50 |

| | |
|---|---|
| **Quantity Subtotal** | 0.8 |
| **Quantity Total** | 0.8 |
| **Subtotal** | $220.00 |
| **Total** | $220.00 |
| **Payment (08/01/2022)** | -$220.00 |
| **Balance Owing** | $0.00 |

Please make all amounts payable to: Kathleen McCaffrey Baynes, Esq., PLLC

Please pay within 30 days.



# INVOICE

Invoice # 1413
Date: 09/03/2022
Due On: 10/03/2022

## Kathleen McCaffrey Baynes, Esq., PLLC

1826 Western Avenue
Albany, New York 12203
United States

Nash v. State of New York

## 00084-Nash v. State of New York

## Nash v. State of New York

**Client Reference Number:**

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 08/23/2022 | Received and reviewed remand order reinstating case in light of SCOTUS decision; reviewed order remanding case; reviewed numerous court notifications re orders issued, remand of case, amendment of caption, recalling mandate, reinstating appeal, vacating judgment of district court, case determination and reviewed orders re same; reviewed docket on PACER re updates | 0.50 | $275.00 | $137.50 |

| | |
|---|---|
| **Quantity Subtotal** | **0.5** |
| **Quantity Total** | **0.5** |
| **Subtotal** | **$137.50** |
| **Total** | **$137.50** |

Please make all amounts payable to: Kathleen McCaffrey Baynes, Esq., PLLC

Please pay within 30 days.



# INVOICE

Invoice # 1503
Date: 11/02/2022
Due On: 12/02/2022

# Kathleen McCaffrey Baynes, Esq., PLLC

1826 Western Avenue
Albany, New York 12203
United States

Nash v. State of New York

## 00084-Nash v. State of New York

## Nash v. State of New York

**Client Reference Number:**

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 09/09/2022 | Received and reviewed correspondence from court regarding notice of appearance by M McCartin for AG and reviewed same | 0.10 | $275.00 | $27.50 |
| Service | 10/03/2022 | Received and reviewed correspondence from NY Law Journal; responded to same | 0.10 | $275.00 | $27.50 |
| Service | 10/04/2022 | Received and reviewed correspondence from district court regarding reinstatement of case; received and reviewed mandate ordering reinstatment; received and reviewed COA mandate reinstating case; received and reviewed filing of Atty Thompson re representation withdrawn; received and reviewed correspondence from AG re Notice of Appearance for Bruen and McNally; received and reviewed 8/19/22 2d Cir order mandating reinstatement of case; received and reviewed efiled order reinstating case; received and reviewed filed notice of appearance for new counsel for AG; received and reviewed correspondence from court w certified monetary judgment; received and reviewed judgment; received and reviewedr letter motion for removal from case by Cooper Kirst; received and reviewed text order granting application to remove prior counsel from case | 0.70 | $275.00 | $192.50 |
| Service | 10/06/2022 | Received and reviewed correspondence from district court via erack regarding order to confer and report; review of file and correspondence with primary counsel re same; reviewed district court docket and representation; correspondence with appellate counsel re court order, need for filing notices of appearance and | 0.40 | $275.00 | $110.00 |

| | | further handling | | | |
|---|---|---|---|---|---|
| Service | 10/11/2022 | Received and reviewed correspondence from AG McCartin re mandated conference; responded to same; received and reviewed correspondence from AG re primary counsel, responded to same | 0.20 | $275.00 | $55.00 |
| Service | 10/14/2022 | Received and reviewed correspondence from primary counsel to AG confirming court-ordered conference | 0.10 | $275.00 | $27.50 |
| Service | 10/18/2022 | Received and reviewed correspondence from AG re court-ordered conference; received and reviewed correspondence from primary counsel re same and plan to contact Judge Sannes; correspondence with primary counsel re conference, role in suit and appearance in district court | 0.10 | $275.00 | $27.50 |
| Service | 10/18/2022 | Received and reviewed correspondence from court re appearnce as substitute counsel in COA2; received and reviewed additional filings, including notices of appearance, letter requesting extension to comply with court's directive | 0.30 | $275.00 | $82.50 |
| Service | 10/19/2022 | Received and reviewed correspondence from court via eTrack regarding joint motion for extension; received and reviewed notices of appearance C Blair, J Porter | 0.20 | $275.00 | $55.00 |
| Service | 10/20/2022 | Received and reviewed correspondence from Judge Sannes via etrack re text order extending reporting time | 0.10 | $275.00 | $27.50 |
| Service | 10/31/2022 | Reviewed order and correspondence with primary counsel re conference; received and reviewed correspondence from primary counsel re same | 0.10 | $275.00 | $27.50 |

| | |
|---|---|
| **Quantity Subtotal** | 2.4 |
| **Quantity Total** | 2.4 |
| **Subtotal** | **$660.00** |
| **Total** | **$660.00** |

Please make all amounts payable to: Kathleen McCaffrey Baynes, Esq., PLLC

Please pay within 30 days.