# EXHIBIT B

AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

)
)
v.                    )   Case No.:
)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................. | $ _____ |
| Fees for service of summons and subpoena ........................................... | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | _____ |
| Fees and disbursements for printing ................................................. | _____ |
| Fees for witnesses *(itemize on page two)* ............................................ | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................................ | _____ |
| Docket fees under 28 U.S.C. 1923 .................................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ...................................... | _____ |
| Compensation of court-appointed experts ............................................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ...................................................... | _____ |
| TOTAL | $ _____ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service           ☐   First class mail, postage prepaid

☐   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                                    Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                 *Deputy Clerk*              *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

NEW YORK STATE RIFLE AND PISTOL )
ASSOCIATION, INC., *et al.*, )
 )
      *Plaintiffs*, )
v. ) Civil Action No.
 ) 1:18-cv-00134-BKS-ATB
STEVEN NIGRELLI, IN HIS OFFICIAL )
CAPACITY AS ACTING )
SUPERINTENDENT OF THE )
NEW YORK STATE POLICE, *et al.*, )
 )
      *Defendants*. )

## ITEMIZATION OF COSTS
## OF KATHLEEN McCAFFREY BAYNES, ESQ., PLLC

KATHLEEN McCAFFREY BAYNES submits the following itemization of taxable costs in the amount of $1,122.00 in connection with Plaintiffs' motion for an award of attorney's fees and costs, including the following items:

1.    $400.00 for payment of filing fee in the United States District Court for the Northern District of New York. 28 U.S.C. § 1920(1). (*See* Exhibit A at 8; Exhibit B, *infra*).

2.    $217.00 for payment to Albany Investigations for service of summons and complaint on each defendant. 28 U.S.C. § 1920(1). (*See* Exhibit A at 10; Exhibit B, *infra*).

3.    $505.00 for payment of filing fee for notice of appeal to the United States Court of Appeals for the Second Circuit. Fed. R. App. P. 39(e). (*See* Exhibit A at 18; Exhibit B, *infra*).

Dated: February 6, 2023,

                                                                         Kathleen McCaffrey Baynes
                                                                         Kathleen McCaffrey Baynes, Esq., PLLC
                                                                         1826 Western Avenue
                                                                         Albany, N.Y. 12203
                                                                         Phone: (518) 641-0401
                                                                         kmb@kmbaynes.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> STEVEN NIGRELLI, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE, *et al.* <br><br> *Defendants.* | Civil Action No. <br> 1:18-cv-00134-BKS-ATB |

## **AFFIDAVIT OF KATHLEEN McCAFFREY BAYNES**

Before me, the undersigned authority, on this day personally appeared Kathleen McCaffrey Baynes, and upon her oath, did depose and state:

1. My name is Kathleen McCaffrey Baynes. I am the proprietor of Kathleen McCaffrey Baynes, Esq., PLLC. I served as Plaintiffs' designated local counsel in this action. I am over the age of 18 years and competent to testify to the matters set forth herein.

2. The items claimed in the Bill of Costs submitted on behalf of Plaintiffs regarding taxable costs of Kathleen McCaffrey Baynes, Esq., PLLC, which total $1,122.00, are correct. (*See* Exhibit B at 2.)

3. The costs for which Plaintiffs seek reimbursement in the Bill of Costs submitted on behalf of Plaintiffs regarding taxable costs of Kathleen McCaffrey Baynes, Esq., PLLC, were necessarily incurred.

4. The services for which the fees have been charged were actually and necessarily

performed.

*[signature]*

Kathleen McCaffrey Baynes
Kathleen McCaffrey Baynes, Esq., PLLC
1826 Western Avenue
Albany, N.Y. 12203
Phone: (518) 641-0401
kmb@kmbaynes.com
Bar Roll No.: 507154

SWORN TO AND SUBSCRIBED before me
this 6th day of February, 2023

_*[signature]*_
NOTARY PUBLIC FOR STATE OF NEW YORK

My commission expires: _10/3/2026_

ANNE D. LYMAN
Notary Public, State of New York
Qual. in Albany Co. No. 4673351
Commission Expires Oct. 31, 2026

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Kathleen McC. Baynes |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK NORTHERN DISTRICT COURT |
| **Date:** | Wednesday, January 31, 2018 1:45:34 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Daniel McAllister at (315) 234-8505.

   Account Number: 4384225
   Court: NEW YORK NORTHERN DISTRICT COURT
   Amount: $400.00
   Tracking Id: ANYNDC-4273520
   Approval Code: 03211G
   Card Number: ************0465
   Date/Time: 01/31/2018 01:44:40 ET

NOTE: This is an automated message. Please do not reply

**Albany Investigation & Process Services, LLC**
50 Colvin Avenue
Suite 203
Albany, NY 12206
Phone: 518-438-8987
Tax ID # 82-3690886



**Kathleen McCaffrey Baynes, ESQ PLLC**
21 Everett Road Extension
Suite A-4
Albany, NY 12205-3357

**Invoice 20655**

| | |
|---|---|
| Date | Feb 05, 2018 |
| Terms | |
| Service Thru | Feb 05, 2018 |

In Reference To: NYSR&PA v. Beach, et al. (Hour)

| Date | Services | Rate | Hours | Amount |
|---|---|---|---|---|
| **Process Service** | | | | |
| 02/02/2018 | For 2/2/18 RUSH SERVICE of S/C, Filing Order & Corporate Disclosure Statement upon: GEORGE P. BEACH, II (NYSP) and RICHARD P. McNALLY, Justice | $ 190.00 | Flat Fee | $ 190.00 |
| | Process Service Total: | | 0.00 | $190.00 |
| | Total Hour Amount: | | 0.00 | $190.00 |

In Reference To: NYSR&PA v. Beach, et al. (Expenses)

| Date | Expenses | Rate | Quantity | Amount |
|---|---|---|---|---|
| **Printing (PS)** | | | | |
| 02/05/2018 | 90 pages | $ 0.30 | 90.00 | $ 27.00 |
| | Printing (PS) Total: | | | $27.00 |
| | Total Expenses Amount: | | | $27.00 |

| | |
|---|---|
| Total Hour | $ 190.00 |
| Total Expenses | $ 27.00 |
| Total Invoice Amount | $ 217.00 |
| Previous Balance | $ 0.00 |
| **Balance (Amount Due)** | **$ 217.00** |

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Kathleen McC. Baynes |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK NORTHERN DISTRICT COURT |
| **Date:** | Tuesday, January 15, 2019 10:30:41 AM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Daniel McAllister at (315) 234-8505.

   Account Number: 4384225
   Court: NEW YORK NORTHERN DISTRICT COURT
   Amount: $505.00
   Tracking Id: ANYNDC-4618401
   Approval Code: 00729G
   Card Number: ************0465
   Date/Time: 01/15/2019 10:30:24 ET

NOTE: This is an automated message. Please do not reply