# EXHIBIT A

David Lehman                                    March 20, 2018
Institute for Legislative Action                Invoice #    16600
National Rifle Association
11250 Waples Way Road
Fairfax, VA 22030


In Reference To:      National Rifle Association/NY
                      Carriage Matter

---

|                              |              |
|------------------------------|--------------|
| Current Charges              | $20,612.50   |
| Fees                         | $20,612.50   |
| Expenses                     | $0.00        |
| Balance From Last Invoice    | $32,290.00   |
| Payments Since Last Invoice  | $0.00        |
| Total Due                    | $52,902.50   |

David Lehman                                                      Page  2

       Professional services

|            |     |                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------|-------|--------|
| 02/01/18   | HN  | Analyze appellate strategy.                                  | 0.30  |        |
| 02/02/18   | JO  | Revise pro hac vice papers.                                  | 0.30  |        |
|            | JO  | Research and draft emails re case strategy.                  | 1.50  |        |
|            | JO  | Draft emails re case opening.                                | 0.30  |        |
|            | NJM | Review news article and respond to emails from Robert Nash.  | 0.20  |        |
|            | PP  | Research re consequences of filing of complaint.             | 0.20  |        |
|            | PP  | Work on pro hac motion.                                      | 0.20  |        |
| 02/05/18   | JO  | Revise pro hac vice applications.                            | 0.40  |        |
|            | JO  | Research service of process issue; draft emails re same.     | 0.30  |        |
|            | JO  | Draft emails re service of process and request for extension of time. | 0.40 | |
|            | PP  | Review and analyze defendants' extension request.           | 0.20  |        |
| 02/06/18   | DHT | Analyze scheduling issues and correspondence relating to same. | 0.20 | |
|            | JO  | Draft memo re case strategy.                                 | 0.80  |        |
|            | JO  | Phone conference with opposing counsel re case deadlines; draft emails re same. | 0.50 | |
|            | PP  | Work on scheduling and other issues with opening case.       | 0.20  |        |

David Lehman                                                                    Page  3

|            |     |                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------|-------|--------|
| 02/07/18   | JO  | Review member inquiries for potential affiants.      | 0.90  |        |
|            | PP  | Work on pro hac applications.                         | 0.10  |        |
| 02/08/18   | JO  | Revise notices of appearance and letter to court.    | 0.60  |        |
|            | PP  | Review notice of appearance.                          | 0.10  |        |
| 02/09/18   | EPB | File notices of appearance and letter for J. Ohlendorf. | 0.40 |        |
|            | HN  | Discuss potential 12(c) motion with co-counsel.      | 0.20  |        |
|            | JO  | Revise and file notices of appearance and letter to court. | 0.90 |     |
|            | JO  | Phone conference with H. Nielson re Rule 12(c) issue. | 0.20  |        |
|            | NJM | Emails with plaintiff re schedule.                    | 0.20  |        |
|            | PP  | Review notices of appearance.                         | 0.10  |        |
|            | PP  | Review order granting extension of answer deadline.   | 0.10  |        |
| 02/12/18   | JO  | Research Rule 12(c) issue.                            | 1.40  |        |
| 02/13/18   | JO  | Research Rule 12(c) issue; develop case strategy.     | 7.00  |        |
| 02/14/18   | JO  | Research Rule 12(c) issue; research invited error doctrine. | 6.50 |   |
| 02/15/18   | JO  | Research Rule 12(c) issue; research invited error doctrine; research standing issue. | 5.00 | |

David Lehman                                                        Page   4

|              |     | | Hours | Amount |
|--------------|-----|---------------------------------------|-------|--------|
| 02/16/18 | JO | Research appellate standing issue; research Rule 12(c). | 4.90 | |
| | JO | Conference with W. Marra re standing issue. | 0.20 | |
| 02/23/18 | CJC | Review CA2 opinion; review J. Thomas dissent from denial of cert in Silvester v. Becerra; note to D. Lehman re same. | 1.90 | |

For professional services rendered            36.70   $20,612.50

Previous balance                                       $32,290.00

David Lehman                                                    Page   5

                        Attorney/LA Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Brainard, Erin | 0.40 | 155.00 | $62.00 |
| Cooper, Charles | 1.90 | 1125.00 | $2,137.50 |
| Moss,  Nicole | 0.40 | 625.00 | $250.00 |
| Nielson, Howard | 0.50 | 715.00 | $357.50 |
| Ohlendorf, John | 32.10 | 525.00 | $16,852.50 |
| Patterson, Pete | 1.20 | 645.00 | $774.00 |
| Thompson, David | 0.20 | 895.00 | $179.00 |

|  |  |  | Amount |
|--|--|--|--------|
| Balance due |  |  | $52,902.50 |

David Lehman                                                          Page   6


David Lehman                              March 20, 2018
Institute for Legislative Action          Invoice # 16600
National Rifle Association                ██████████████████████
11250 Waples Way Road
Fairfax, VA 22030


In Reference To:   National Rifle Association/NY
                   Carriage Matter

---

**Please return this page with your remittance to:**

            Cooper & Kirk, PLLC
            1523 New Hampshire Avenue, NW
            Washington, DC 20036


**Wired funds should be addressed as follows:**



David Lehman
Institute for Legislative Action
National Rifle Association
11250 Waples Way Road
Fairfax, VA 22030

April 24, 2018

Invoice #     16629

In Reference To:     National Rifle Association/NY
                     Carriage Matter

| | |
|---|---:|
| Current Charges | $21,754.00 |
| Fees | $21,754.00 |
| Expenses | $0.00 |
| Balance From Last Invoice | $52,902.50 |
| Payments Since Last Invoice | ($52,902.50) |
| Total Due | $21,754.00 |

David Lehman                                                          Page   2

      Professional services

|            |     |                                                                    | Hours | Amount |
|------------|-----|--------------------------------------------------------------------|-------|--------|
| 03/01/18   | JO  | Review hearing transcript.                                         | 0.30  |        |
|            | NJM | Review transcript of Nash hearing and email Nash re same.          | 0.40  |        |
|            | PP  | Work on case strategy issues.                                      | 0.10  |        |
| 03/13/18   | JO  | Draft email re potential plaintiffs.                               | 0.10  |        |
|            | PP  | Research re potential additional plaintiffs.                       | 0.20  |        |
| 03/14/18   | NJM | Review email about potential plaintiff and attempt to contact.     | 0.20  |        |
| 03/15/18   | NJM | Email and call with prospective plaintiff Brandon Koch.            | 0.50  |        |
| 03/16/18   | JO  | Research appellate standing and invited error rule.               | 3.20  |        |
| 03/19/18   | JO  | Review emails re potential plaintiffs; draft email re same.       | 0.10  |        |
|            | PP  | Research re potential plaintiffs.                                  | 0.20  |        |
| 03/21/18   | NJM | Send email re potential new plaintiff; attempt to contact another potential plaintiff. | 0.40 | |
| 03/22/18   | PP  | Research re potential plaintiffs.                                  | 0.10  |        |
| 03/23/18   | NJM | Call with prospective plaintiff.                                  | 0.60  |        |
|            | PP  | Research re potential plaintiffs.                                  | 0.10  |        |
| 03/25/18   | PP  | Research re potential plaintiffs.                                  | 0.20  |        |

David Lehman                                                           Page  3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 03/26/18 | DHT | Conference with P. Patterson re potential plaintiffs. | 0.10 | |
| | JO | Research invited error issue. | 4.50 | |
| | JO | Review motion to dismiss | 0.30 | |
| | PP | Conference with D. Thompson re potential plaintiffs. | 0.10 | |
| | PP | Review motion to dismiss. | 0.30 | |
| 03/27/18 | DHT | Analyze studies cited by the state. | 0.20 | |
| | JO | Draft emails re meet and confer. | 0.30 | |
| | JO | Draft response to motion to dismiss. | 6.70 | |
| | JO | Review social science studies cited in motion to dismiss. | 1.70 | |
| | PP | Research re case status and procedure. | 0.50 | |
| 03/28/18 | EPB | Locate historical documents for J. Ohlendorf. | 1.30 | |
| | JO | Draft opposition to motion to dismiss. | 5.60 | |
| | JO | Review social science studies cited in motion to dismiss. | 1.80 | |
| | EAB | Locate sources for J. Ohlendorf. | 1.30 | |
| | PP | Work on scheduling issues. | 0.10 | |
| 03/29/18 | JO | Draft response to motion to dismiss. | 3.30 | |

David Lehman                                                        Page   4

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 03/29/18 | JO | Review social science studies cited in motion to dismiss | 2.30 | |
| | PP | Review scheduling order. | 0.10 | |
| 03/30/18 | JO | Draft response to motion to dismiss. | 5.00 | |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 42.20 | $21,754.00 |
| 3/27/2018 Payment - thank you. Check No. 78655 | | ($8,722.00) |
| 4/9/2018 Payment - thank you. Check No. 78761 | | ($23,568.00) |
| 4/23/2018 Payment - thank you. Check No. 78980 | | ($20,612.50) |
| Total payments and adjustments | | ($52,902.50) |

David Lehman                                                                          Page   5

|                      | Amount      |
| -------------------- | ----------- |
| Previous balance     | $52,902.50  |

David Lehman                                                      Page   6

                          Attorney/LA Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Barton, Elizabeth | 1.30 | 155.00 | $201.50 |
| Brainard, Erin | 1.30 | 155.00 | $201.50 |
| Moss,  Nicole | 2.10 | 625.00 | $1,312.50 |
| Ohlendorf, John | 35.20 | 525.00 | $18,480.00 |
| Patterson, Pete | 2.00 | 645.00 | $1,290.00 |
| Thompson, David | 0.30 | 895.00 | $268.50 |

|  | Amount |
|--|--------|
| Balance due | $21,754.00 |

David Lehman                                                         Page   7


David Lehman                                April 24, 2018
Institute for Legislative Action            Invoice # 16629
National Rifle Association                  ████████████████████████
11250 Waples Way Road
Fairfax, VA 22030


In Reference To:   National Rifle Association/NY
                   Carriage Matter

_____


**Please return this page with your remittance to:**

        Cooper & Kirk, PLLC
        1523 New Hampshire Avenue, NW
        Washington, DC 20036


**Wired funds should be addressed as follows:**



David Lehman
Institute for Legislative Action
National Rifle Association
11250 Waples Way Road
Fairfax, VA 22030

May 25, 2018

Invoice #    16645

In Reference To:    National Rifle Association/NY
                    Carriage Matter

| | |
|---|---|
| Current Charges | $9,130.30 |
| Fees | $9,053.00 |
| Expenses | $77.30 |
| Balance From Last Invoice | $21,754.00 |
| Payments Since Last Invoice | $0.00 |
| Total Due | $30,884.30 |

David Lehman                                                              Page   2

        Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 04/02/18 | JO | Revise response brief. | 0.90 | |
| | JO | Draft letter re motion to dismiss argument date; draft emails re same. | 1.00 | |
| | NJM | Call with Mike Brice; send emails re prospective plaintiff. | 0.40 | |
| | PP | Conference with D. Thompson & J. Ohlendorf re case strategy. | 0.10 | |
| | PP | Review motion to extension. | 0.10 | |
| | PP | Review draft response to motion to dismiss. | 0.70 | |
| | PP | Review proposed amicus brief. | 0.50 | |
| 04/03/18 | JO | Revise Motion to Dismiss opposition. | 2.20 | |
| | PP | Work on response to motion to dismiss. | 0.50 | |
| 04/05/18 | NJM | Work on identifying prospective plaintiffs. | 0.60 | |
| | PP | Research re potential plaintiffs. | 0.20 | |
| 04/06/18 | JO | Phone conference with N. Moss re case strategy; draft emails re potential plaintiffs. | 0.40 | |
| | PP | Research re potential plaintiffs. | 0.20 | |
| 04/10/18 | NJM | Attempts to contact potential plaintiffs. | 0.70 | |

David Lehman                                                                    Page   3

|            |     |                                                      | Hours | Amount     |
|------------|-----|------------------------------------------------------|-------|------------|
| 04/10/18   | NJM | Calls with prospective plaintiffs.                   | 1.20  |            |
| 04/12/18   | NJM | Call with prospective plaintiff and send emails re same | 0.30 |            |
|            | NJM | Draft retainer agreement and litigation hold for Koch | 0.40 |            |
|            | PP  | Research re potential plaintiffs.                    | 0.20  |            |
| 04/15/18   | DHT | Review opposition to motion to dismiss.              | 0.30  |            |
| 04/27/18   | DHT | Review opposition to motion to dismiss.              | 0.20  |            |
|            | JO  | Review social science study on RTC laws.             | 0.80  |            |
|            | JO  | Draft amended complaint; draft motion for leave to amend. | 2.30 |            |
|            | NJM | Email with Robert Nash re response to MTD            | 0.20  |            |
|            | PP  | Research re case strategy.                           | 0.10  |            |
| 04/29/18   | DHT | Review and revise opposition to motion to dismiss.   | 0.20  |            |
| 04/30/18   | DHT | Review and revise opposition to motion to dismiss.   | 0.20  |            |
|            | PP  | Work on review and editing of response to motion to dismiss. | 0.10 |        |
|            | PP  | Review draft amended complaint.                      | 0.20  |            |
|            |     | For professional services rendered                   | 15.20 | $9,053.00  |

David Lehman                                                    Page   4

     Additional charges:

|  | Amount |
|---|---:|
| Electronic Research | 77.30 |
| Total costs | $77.30 |
| Previous balance | $21,754.00 |

David Lehman                                                              Page  5

                          Attorney/LA Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Moss,  Nicole | 3.80 | 628.16 | $2,387.00 |
| Ohlendorf, John | 7.60 | 525.00 | $3,990.00 |
| Patterson, Pete | 2.90 | 645.00 | $1,870.50 |
| Thompson, David | 0.90 | 895.00 | $805.50 |

|  |  | Amount |
|--|--|--------|
| Total amount of this bill | | $9,130.30 |
| Balance due | | $30,884.30 |

David Lehman                                                    Page   6


David Lehman                            May 25, 2018
Institute for Legislative Action        Invoice # 16645
National Rifle Association              ██████████████████████
11250 Waples Way Road
Fairfax, VA 22030


In Reference To:   National Rifle Association/NY
                   Carriage Matter

_____


**Please return this page with your remittance to:**

          Cooper & Kirk, PLLC
          1523 New Hampshire Avenue, NW
          Washington, DC 20036


**Wired funds should be addressed as follows:**



David Lehman
Institute for Legislative Action
National Rifle Association
11250 Waples Way Road
Fairfax, VA 22030

June 21, 2018

Invoice #     16686

In Reference To:     National Rifle Association/NY
                     Carriage Matter

---

|                              |             |
|------------------------------|-------------|
| Current Charges              | $6,854.97   |
|     Fees  | $6,735.00   |
|     Expenses | $119.97  |
| Balance From Last Invoice    | $30,884.30  |
| Payments Since Last Invoice  | ($11,754.00) |
| Total Due                    | $25,985.27  |

David Lehman                                                    Page   2

       Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 05/01/18 | DHT | Review and revise opposition to motion to dismiss. | 0.20 | |
| | JO | Revise amended complaint and associated papers. | 0.70 | |
| | JO | Revise response brief. | 1.40 | |
| | EAB | Finish cite checking MTD response for J. Ohlendorf. | 0.20 | |
| | NJM | Call with new plaintiff Brandon Koch; review complaint with him; send emails re same. | 0.60 | |
| | PP | Review edits to response to motion to dismiss. | 0.10 | |
| 05/02/18 | DHT | Review and revise brief in opposition to motion to dismiss. | 0.40 | |
| | JO | Revise amended complaint and associated papers; draft emails re same. | 1.40 | |
| | JO | Revise motion to dismiss response. | 0.70 | |
| | EAB | Cite check amended complaint documents for J. Ohlendorf. | 0.30 | |
| | PP | Review edits to brief. | 0.20 | |
| 05/03/18 | JO | Draft emails re amended complaint. | 0.10 | |
| 05/04/18 | JO | Draft emails re MTD Response; revise response brief. | 0.40 | |

David Lehman                                                                 Page   3

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 05/04/18 | EAB | Edit MTD Resp. TOCTOA for J. Ohlendorf. | 0.40 | |
| 05/07/18 | JO | Revise response brief. | 1.90 | |
| 05/08/18 | JO | Draft emails re amended complaint. | 0.20 | |
| 05/14/18 | JO | Draft materials re amended complaint. | 1.60 | |
|  | NJM | Emails with Brandon Koch re amended complaint. | 0.30 | |
| 05/15/18 | JO | Revise amended complaint and associated materials; review social science studies on gun crime. | 1.70 | |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 12.80 | $6,735.00 |
| Additional charges: | | |
| Electronic Research | | 119.97 |
| Total costs | | $119.97 |
| 6/5/2018 Payment - thank you. Check No. 79263 | | ($11,754.00) |
| Total payments and adjustments | | ($11,754.00) |

David Lehman                                                    Page   4

|                    | Amount      |
| ------------------ | ----------- |
| Previous balance   | $30,884.30  |

David Lehman                                                    Page   5

                        Attorney/LA Summary
Name                              Hours        Rate            Amount
Barton, Elizabeth                  0.90      155.00           $139.50
Moss,  Nicole                      0.90      625.00           $562.50
Ohlendorf, John                   10.10      525.00         $5,302.50
Patterson, Pete                    0.30      645.00           $193.50
Thompson, David                    0.60      895.00           $537.00

                                                             Amount


        Total amount of this bill                          $6,854.97


        Balance due                                       $25,985.27

David Lehman                                                          Page   6


David Lehman                              June 21, 2018
Institute for Legislative Action          Invoice # 16686
National Rifle Association                ███████████████████
11250 Waples Way Road
Fairfax, VA 22030


In Reference To:   National Rifle Association/NY
                   Carriage Matter

_____


**Please return this page with your remittance to:**

        Cooper & Kirk, PLLC
        1523 New Hampshire Avenue, NW
        Washington, DC 20036


**Wired funds should be addressed as follows:**



Accounts Payable - ILA
Institute for Legislative Action
National Rifle Association
11250 Waples Mill Road
Fairfax, VA 22030

January 15, 2019

Invoice #    16856

In Reference To:    National Rifle Association/NY
                    Carriage Matter

---

| | |
|---|---:|
| Current Charges | $518.00 |
| Fees | $518.00 |
| Expenses | $0.00 |
| Balance From Last Invoice | $25,985.27 |
| Payments Since Last Invoice | ($15,985.27) |
| Total Due | $518.00 |

Accounts Payable - ILA                                          Page  2

      Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/17/18 | DHT | Analyze decision; call re same. | 0.20 | |
| | JO | Review opinion; draft emails re same. | 0.40 | |
| | PP | Review order granting motion to dismiss. | 0.20 | |
| | | For professional services rendered | 0.80 | $518.00 |
| 8/3/2018 | | Payment - thank you. Check No. 79725 | | ($15,985.27) |
| 12/28/2018 | | Credit (paid $21,754.00 on 6/5/18) | | ($10,000.00) |
| | | Total payments and adjustments | | ($25,985.27) |

Accounts Payable - ILA                                          Page  3

|                  |      Amount |
|------------------|------------:|
| Previous balance | $25,985.27  |

Accounts Payable - ILA                                    Page  4

                    Attorney/LA Summary
Name                              Hours        Rate          Amount
Ohlendorf, John                    0.40      525.00         $210.00
Patterson, Pete                    0.20      645.00         $129.00
Thompson, David                    0.20      895.00         $179.00

                                                             Amount


         Balance due                                        $518.00

```
Accounts Payable - ILA                                          Page   5
```

```
Accounts Payable - ILA                    January 15, 2019
Institute for Legislative Action          Invoice # 16856
National Rifle Association                ███████████████████
11250 Waples Mill Road
Fairfax, VA 22030
```

```
In Reference To:   National Rifle Association/NY
                   Carriage Matter
```

---

**Please return this page with your remittance to:**

```
        Cooper & Kirk, PLLC
        1523 New Hampshire Avenue, NW
        Washington, DC 20036
```

**Wired funds should be addressed as follows:**



```
Accounts Payable - ILA                   February 26, 2019
Institute for Legislative Action
National Rifle Association                Invoice #    16881
11250 Waples Mill Road
Fairfax, VA 22030
```

In Reference To:    National Rifle Association/NY
                    Carriage Matter

---

|  |  |
|---|---|
| Current Charges | $14,085.00 |
| Fees | $14,085.00 |
| Expenses | $0.00 |
| Balance From Last Invoice | $518.00 |
| Payments Since Last Invoice | ($518.00) |
| Total Due | $14,085.00 |

Accounts Payable - ILA                                          Page  2

      Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 01/07/19 | FML | J. Ohlendorf application to 2nd circuit. | 1.20 | |
| | JO | Phone conference with K. Baynes re appeal; draft notice of appeal; draft emails re appeal; review Second Circuit rules. | 2.20 | |
| | PP | Review notice of appeal. | 0.10 | |
| 01/08/19 | JO | Draft appeal initiating documents. | 3.50 | |
| | JO | Draft opening brief. | 1.10 | |
| 01/09/19 | JO | Draft opening brief. | 8.20 | |
| 01/10/19 | JO | Draft opening brief. | 4.00 | |
| 01/15/19 | JO | Revise notice of appeal. | 0.40 | |
| | PP | Work on notice of appeal. | 0.30 | |
| 01/18/19 | FML | Ordering books for J. Ohlendorf, filing forms in 2nd Circuit. | 1.40 | |
| | JO | Finalize and file initial appeal documents. | 1.70 | |
| | PP | Work on appeal issues. | 0.40 | |
| 01/21/19 | JO | Review Second Circuit Rules; draft email re briefing schedule. | 0.30 | |
| 01/22/19 | PP | Work on appeal. | 0.10 | |
| 01/24/19 | JO | Draft and file letter re briefing schedule. | 0.60 | |
| | PP | Review brief scheduling filing. | 0.20 | |

Accounts Payable - ILA                                      Page  3

|  | Hours | Amount |
|---|---|---|
| 01/30/19 PP    Review briefing order. | 0.10 | |
| For professional services rendered | 25.80 | $14,085.00 |
| 2/13/2019 Payment - thank you. Check No. 81099 | | ($518.00) |
| Total payments and adjustments | | ($518.00) |

```
Accounts Payable - ILA                                          Page   4

                                                              Amount

        Previous balance                                     $518.00
```

Accounts Payable - ILA                                              Page  5

                              Attorney/LA Summary
| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence, Flannery | 2.60 | 185.00 | $481.00 |
| Ohlendorf, John | 22.00 | 575.00 | $12,650.00 |
| Patterson, Pete | 1.20 | 795.00 | $954.00 |

|  |  |  | Amount |
|---|---|---|---|
| Balance due |  |  | $14,085.00 |

```
Accounts Payable - ILA                                          Page   6
```

```
Accounts Payable - ILA                      February 26, 2019
Institute for Legislative Action           Invoice # 16881
National Rifle Association                 ███████████████████████
11250 Waples Mill Road
Fairfax, VA 22030
```

```
In Reference To:   National Rifle Association/NY
                   Carriage Matter
```

---

**Please return this page with your remittance to:**

```
        Cooper & Kirk, PLLC
        1523 New Hampshire Avenue, NW
        Washington, DC 20036
```

**Wired funds should be addressed as follows:**



```
Accounts Payable - ILA                  April 9, 2019
Institute for Legislative Action        Invoice #  16928
National Rifle Association              ███████████████████
11250 Waples Mill Road
Fairfax, VA  22030
```

In Reference To:    National Rifle Association/NY Carriage Matter

---

| | |
|---|---|
| Current Charges | $8,778.80 |
| Fees | $10,328.00 |
| Less 15% Discount | ($1,549.20) |
| Subtotal | $8,778.80 |
| Expenses | $0.00 |
| Balance from Last Invoice | $14,085.00 |
| Payments Since Last Invoice | ($14,085.00) |
| Total Due | $8,778.80 |

Accounts Payable - ILA                                                    Page  2

       Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 03/05/19 | DHT | Work on brief. | 0.40 |  |
| 03/06/19 | JO | Draft opening brief. | 0.90 |  |
|  | PP | Work on CA2 brief. | 0.50 |  |
| 03/07/19 | PP | Work on CA2 brief. | 0.40 |  |
| 03/08/19 | JO | Revise opening brief. | 0.40 |  |
| 03/09/19 | DHT | Review and revise brief. | 0.40 |  |
| 03/10/19 | DHT | Review and revise brief. | 0.40 |  |
| 03/11/19 | CHT | Cite check opening brief. | 4.00 |  |
|  | DHT | Review and revise brief. | 0.30 |  |
|  | FML | Cite check brief. | 3.20 |  |
|  | PP | Review client edits to brief. | 0.10 |  |
| 03/12/19 | CHT | Cite check opening brief. | 1.30 |  |
|  | FML | Cite check brief. | 2.30 |  |
| 03/13/19 | JO | Revise opening brief. | 0.40 |  |
| 03/14/19 | JO | Revise opening brief. | 1.10 |  |
|  | PP | Review edits to brief. | 0.10 |  |
| 03/15/19 | DHT | Review and revise brief. | 0.50 |  |
|  | JO | Revise opening brief. | 0.10 |  |
|  | PP | Work on brief. | 0.10 |  |
| 03/17/19 | DHT | Further work on brief. | 0.30 |  |

Accounts Payable - ILA                                              Page  3

|            |     |                                              | Hours  | Amount        |
|------------|-----|----------------------------------------------|--------|---------------|
| 03/18/19   | DHT | Review brief.                                | 0.10   |               |
|            | JO  | Draft email re case strategy.                | 0.40   |               |
|            | PP  | Work on CA2 brief.                           | 0.20   |               |
| 03/20/19   | CHT | Paginate opening br., file, ship paper copies. | 2.50   |               |
|            | JO  | Revise and file opening brief.               | 3.60   |               |
|            | PP  | Work on brief.                               | 0.20   |               |

|                                              | Hours  | Amount        |
|----------------------------------------------|--------|---------------|
| For professional services rendered           | 24.20  | $10,328.00    |
| 2/27/2019 Credit (15% fees discount - 1/19)  |        | ($2,112.75)   |
| 3/26/2019 Payment - thank you. Check No. 81397 |      | ($14,085.00)  |
| Total payments and adjustments               |        | ($16,197.75)  |

Accounts Payable - ILA                                                  Page   4

|                  | Amount |
|------------------|--------|
| Previous balance | $14,085.00 |

Accounts Payable - ILA                                              Page   5

                          Attorney/LA Summary
| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence, Flannery | 5.50 | 185.00 | $1,017.50 |
| Ohlendorf, John | 6.90 | 575.00 | $3,967.50 |
| Patterson, Pete | 1.60 | 795.00 | $1,272.00 |
| Theriot, Caleb | 7.80 | 185.00 | $1,443.00 |
| Thompson, David | 2.40 | 1095.00 | $2,628.00 |

|  |  |  | Amount |
|---|---|---|---|
| Balance due |  |  | $8,215.25 |

```
Accounts Payable - ILA                                        Page   6



Accounts Payable - ILA                    April 9, 2019
Institute for Legislative Action          Invoice # 16928
National Rifle Association                ██████████████████████
11250 Waples Mill Road
Fairfax, VA 22030


In Reference To:   National Rifle Association/NY
                   Carriage Matter
```

_____


**Please return this page with your remittance to:**

```
        Cooper & Kirk, PLLC
        1523 New Hampshire Avenue, NW
        Washington, DC 20036
```


**Wired funds should be addressed as follows:**



```
Accounts Payable - ILA                   May 10, 2019
Institute for Legislative Action         Invoice #  16963
National Rifle Association               ████████████████████
11250 Waples Mill Road
Fairfax, VA  22030


In Reference To:   National Rifle Association/NY Carriage Matter
```

| | |
|---|---:|
| Current Charges | $6,375.00 |
| Fees | $7,500.00 |
| Less 15% Discount | ($1,125.00) |
| Subtotal | $6,375.00 |
| Expenses | $0.00 |
| Balance from Last Invoice | $8,778.80 |
| Payments Since Last Invoice | ($8,778.80) |
| Total Due | $6,375.00 |

Accounts Payable - ILA                                              Page  2

       Professional services

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 04/16/19 JO | Review Seventh Circuit concealed carry opinion. | | 0.30 | |
| 04/25/19 DHT | Review government brief. | | 0.20 | |
| JO | Draft reply brief. | | 6.80 | |
| PP | Review NY brief and work on reply. | | 0.90 | |
| 04/26/19 JO | Revise reply brief; draft brief components. | | 1.70 | |
| PP | Work on brief. | | 0.60 | |
| 04/29/19 FML | Cite check reply brief. NY Carry | | 4.00 | |
| 04/30/19 FML | Cite check reply brief. NY Carry | | 0.70 | |
| PP | Review appellate filings by Defendants. | | 0.20 | |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 15.40 | $7,500.00 |
| 5/10/2019 Payment - thank you. Check No. 81790 | | ($8,778.80) |
| Total payments and adjustments | | ($8,778.80) |

Accounts Payable - ILA                                          Page   3

|                  | Amount    |
|------------------|-----------|
| Previous balance | $8,215.25 |

```
Accounts Payable - ILA                                          Page  4


                          Attorney/LA Summary
Name                                Hours         Rate            Amount
Lawrence, Flannery                   4.70       185.00           $869.50
Ohlendorf, John                      8.80       575.00         $5,060.00
Patterson, Pete                      1.70       795.00         $1,351.50
Thompson, David                      0.20      1095.00           $219.00


                                                                 Amount


            Balance due                                        $6,936.45
```

```
Accounts Payable - ILA                                        Page   5



Accounts Payable - ILA                    May 10, 2019
Institute for Legislative Action          Invoice # 16963
National Rifle Association                ███████████████████
11250 Waples Mill Road
Fairfax, VA 22030


In Reference To:   National Rifle Association/NY
                   Carriage Matter
```

---

**Please return this page with your remittance to:**

```
        Cooper & Kirk, PLLC
        1523 New Hampshire Avenue, NW
        Washington, DC 20036
```

**Wired funds should be addressed as follows:**



```
Accounts Payable - ILA                    June 17, 2019
Institute for Legislative Action          Invoice #  16995
National Rifle Association                ████████████████████
11250 Waples Mill Road
Fairfax, VA  22030


In Reference To:    National Rifle Association/NY Carriage Matter
```

---

| | |
|---|---:|
| Current Charges | $7,236.47 |
| Fees | $8,513.50 |
| Less 15% Discount | ($1,277.03) |
| Subtotal | $7,236.47 |
| Expenses | $0.00 |
| Balance from Last Invoice | $6,375.00 |
| Payments Since Last Invoice | ($6,375.00) |
| | _____ |
| Total Due | $7,236.47 |

Accounts Payable - ILA                                              Page  2

      Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 05/01/19 | DHT | Develop appellate strategy. | 0.30 | |
| | JO | Draft emails re case strategy. | 0.70 | |
| | PP | Work on response to argument notice. | 0.10 | |
| | PP | Review order re scheduling filing. | 0.10 | |
| 05/02/19 | DHT | Review and revise reply brief. | 0.60 | |
| | FML | Cite check. | 3.40 | |
| | JO | Review amicus briefs; revise reply brief. | 4.70 | |
| | PP | Review amicus briefs and other CA2 filings. | 0.50 | |
| | PP | Work on reply brief. | 0.20 | |
| 05/03/19 | DHT | Review reply brief. | 0.20 | |
| | FML | TOCTOA. | 0.10 | |
| | JO | Revise reply brief. | 0.90 | |
| | PP | Work on cert reply. | 0.10 | |
| 05/05/19 | PP | Work on reply brief. | 0.10 | |
| 05/06/19 | JO | Revise reply brief. | 0.70 | |
| | PP | Work on reply brief. | 0.20 | |
| 05/08/19 | CHT | Paginate tables, ship documents. | 1.20 | |
| | FML | Prepare for filing. | 0.70 | |

Accounts Payable - ILA                                              Page  3

|  | | | Hours | Amount |
|---|---|---|---|---|
| 05/08/19 | JO | Revise and file reply brief. | 1.90 | |
| | PP | Work on brief. | 0.10 | |
| | PP | Work on reply brief. | 0.10 | |
| | | For professional services rendered | 16.90 | $8,513.50 |
| 5/10/2019 | | Credit | | ($561.45) |
| 6/12/2019 | | Payment - thank you. Check No. 81952 | | ($6,375.00) |
| | | Total payments and adjustments | | ($6,936.45) |

```
Accounts Payable - ILA                                    Page   4

                                                              Amount

        Previous balance                                   $6,936.45
```

```
Accounts Payable - ILA                                          Page   5


                         Attorney/LA Summary
Name                                Hours       Rate        Amount
Lawrence, Flannery                   4.20     185.00        $777.00
Ohlendorf, John                      8.90     575.00      $5,117.50
Patterson, Pete                      1.50     795.00      $1,192.50
Theriot, Caleb                       1.20     185.00        $222.00
Thompson, David                      1.10    1095.00      $1,204.50

                                                           Amount


          Balance due                                    $8,513.50
```

Accounts Payable - ILA                                              Page   6


Accounts Payable - ILA                    June 17, 2019
Institute for Legislative Action          Invoice # 16995
National Rifle Association                ██████████████████████
11250 Waples Mill Road
Fairfax, VA 22030


In Reference To:   National Rifle Association/NY
                   Carriage Matter

_____


**Please return this page with your remittance to:**

          Cooper & Kirk, PLLC
          1523 New Hampshire Avenue, NW
          Washington, DC 20036


**Wired funds should be addressed as follows:**

