EXHIBIT A



**Bradley**

Bradley Arant Boult Cummings LLP

Christopher A. Conte, Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
Office of Legislative Counsel
11250 Waples Mill Road
Fairfax, VA 22030

September 10, 2019
Invoice No. 1358756

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

For professional services posted through August 31, 2019

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $562.50 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$562.50** |

Thank you for your business.



Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America

**Re: New York Rifle and Pistol Association v. Beach**

Matter No. 206243-401005

Page 2

September 10, 2019

Invoice No. 1358756

For legal services posted through August 31, 2019

| Professional Services | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Tkpr** | **Hours** | **Rate** | **Amount** |
| 8/26/19 | Review background information on Beach | TSW | 0.30 | 650.00 | 195.00 |
| 8/28/19 | Confer with C.Conte and J.Porter regarding transition | JPS | 0.50 | 735.00 | 367.50 |
| **Total Professional Services** | | | | | **$562.50** |

| Timekeeper Summary | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** | **Amount** |
| John Parker Sweeney | JPS | Partner | 0.50 | $735.00 | $367.50 |
| Sky Woodward | TSW | Partner | 0.30 | $650.00 | $195.00 |
| **Total Professional Services** | | | | | **$562.50** |



**Bradley**

Bradley Arant Boult Cummings LLP

Christopher A. Conte, Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
Office of Legislative Counsel
11250 Waples Mill Road
Fairfax, VA 22030

September 10, 2019
Invoice No. 1358756

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

## Outstanding Invoice Summary

Outstanding Invoices as of September 10, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 9/10/19 | 1358756 | $562.50 | $0.00 | $562.50 |
| Outstanding Invoices as of September 10, 2019 | | | | $562.50 |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**



(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)



Bradley Arant Boult Cummings LLP

Christopher A. Conte, Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
Office of Legislative Counsel
11250 Waples Mill Road
Fairfax, VA 22030

October 9, 2019
Invoice No. 1365290

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

For professional services posted through September 30, 2019

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $3,087.50 |
| Current Expenses | $7.00 |
| **Current Invoice** | **$3,094.50** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Beach**

Matter No. 206243-401005

Page 2
October 9, 2019
Invoice No. 1365290
For legal services posted through September 30, 2019

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/4/19 | Communications regarding status of matter, filing deadlines, next steps for handling | TSW | 0.40 | 650.00 | 260.00 |
| 9/4/19 | Supplement second amendment litigation practice group docket with upcoming due dates and deadlines | KAKE | 0.10 | 0.00 | 0.00 |
| 9/5/19 | Confer with Cooper Kirk on substitution, direct preparation of notice of appearance, obtaining consent of plaintiffs | JPS | 0.70 | 735.00 | 514.50 |
| 9/5/19 | Draft Notice of Appearance for J.Sweeney | KAKE | 1.10 | 260.00 | 286.00 |
| 9/5/19 | Draft Motion for Admission to Second Circuit Court of Appeals for J.Porter | KAKE | 0.50 | 260.00 | 130.00 |
| 9/5/19 | Draft request to Alabama Supreme Court for Certificate of Good Standing in furtherance of preparing draft Motion for Admission to Second Circuit Court of Appeals for J.Porter | KAKE | 0.30 | 260.00 | 78.00 |
| 9/6/19 | Correspond with Second Circuit Clerk regarding substitution of counsel procedure | KAKE | 0.60 | 260.00 | 156.00 |
| 9/9/19 | Attention to entering notice of appearance in CA2 | JPS | 0.60 | 735.00 | 441.00 |
| 9/9/19 | Draft Motion for Admission to Second Circuit Court of Appeals for M.Nardone | KAKE | 0.50 | 260.00 | 130.00 |
| 9/9/19 | Draft Motion for Admission to Second Circuit Court of Appeals for J.Porter | KAKE | 0.50 | 260.00 | 130.00 |
| 9/9/19 | Request certificate of good standing and check for applicable state court fees in furtherance of preparing M.Nardone Motion for Admission | KAKE | 0.40 | 260.00 | 104.00 |
| 9/17/19 | Supplement M.Nardone application for admission to the Second Circuit | KAKE | 0.60 | 260.00 | 156.00 |
| 9/18/19 | Supplement J.Porter application for admission to Second Circuit | KAKE | 0.30 | 260.00 | 78.00 |
| 9/24/19 | Supplement J.Porter Second Circuit Application for Admission with date admitted to Ninth Circuit | KAKE | 0.60 | 260.00 | 156.00 |
| 9/25/19 | Review and revise engagement letters to be transmitted by J.Porter to plaintiffs | KAKE | 0.90 | 260.00 | 234.00 |
| 9/26/19 | Supplement engagement letters to be transmitted | KAKE | 0.40 | 260.00 | 104.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

National Rifle Association of America                                                          Page 3
**Re: New York Rifle and Pistol Association v. Beach**                          October 9, 2019
                                                                                    Invoice No. 1365290
Matter No. 206243-401005              For legal services posted through September 30, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | by J.Porter to plaintiffs | | | | |
| 9/30/19 | Review and revise engagement letters to be transmitted by J.Porter to plaintiffs | KAKE | 0.20 | 260.00 | 52.00 |
| 9/30/19 | Supplement J.Porter Second Circuit Application for Admission with J.Sweeney notarized signature as sponsor | KAKE | 0.30 | 260.00 | 78.00 |

**Total Professional Services**                                                    **$3,087.50**

| Expenses | | | |
|----------|--|--|--|

| Date | Description | Unit Qty | Unit Price | Amount |
|------|-------------|----------|------------|--------|
| 9/9/19 | MARYLAND COURT OF APPEALS - COURT COSTS - 12 - JOHN SWEENEY - COURT FEE FOR M.NARDONE CERTIFICATE OF GOOD STANDING - INVOICE: 0500-1950-2840 DATE: 09/09/19 Bank ID: CRBHM Check Number: 1021616 | 1.00 | 7.00 | 7.00 |

**Total Expenses**                                                                     **$7.00**

| Timekeeper Summary | | | | |
|--------------------|--|--|--|--|

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|------------|----------|-------|-------|------|--------|
| John Parker Sweeney | JPS | Partner | 1.30 | $735.00 | $955.50 |
| Sky Woodward | TSW | Partner | 0.40 | $650.00 | $260.00 |
| Kristine A. Martinez | KAKE | Paralegal | 0.10 | $0.00 | $0.00 |
| Kristine A. Martinez | KAKE | Paralegal | 7.20 | $260.00 | $1,872.00 |

**Total Professional Services**                                                    **$3,087.50**



# Bradley

Bradley Arant Boult Cummings LLP

Christopher A. Conte, Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
Office of Legislative Counsel
11250 Waples Mill Road
Fairfax, VA 22030

October 9, 2019
Invoice No. 1365290

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

## Outstanding Invoice Summary

Outstanding Invoices as of October 9, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 10/9/19 | 1365290 | $3,094.50 | $0.00 | $3,094.50 |
| **Outstanding Invoices as of October 9, 2019** | | | | **$3,094.50** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**

Bradley Arant Boult Cummings LLP

Christopher A. Conte, Litigation Counsel                          November 8, 2019
National Rifle Association of America                            Invoice No. 1372163
Institute for Legislative Action
Office of Legislative Counsel
11250 Waples Mill Road
Fairfax, VA 22030


Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

For professional services posted through October 31, 2019

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $988.00 |
| Current Expenses | $442.00 |
| **Current Invoice** | **$1,430.00** |

| Outstanding Invoice Summary | |
|---|---|

Outstanding Invoices as of November 8, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 10/9/19 | 1365290 | $3,094.50 | $0.00 | $3,094.50 |
| 11/8/19 | 1372163 | $1,430.00 | $0.00 | $1,430.00 |
| **Outstanding Invoices as of November 8, 2019** | | | | **$4,524.50** |

Thank you for your business.



Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Beach**

Matter No. 206243-401005

Page 2
November 8, 2019
Invoice No. 1372163
For legal services posted through October 31, 2019

| | **Professional Services** | | | | |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 10/2/19 | Review M.Nardone and J.Porter Applications for Admission to Second Circuit Court of Appeals prior to filing | KAKE | 0.20 | 260.00 | 52.00 |
| 10/3/19 | Transmit plaintiff engagement letters via e-mail to T.King, R.Nash, and B.Koch on behalf of J.Porter | KAKE | 0.50 | 260.00 | 130.00 |
| 10/3/19 | Review and organize R.Nash signed letter of engagement | KAKE | 0.10 | 260.00 | 26.00 |
| 10/3/19 | Supplement M.Nardone Court Admissions Tracking Chart with NextGen filing information | KAKE | 0.20 | 260.00 | 52.00 |
| 10/7/19 | Draft plaintiff contact sheets for inclusion in J.Porter plaintiff correspondence notebook | KAKE | 0.20 | 260.00 | 52.00 |
| 10/8/19 | Review PACER to verify J.Porter Second Circuit Admission Date | KAKE | 0.10 | 260.00 | 26.00 |
| 10/8/19 | Draft M.Nardone Second Circuit Notice of Appearance of Additional Counsel | KAKE | 0.30 | 260.00 | 78.00 |
| 10/8/19 | Draft J.Porter Second Circuit Notice of Appearance of Additional Counsel | KAKE | 0.30 | 260.00 | 78.00 |
| 10/11/19 | Review and organize plaintiff contact binder for use by J.Porter | KAKE | 0.10 | 260.00 | 26.00 |
| 10/11/19 | Review PACER for J.Porter and M.Nardone filed notices of appearance | KAKE | 0.20 | 260.00 | 52.00 |
| 10/11/19 | Supplement plaintiff contact sheet for use by J.Porter and J.Sweeney | KAKE | 0.10 | 260.00 | 26.00 |
| 10/17/19 | Review and organize plaintiff contact sheet, engagement letters, complaint, opinion, and notice of appeal for use in J.Sweeney case management binder | KAKE | 0.60 | 260.00 | 156.00 |
| 10/17/19 | Review and organize plaintiff contact sheet, complaint, opinion, and notice of appeal for use in J.Sweeney case management binder | KAKE | 0.60 | 260.00 | 156.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

| | |
|---|---|
| National Rifle Association of America | Page 3 |
| **Re: New York Rifle and Pistol Association v. Beach** | November 8, 2019 |
| | Invoice No. 1372163 |
| Matter No. 206243-401005 | For legal services posted through October 31, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 10/17/19 | Review PACER for notice of appeal, opinion, and complaint for inclusion in J.Sweeney case management binder | KAKE | 0.30 | 260.00 | 78.00 |

| | |
|---|---|
| **Total Professional Services** | **$988.00** |

## Expenses

| Date | Description | Unit Qty | Unit Price | Amount |
|------|-------------|----------|------------|--------|
| 10/8/19 | PCARD CHARGE - JOHN BEATTIE - USCA 2ND CIRCUIT ADMISSION FEE, US COURT OF APPEALS, 2ND CIRCUIT, 10/08/2019, NARDONE 2ND COURT ADMISSION Bank ID: CRBHM Check Number: A2F33C04 | 1.00 | 221.00 | 221.00 |
| 10/8/19 | PCARD CHARGE - JOHN BEATTIE - USCA 2ND CIRCUIT ADMISSION FEE, US COURT OF APPEALS, 2ND CIRCUIT, 10/08/2019, PORTER 2ND COURT ADMISSION Bank ID: CRBHM Check Number: A2F33C04 | 1.00 | 221.00 | 221.00 |

| | |
|---|---|
| **Total Expenses** | **$442.00** |

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|------------|----------|-------|-------|------|--------|
| Kristine A. Martinez | KAKE | Paralegal | 3.80 | $260.00 | $988.00 |

| | |
|---|---|
| **Total Professional Services** | **$988.00** |



# Bradley
Bradley Arant Boult Cummings LLP

Christopher A. Conte, Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
Office of Legislative Counsel
11250 Waples Mill Road
Fairfax, VA 22030

November 8, 2019
Invoice No. 1372163

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

## Outstanding Invoice Summary

Outstanding Invoices as of November 8, 2019

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 10/9/19 | 1365290 | $3,094.50 | $0.00 | $3,094.50 |
| 11/8/19 | 1372163 | $1,430.00 | $0.00 | $1,430.00 |
| **Outstanding Invoices as of November 8, 2019** | | | | **$4,524.50** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



Bradley Arant Boult Cummings LLP

Christopher A. Conte, Litigation Counsel                              May 13, 2020
National Rifle Association of America                        Invoice No. 1412520
Institute for Legislative Action
Office of Legislative Counsel
11250 Waples Mill Road
Fairfax, VA 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

For professional services posted through April 30, 2020

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $10,229.00 |
| Current Expenses | $15.16 |
| **Current Invoice** | **$10,244.16** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America

**Re: New York Rifle and Pistol Association v. Beach**

Matter No. 206243-401005

Page 2

May 13, 2020

Invoice No. 1412520

For legal services posted through April 30, 2020

| **Professional Services** | | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/27/20 | Review and comment on SCOTUS decision | JPS | 1.70 | 765.00 | 1,300.50 |
| 4/27/20 | Analyze SCOTUS opinion in NYSPRA and its impact on this case; determine case's next steps | CBL | 0.50 | 440.00 | 220.00 |
| 4/27/20 | Retrieve Order Adjourning Oral Argument and Requiring the Parties to Notify the Court by letter of the Supreme Court's decision in NYSRPA for review by C.Blair | KAKE | 0.30 | 270.00 | 81.00 |
| 4/27/20 | Calculate deadline to file letter addressing the impact of the Supreme Court's decision in NYSPRA and supplement docket and attorney calendars with the same | KAKE | 0.20 | 0.00 | 0.00 |
| 4/28/20 | Strategy discussion regarding impact of NYSRPA, specifically Alito dissent, on case and supplemental briefing (if any) | TSW | 0.30 | 675.00 | 202.50 |
| 4/28/20 | Consider impact of NYSRPA; confer with clients regarding memorandum for court; review second circuit briefing | JPS | 1.30 | 765.00 | 994.50 |
| 4/28/20 | Retrieve Second Circuit Briefing from PACER, organize to NetDocs, and circulate the same to attorneys | KAKE | 0.30 | 270.00 | 81.00 |
| 4/29/20 | Review Rodgers supplemental memo; direct preparation of letter report based on Rodgers memo | JPS | 0.80 | 765.00 | 612.00 |
| 4/29/20 | Reviewed supplemental brief | JWP | 0.80 | 570.00 | 456.00 |
| 4/29/20 | Analysis of 28(j) issues | JWP | 0.80 | 570.00 | 456.00 |
| 4/29/20 | Review SCOTUS NYSRPA opinion, concurrence, and dissent; review Order re: NYSRPA, instructing plaintiffs to alert the court of NYSRPA decision; review briefing; review record; draft letter to the court re: NYSRPA; revise same | CBL | 7.10 | 440.00 | 3,124.00 |
| 4/29/20 | Draft letter regarding impact of NYSRPA for use by C.Blair | KAKE | 0.80 | 270.00 | 216.00 |
| 4/29/20 | Retrieve letters previously filed in second circuit case | KAKE | 0.20 | 270.00 | 54.00 |
| 4/30/20 | Review/analyze draft correspondence to 2nd Circuit on SCT opinion in NYSRPA per court's order | TSW | 0.30 | 675.00 | 202.50 |



**Bradley**
Bradley Arant Boult Cummings LLP

| | |
|---|---|
| National Rifle Association of America | Page 3 |
| **Re: New York Rifle and Pistol Association v. Beach** | May 13, 2020 |
| | Invoice No. 1412520 |
| Matter No. 206243-401005 | For legal services posted through April 30, 2020 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 4/30/20 | Review, revise, and comment on draft letter report on NYSRPA case | JPS | 1.80 | 765.00 | 1,377.00 |
| 4/30/20 | Revised NYSRPA report to court | JWP | 0.80 | 570.00 | 456.00 |
| 4/30/20 | Revise letter to the court re: NYSRPA; send clean copy to J.Sweeney to send to client | CBL | 0.90 | 440.00 | 396.00 |

**Total Professional Services** **$10,229.00**

| **Expenses** | | | |
|---|---|---|---|

| Date | Description | Unit Qty | Unit Price | Amount |
|------|-------------|----------|------------|--------|
| 4/29/20 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: BLAIR,CONNOR | 1.00 | 15.16 | 15.16 |

**Total Expenses** **$15.16**

| **Timekeeper Summary** | | | | |
|---|---|---|---|---|

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|------------|----------|-------|-------|------|--------|
| Jay Porter | JWP | Partner | 2.40 | $570.00 | $1,368.00 |
| John Parker Sweeney | JPS | Partner | 5.60 | $765.00 | $4,284.00 |
| Sky Woodward | TSW | Partner | 0.60 | $675.00 | $405.00 |
| Connor Blair | CBL | Associate | 8.50 | $440.00 | $3,740.00 |
| Kristine A. Martinez | KAKE | Paralegal | 1.60 | $270.00 | $432.00 |
| Kristine A. Martinez | KAKE | Paralegal | 0.20 | $0.00 | $0.00 |

**Total Professional Services** **$10,229.00**



**Bradley**

Bradley Arant Boult Cummings LLP

Christopher A. Conte, Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
Office of Legislative Counsel
11250 Waples Mill Road
Fairfax, VA 22030

May 13, 2020
Invoice No. 1412520

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

| Outstanding Invoice Summary |
| --- |

Outstanding Invoices as of May 13, 2020

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 5/13/20 | 1412520 | $10,244.16 | $0.00 | $10,244.16 |
| Outstanding Invoices as of May 13, 2020 | | | | $10,244.16 |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**



**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**

Bradley Arant Boult Cummings LLP

Christopher A. Conte, Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
Office of Legislative Counsel
11250 Waples Mill Road
Fairfax, VA 22030

June 5, 2020
Invoice No. 1417446

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

For professional services posted through May 31, 2020

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $7,354.50 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$7,354.50** |

| Outstanding Invoice Summary | |
|---|---|

Outstanding Invoices as of June 5, 2020

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 5/13/20 | 1412520 | $10,244.16 | $0.00 | $10,244.16 |
| 6/5/20 | 1417446 | $7,354.50 | $0.00 | $7,354.50 |
| **Outstanding Invoices as of June 5, 2020** | | | | **$17,598.66** |

Thank you for your business.



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Beach**

Page 2
June 5, 2020
Invoice No. 1417446

Matter No. 206243-401005

For legal services posted through May 31, 2020

| | **Professional Services** | | | | |
| --- | --- | --- | --- | --- | --- |

| Date | Description | Tkpr | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 5/1/20 | Review, revise, and confer with clients regarding revision to notice to Court regarding NYSRPA decision | JPS | 1.80 | 765.00 | 1,377.00 |
| 5/3/20 | Incorporate M.Jean's edits and revise letter re: NYSPRA decision's impact on this appeal | CBL | 0.50 | 440.00 | 220.00 |
| 5/4/20 | Review, revise, finalize and approve for filing letter notice on NYSRPA decision | JPS | 1.10 | 765.00 | 841.50 |
| 5/4/20 | Revised 28j letter | JWP | 0.40 | 570.00 | 228.00 |
| 5/4/20 | Revise and file letter re: NYSPRA decision's impact on this appeal | CBL | 1.10 | 440.00 | 484.00 |
| 5/5/20 | Revised 28j letter re: NYSRPA | JWP | 1.10 | 570.00 | 627.00 |
| 5/5/20 | Retrieve NYSRPA Letter from PACER, organize to NetDocs, and circulate the same to attorneys | KAKE | 0.10 | 0.00 | 0.00 |
| 5/14/20 | Call with Second Circuit clerk's office regarding argument request and scheduling; direct preparation of acknowledgement form; email W.Callender to confirm assignment for argument | JPS | 1.80 | 765.00 | 1,377.00 |
| 5/14/20 | Draft statement regarding oral argument | CBL | 0.20 | 440.00 | 88.00 |
| 5/14/20 | Retrieve previously filed oral argument statements for review | KAKE | 0.30 | 270.00 | 81.00 |
| 5/14/20 | Draft J.Sweeney oral argument statement | KAKE | 0.60 | 270.00 | 162.00 |
| 5/18/20 | Communicate with CA2 regarding argument scheduling | JPS | 0.50 | 765.00 | 382.50 |
| 5/18/20 | Revise J.Sweeney draft Oral Argument Statement | KAKE | 0.50 | 270.00 | 135.00 |
| 5/18/20 | File J.Sweeney Oral Argument Statement | KAKE | 0.50 | 270.00 | 135.00 |
| 5/18/20 | Retrieve filed Oral Argument Statement and organize the same to NetDocs | KAKE | 0.10 | 0.00 | 0.00 |
| 5/22/20 | Review New York's opposition to 28j letter regarding SCT ruling | TSW | 0.20 | 0.00 | 0.00 |
| 5/22/20 | Review and comment on defendants's response to NYC filing | JPS | 0.70 | 765.00 | 535.50 |
| 5/22/20 | Analysis of state's 28j letter | JWP | 0.50 | 570.00 | 285.00 |
| 5/22/20 | Review letter filed by Defendants re: NYSRPA; draft | CBL | 0.90 | 440.00 | 396.00 |



Bradley Arant Boult Cummings LLP

National Rifle Association of America

**Re: New York Rifle and Pistol Association v. Beach**

Matter No. 206243-401005

Page 3

June 5, 2020

Invoice No. 1417446

For legal services posted through May 31, 2020

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | analysis re: same | | | | |
| 5/22/20 | Retrieve appellees' filed letter to the court and organize to NetDocs | KAKE | 0.10 | 0.00 | 0.00 |
| 5/24/20 | Status update for M.Jean | JPS | 0.20 | 0.00 | 0.00 |

**Total Professional Services** $7,354.50

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|------------|----------|-------|-------|------|--------|
| Jay Porter | JWP | Partner | 2.00 | $570.00 | $1,140.00 |
| John Parker Sweeney | JPS | Partner | 5.90 | $765.00 | $4,513.50 |
| John Parker Sweeney | JPS | Partner | 0.20 | $0.00 | $0.00 |
| Sky Woodward | TSW | Partner | 0.20 | $0.00 | $0.00 |
| Connor Blair | CBL | Associate | 2.70 | $440.00 | $1,188.00 |
| Kristine A. Martinez | KAKE | Paralegal | 0.30 | $0.00 | $0.00 |
| Kristine A. Martinez | KAKE | Paralegal | 1.90 | $270.00 | $513.00 |

**Total Professional Services** $7,354.50



**Bradley**

Bradley Arant Boult Cummings LLP

Christopher A. Conte, Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
Office of Legislative Counsel
11250 Waples Mill Road
Fairfax, VA 22030

June 5, 2020
Invoice No. 1417446

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

| Outstanding Invoice Summary |
| --- |

Outstanding Invoices as of June 5, 2020

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 5/13/20 | 1412520 | $10,244.16 | $0.00 | $10,244.16 |
| 6/5/20 | 1417446 | $7,354.50 | $0.00 | $7,354.50 |
| **Outstanding Invoices as of June 5, 2020** | | | | **$17,598.66** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean - Director
National Rifle Association of America
Institute for Legislative Action
Office of Litigation Counsel
11250 Waples Mill Road
Fairfax, VA 22030

July 17, 2020
Invoice No. 1424388

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

For professional services posted through June 30, 2020

| Current Invoice Summary | |
|---|---:|
| Current Professional Services | $0.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$0.00** |

| Outstanding Invoice Summary | |
|---|---|

Outstanding Invoices as of July 17, 2020

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---:|---:|---:|---:|---:|
| 5/13/20 | 1412520 | $10,244.16 | $0.00 | $10,244.16 |
| 7/17/20 | 1424388 | $0.00 | $0.00 | $0.00 |
| **Outstanding Invoices as of July 17, 2020** | | | | **$10,244.16** |

Thank you for your business.



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Beach**

Matter No. 206243-401005

Page 2
July 17, 2020
Invoice No. 1424388
For legal services posted through June 30, 2020

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/16/20 | Review letter to CA2 from NY AGO and prepare and direct filing of responsive letter regarding argument setting | JPS | 0.80 | 0.00 | 0.00 |
| 6/16/20 | Retrieve Appellees' Letter regarding Availability for Oral Argument, organize to NetDocs, and circulate to attorneys | KAKE | 0.10 | 0.00 | 0.00 |
| 6/16/20 | Draft a letter to the court confirming availability for proposed oral argument dates and preference for telephonic argument | KAKE | 0.80 | 0.00 | 0.00 |
| 6/16/20 | Retrieve docket from PACER and review for court order regarding proposed oral argument dates | KAKE | 0.30 | 0.00 | 0.00 |
| 6/16/20 | Supplement docket and attorney calendars with proposed oral argument dates | KAKE | 0.20 | 0.00 | 0.00 |
| 6/16/20 | Review Second Circuit Court of Appeals announcements and orders regarding the effect of COVID-19 on oral argument | KAKE | 0.40 | 0.00 | 0.00 |
| 6/16/20 | Organize filed letter confirming availability on proposed oral argument dates to NetDocs | KAKE | 0.10 | 0.00 | 0.00 |
| 6/16/20 | Supplement J.Sweeney revisions into draft letter confirming availability for proposed oral argument dates | KAKE | 0.30 | 0.00 | 0.00 |
| 6/16/20 | File letter confirming availability for oral argument on court's proposed dates | KAKE | 0.50 | 0.00 | 0.00 |
| 6/23/20 | Retrieve Joint Appendix from NetDocs for review by J.Sweeney | KAKE | 0.20 | 0.00 | 0.00 |
| 6/29/20 | Confer with M.Jean regarding client communications | JPS | 0.30 | 0.00 | 0.00 |

**Total Professional Services** **$0.00**



**Bradley**
Bradley Arant Boult Cummings LLP

National Rifle Association of America

Page 3

**Re: New York Rifle and Pistol Association v. Beach**

July 17, 2020

Invoice No. 1424388

Matter No. 206243-401005

For legal services posted through June 30, 2020

| Timekeeper Summary | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** | **Amount** |
| John Parker Sweeney | JPS | Partner | 1.10 | $0.00 | $0.00 |
| Kristine A. Martinez | KAKE | Paralegal | 2.90 | $0.00 | $0.00 |
| **Total Professional Services** | | | | | **$0.00** |



## Bradley

Bradley Arant Boult Cummings LLP

Michael Jean - Director
National Rifle Association of America
Institute for Legislative Action
Office of Litigation Counsel
11250 Waples Mill Road
Fairfax, VA 22030

July 17, 2020
Invoice No. 1424388

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of July 17, 2020

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 5/13/20 | 1412520 | $10,244.16 | $0.00 | $10,244.16 |
| 7/17/20 | 1424388 | $0.00 | $0.00 | $0.00 |
| **Outstanding Invoices as of July 17, 2020** | | | | **$10,244.16** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel          August 10, 2020
National Rifle Association of America                         Invoice No. 1430748
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

For professional services posted through July 31, 2020

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $11,880.50 |
| Current Expenses | $166.74 |
| **Current Invoice** | **$12,047.24** |

Thank you for your business.



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Beach**

Page 2
August 10, 2020
Invoice No. 1430748

Matter No. 206243-401005

For legal services posted through July 31, 2020

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/1/20 | Review and circulate order setting argument for 8/17; direct calendaring and docketing | JPS | 0.40 | 765.00 | 306.00 |
| 7/1/20 | Supplement docket and attorney calendars with oral argument date | KAKE | 0.10 | 0.00 | 0.00 |
| 7/10/20 | Review oral argument order; direct preparation of acknowledgement; review and approve acknowledgement for filing | JPS | 0.70 | 765.00 | 535.50 |
| 7/10/20 | Retrieve calendar notice from court concerning oral argument | KAKE | 0.20 | 270.00 | 54.00 |
| 7/10/20 | Supplement docket with information from court's calendar notice | KAKE | 0.10 | 0.00 | 0.00 |
| 7/10/20 | Draft Notice of Telephonic Hearing Date Acknowledgment to be filed | KAKE | 0.20 | 270.00 | 54.00 |
| 7/13/20 | Review defendants' argument acknowledgement | JPS | 0.50 | 765.00 | 382.50 |
| 7/13/20 | Supplement draft J.Sweeney Notice of Hearing Date Acknowledgment | KAKE | 0.20 | 270.00 | 54.00 |
| 7/13/20 | File J.Sweeney Notice of Hearing Date Acknowledgment | KAKE | 0.50 | 270.00 | 135.00 |
| 7/13/20 | Retrieve Notice of Hearing Date Acknowledgment filed by opposing counsel | KAKE | 0.10 | 270.00 | 27.00 |
| 7/16/20 | Communications regarding oral argument | TSW | 0.20 | 0.00 | 0.00 |
| 7/16/20 | Direct preparation of outline and questions and answers for argument | JPS | 0.70 | 765.00 | 535.50 |
| 7/20/20 | Prepare for oral argument by reading briefs | JPS | 1.90 | 765.00 | 1,453.50 |
| 7/28/20 | Confer with C.Blair on preparation of argument outline; review reply brief, NYC 28(j) letter | JPS | 1.30 | 765.00 | 994.50 |
| 7/28/20 | Review oral argument from Wrenn and Moore cases | CBL | 1.10 | 440.00 | 484.00 |
| 7/28/20 | Begin to draft outline for oral argument | CBL | 1.80 | 440.00 | 792.00 |
| 7/28/20 | Begin to draft Q&A for oral argument preparation | CBL | 0.50 | 440.00 | 220.00 |
| 7/28/20 | Review CA2 briefing to prepare for drafting oral argument and Q&A | CBL | 1.80 | 440.00 | 792.00 |
| 7/29/20 | Review SCOTUS briefing in Malpasso and Rogers | JPS | 1.80 | 765.00 | 1,377.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Beach**

Matter No. 206243-401005

Page 3
August 10, 2020
Invoice No. 1430748
For legal services posted through July 31, 2020

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | to iterate for argument | | | | |
| 7/30/20 | Confer with C.Blair in preparation of argument outline | JPS | 0.80 | 765.00 | 612.00 |
| 7/31/20 | Prepare outline of argument | JPS | 1.60 | 765.00 | 1,224.00 |
| 7/31/20 | Continue to draft and revise oral argument outline | CBL | 2.10 | 440.00 | 924.00 |
| 7/31/20 | Continue to draft and revise draft Q&As re: oral argument preparation | CBL | 2.10 | 440.00 | 924.00 |

**Total Professional Services** **$11,880.50**

## Expenses

| Date | Description | Unit Qty | Unit Price | Amount |
|------|-------------|----------|------------|--------|
| 7/28/20 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: BLAIR,CONNOR | 1.00 | 166.74 | 166.74 |

**Total Expenses** **$166.74**

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|------------|----------|-------|-------|------|--------|
| John Parker Sweeney | JPS | Partner | 9.70 | $765.00 | $7,420.50 |
| Sky Woodward | TSW | Partner | 0.20 | $0.00 | $0.00 |
| Connor Blair | CBL | Associate | 9.40 | $440.00 | $4,136.00 |
| Kristine A. Martinez | KAKE | Paralegal | 0.20 | $0.00 | $0.00 |
| Kristine A. Martinez | KAKE | Paralegal | 1.20 | $270.00 | $324.00 |

**Total Professional Services** **$11,880.50**



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                                    August 10, 2020
National Rifle Association of America                                                    Invoice No. 1430748
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

| Outstanding Invoice Summary |
|---|

Outstanding Invoices as of August 10, 2020

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 8/10/20 | 1430748 | $12,047.24 | $0.00 | $12,047.24 |
| **Outstanding Invoices as of August 10, 2020** | | | | **$12,047.24** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**                    **Check Payments to:**

                                               Bradley Arant Boult Cummings LLP
                                                                    Post Office Box 830709
                                                                    Birmingham, AL 35283-0709

                                                                    (Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel

National Rifle Association of America

Institute for Legislative Action

11250 Waples Mill Road

Fairfax, Virginia 22030

September 9, 2020

Invoice No. 1437192

Matter No. 206243-401005

Re: New York Rifle and Pistol Association v. Beach

For professional services posted through August 31, 2020

| Current Invoice Summary | |
|---|---:|
| Current Professional Services | $56,576.00 |
| *Less Discount Applied* | $(22,040.50) |
| Net Professional Services | $34,535.50 |
| Current Expenses | $159.32 |
| **Current Invoice** | **$34,694.82** |

Thank you for your business.



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Beach**

Matter No. 206243-401005

Page 2
September 9, 2020
Invoice No. 1437192
For legal services posted through August 31, 2020

| Professional Services | | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/1/20 | Review oral arguments re: similar laws in other jurisdictions | CBL | 3.10 | 440.00 | 1,364.00 |
| 8/1/20 | Revise oral argument outline | CBL | 1.20 | 440.00 | 528.00 |
| 8/2/20 | Review and comment on further research and analysis for draft oral argument outline and Q&A | JPS | 1.80 | 765.00 | 1,377.00 |
| 8/2/20 | Revise draft Q&As in preparation for oral argument and send same to J.Sweeney | CBL | 2.90 | 440.00 | 1,276.00 |
| 8/3/20 | Email 18th century statutes to library and ask them to pull copies and citing references for each | CBL | 0.20 | 440.00 | 88.00 |
| 8/7/20 | Review 19th century case law and draft memorandum to J.Sweeney regarding these laws and why they are unhelpful to the State | CBL | 3.10 | 440.00 | 1,364.00 |
| 8/9/20 | Read cases cited in briefs | JPS | 2.80 | 765.00 | 2,142.00 |
| 8/10/20 | Discussion of status, oral argument before 2nd Circuit - NO CHARGE FOR SERVICES | TSW | 0.30 | 675.00 | 202.50 |
| 8/10/20 | Prepare for argument by reviewing and revising outline and questions/answers; coordinate moot/round table | JPS | 3.60 | 765.00 | 2,754.00 |
| 8/10/20 | Participate in weekly team status meeting - NO CHARGE FOR SERVICES | KAKE | 0.60 | 270.00 | 162.00 |
| 8/10/20 | Retrieve cases cited in appellants' briefing | KAKE | 1.70 | 270.00 | 459.00 |
| 8/10/20 | Supplement attorney calendars with oral argument information - NO CHARGE FOR SERVICES | KAKE | 0.30 | 270.00 | 81.00 |
| 8/11/20 | Review cases cited in briefs | JPS | 2.70 | 765.00 | 2,065.50 |
| 8/11/20 | Retrieve cases cited in appellees' brief | KAKE | 0.80 | 270.00 | 216.00 |
| 8/12/20 | Approve filing of updated argument acknowledgements | JPS | 0.50 | 765.00 | 382.50 |
| 8/12/20 | Moot court/round table for argument preparation | JPS | 1.10 | 765.00 | 841.50 |
| 8/12/20 | Prepare for moot/round table | JPS | 3.50 | 765.00 | 2,677.50 |
| 8/12/20 | Review Libertarian party and outline 28(j) letter; review and revise draft letter; confer with M.Jean regarding draft letter | JPS | 1.40 | 765.00 | 1,071.00 |
| 8/12/20 | Reviewing notes and revising outline after moot | JPS | 2.60 | 765.00 | 1,989.00 |



Bradley Arant Boult Cummings LLP

National Rifle Association of America                                          Page 3
**Re: New York Rifle and Pistol Association v. Beach**          September 9, 2020
                                                              Invoice No. 1437192
Matter No. 206243-401005           For legal services posted through August 31, 2020

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 8/12/20 | Review briefing to prepare for, and attend, moot court session for upcoming oral argument | MAN | 2.10 | 525.00 | 1,102.50 |
| 8/12/20 | Attended oral argument moot | JWP | 1.60 | 570.00 | 912.00 |
| 8/12/20 | Review and summarize today's CA2 opinion in Libertarian Party and provide response to potential question at oral argument | CBL | 1.90 | 440.00 | 836.00 |
| 8/12/20 | Find citations and quotations for statement "there are at least 4 justices sitting on the Supreme Court that disagree with the two-part approach taken by the prior panel" | CBL | 1.10 | 440.00 | 484.00 |
| 8/12/20 | Moot argument with J.Sweeney and summary and email notes from same to team | CBL | 1.50 | 440.00 | 660.00 |
| 8/12/20 | Draft 28(j) letter re: Libertarian Party opinion | CBL | 2.10 | 440.00 | 924.00 |
| 8/12/20 | Supplement J.Sweeney calendar with oral argument tech testing meeting provided by Second Circuit | KAKE | 0.20 | 270.00 | 54.00 |
| 8/12/20 | File J.Sweeney Acknowledgment of Revised Argument Notice | KAKE | 0.60 | 270.00 | 162.00 |
| 8/12/20 | Draft Acknowledgment of Revised Argument Notice | KAKE | 0.40 | 270.00 | 108.00 |
| 8/12/20 | Review Updated Oral Argument Notice from Court | KAKE | 0.50 | 270.00 | 135.00 |
| 8/12/20 | Draft Acknowledgment of Oral Argument Notice | KAKE | 0.40 | 270.00 | 108.00 |
| 8/12/20 | Retrieve Revised Argument Notice from PACER and review for changes | KAKE | 0.40 | 270.00 | 108.00 |
| 8/13/20 | Test run of zoom connection with Second Circuit | JPS | 1.00 | 765.00 | 765.00 |
| 8/13/20 | Review defendant's 28(j) letter on Libertarian Party; revise 28(j) letter to response and approve for filing | JPS | 1.30 | 765.00 | 994.50 |
| 8/13/20 | Investigate and review opinions of assigned panel members | JPS | 1.80 | 765.00 | 1,377.00 |
| 8/13/20 | Prepare for argument by revising outline and questions and answers | JPS | 3.10 | 765.00 | 2,371.50 |
| 8/13/20 | Review recent decision in Libertarian Party from Second Circuit and revise draft 28J letter to Court | MAN | 0.90 | 525.00 | 472.50 |
| 8/13/20 | Revised 28j letter | JWP | 0.90 | 570.00 | 513.00 |
| 8/13/20 | Research and draft summary of the procedures for mini en banc review in CA2 | CBL | 1.70 | 440.00 | 748.00 |



National Rifle Association of America                                                                          Page 4
**Re: New York Rifle and Pistol Association v. Beach**                                     September 9, 2020
                                                                                                    Invoice No. 1437192
Matter No. 206243-401005                          For legal services posted through August 31, 2020

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 8/13/20 | Research judges on panel for oral argument and draft memo re: same | CBL | 2.90 | 440.00 | 1,276.00 |
| 8/13/20 | Review appellees' 28j letter, analyze whether a response letter is warranted, and determine to turn our letter into a response letter | CBL | 1.40 | 440.00 | 616.00 |
| 8/13/20 | Revise 28j letter re: Libertarian Party to include response to appellees' 28j letter | CBL | 2.10 | 440.00 | 924.00 |
| 8/13/20 | Draft Q&A re: NYSRPA's associational standing | CBL | 0.50 | 440.00 | 220.00 |
| 8/13/20 | Retrieve filed acknowledgments of notice from PACER | KAKE | 0.20 | 270.00 | 54.00 |
| 8/13/20 | Retrieve oral argument panel information from Second Circuit | KAKE | 0.20 | 270.00 | 54.00 |
| 8/13/20 | File Response to Appellees' 28(j) letter | KAKE | 0.30 | 270.00 | 81.00 |
| 8/13/20 | Retrieve Appellees' 28(j) letter from PACER | KAKE | 0.10 | 270.00 | 27.00 |
| 8/14/20 | Review NRA v. Cuomo NDNY opinion and provide analysis re: organizational standing | CBL | 1.90 | 440.00 | 836.00 |
| 8/15/20 | Prepare for argument re-reading briefs and trading cases and social science; confirm B.Koch status in case | JPS | 6.20 | 765.00 | 4,743.00 |
| 8/16/20 | Assist with refinement of oral argument points, discuss issue of "Turner Review" and whether potential SCT cert issue, discuss preference for remand or en banc review; review prior memos on oral argument points and proposed Q&A - NO CHARGE FOR SERVICES | TSW | 1.70 | 675.00 | 1,147.50 |
| 8/16/20 | Prepare for argument by revising outline, answers to questions and reviewing briefs and cases | JPS | 6.40 | 765.00 | 4,896.00 |
| 8/17/20 | Assist with final preparation for 2nd Cir oral argument, listen in on argument, discussion of next steps - NO CHARGE FOR SERVICES | TSW | 1.40 | 675.00 | 945.00 |
| 8/17/20 | Prepare for and argue appeal; confer regarding court arguments | JPS | 4.50 | 765.00 | 3,442.50 |
| 8/17/20 | Watch oral argument and discuss with team | MAN | 0.90 | 525.00 | 472.50 |
| 8/17/20 | Listened to oral argument | JWP | 1.10 | 570.00 | 627.00 |
| 8/17/20 | Attend and debrief oral argument | CBL | 1.00 | 440.00 | 440.00 |
| 8/17/20 | Correspond with second circuit clerk regarding | KAKE | 0.20 | 270.00 | 54.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

| National Rifle Association of America | Page 5 |
|---|---|
| **Re: New York Rifle and Pistol Association v. Beach** | September 9, 2020 |
| | Invoice No. 1437192 |
| Matter No. 206243-401005 | For legal services posted through August 31, 2020 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | counsel procedure for registering with the courtroom deputy before argument | | | | |
| 8/17/20 | Review Second Circuit audio archive for oral argument recording | KAKE | 0.20 | 270.00 | 54.00 |
| 8/18/20 | Review argument audio; forward to and. Infer with M.Jean | JPS | 0.50 | 765.00 | 382.50 |
| 8/18/20 | Participate in weekly team status meeting - NO CHARGE FOR SERVICES | KAKE | 1.10 | 270.00 | 297.00 |
| 8/18/20 | Retrieve oral argument audio | KAKE | 0.20 | 270.00 | 54.00 |
| 8/21/20 | Confer with T.King regarding argument | JPS | 0.50 | 765.00 | 382.50 |
| 8/26/20 | Review summary decision and confer with M.Jean and T.King on next steps | JPS | 0.60 | 765.00 | 459.00 |
| 8/26/20 | Retrieve and review summary order and associated filings | KAKE | 0.40 | 270.00 | 108.00 |
| 8/28/20 | Review court's instructions regarding itemized bill of costs | KAKE | 0.20 | 270.00 | 54.00 |
| 8/31/20 | Supplement docket and attorney calendars with upcoming due dates and deadlines - NO CHARGE FOR SERVICES | KAKE | 0.20 | 270.00 | 54.00 |

| | |
|---|---|
| **Fees** | **$56,576.00** |
| Less Discount Applied | $(22,040.50) |
| **Total Professional Services** | **$34,535.50** |

| Expenses | | | |
|---|---|---|---|

| Date | Description | Unit Qty | Unit Price | Amount |
|---|---|---|---|---|
| 8/7/20 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: BLAIR,CONNOR | 1.00 | 38.05 | 38.05 |
| 8/12/20 | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: BLAIR,CONNOR | 1.00 | 15.16 | 15.16 |



**Bradley**
Bradley Arant Boult Cummings LLP

National Rifle Association of America                                        Page 6
**Re: New York Rifle and Pistol Association v. Beach**         September 9, 2020
                                                          Invoice No. 1437192
Matter No. 206243-401005          For legal services posted through August 31, 2020

| Date | Description | Unit Qty | Unit Price | Amount |
|------|-------------|----------|-----------|--------|
| 8/13/20 | COMPUTERIZED LEGAL RESEARCH-WESTLAW<br>Westlaw User: BLAIR,CONNOR | 1.00 | 106.11 | 106.11 |

**Total Expenses**                                                    **$159.32**

| Timekeeper Summary | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** | **Amount** |
| Jay Porter | JWP | Partner | 3.60 | $570.00 | $2,052.00 |
| John Parker Sweeney | JPS | Partner | 45.90 | $765.00 | $35,113.50 |
| Sky Woodward | TSW | Partner | 3.40 | $675.00 | $2,295.00 |
| Connor Blair | CBL | Associate | 28.60 | $440.00 | $12,584.00 |
| Marc Nardone | MAN | Associate | 3.90 | $525.00 | $2,047.50 |
| Kristine A. Martinez | KAKE | Paralegal | 9.20 | $270.00 | $2,484.00 |

| | | |
|---|---|---|
| **Fees** | | **$56,576.00** |
| Less Discount Applied | | $(22,040.50) |
| **Total Professional Services** | | **$34,535.50** |



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                    September 9, 2020
National Rifle Association of America                                    Invoice No. 1437192
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of September 9, 2020

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 8/10/20 | 1430748 | $12,047.24 | $0.00 | $12,047.24 |
| 9/9/20 | 1437192 | $34,694.82 | $0.00 | $34,694.82 |
| **Outstanding Invoices as of September 9, 2020** | | | | **$46,742.06** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**                 **Check Payments to:**

                                              Bradley Arant Boult Cummings LLP
                                                                 Post Office Box 830709
                                                                 Birmingham, AL 35283-0709

                                                                 (Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**
Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel October 27, 2020
National Rifle Association of America Invoice No. 1445377
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

For professional services posted through September 30, 2020

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $8,206.00 |
| *No Charge* | $(8,206.00) |
| Net Professional Services | $0.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$0.00** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Beach**

Page 2
October 27, 2020
Invoice No. 1445377

Matter No. 206243-401005

For legal services posted through September 30, 2020

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/1/20 | Confirm that rehearing en banc is due 9/9 and cert petition is due 1/25/2021- No charge | CBL | 0.60 | 440.00 | 264.00 |
| 9/1/20 | Draft petition for rehearing en banc for use by C.Blair - No charge | KAKE | 1.60 | 270.00 | 432.00 |
| 9/1/20 | Retrieve text searchable copy of appellants' opening brief from PACER - No charge | KAKE | 0.10 | 270.00 | 27.00 |
| 9/1/20 | Correspond with clerk regarding petition for rehearing en banc filing procedures - No charge | KAKE | 0.20 | 270.00 | 54.00 |
| 9/2/20 | Begin to outline and draft petition for rehearing en banc; contact printer re: deadlines - No charge | CBL | 5.90 | 440.00 | 2,596.00 |
| 9/8/20 | Attention to payment of bill of costs - No charge | JPS | 0.50 | 765.00 | 382.50 |
| 9/8/20 | Retrieve appellees' filed itemized bill of costs - No charge | KAKE | 0.20 | 270.00 | 54.00 |
| 9/9/20 | Attention to filing on satisfaction of bill of costs - No charge | JPS | 0.50 | 765.00 | 382.50 |
| 9/9/20 | Request check to satisfy appellees' verified itemized bill of costs - No charge | KAKE | 1.20 | 270.00 | 324.00 |
| 9/9/20 | Prepare FedEx label to transmit check - No charge | KAKE | 0.40 | 270.00 | 108.00 |
| 9/9/20 | Draft cover letter to accompany check - No charge | KAKE | 0.70 | 270.00 | 189.00 |
| 9/9/20 | Correspond with Second Circuit clerk - No charge | KAKE | 0.40 | 270.00 | 108.00 |
| 9/9/20 | Review Second Circuit instructions for paying verified itemized bill of costs - No charge | KAKE | 0.50 | 270.00 | 135.00 |
| 9/10/20 | Confer with J.Porter regard T.King strategy call - No charge | JPS | 0.50 | 765.00 | 382.50 |
| 9/15/20 | Draft notice to the court that itemized bill of costs has been satisfied - No charge | KAKE | 0.20 | 270.00 | 54.00 |
| 9/16/20 | Follow upon check for bill of costs - No charge | JPS | 0.50 | 765.00 | 382.50 |
| 9/16/20 | Confer with J.Porter regarding Young argument - No charge | JPS | 0.60 | 765.00 | 459.00 |
| 9/16/20 | File notice to court that appellees' costs have been satisfied - No charge | KAKE | 0.50 | 270.00 | 135.00 |
| 9/17/20 | Retrieve statement of costs filings from PACER - No charge | KAKE | 0.20 | 270.00 | 54.00 |



Bradley Arant Boult Cummings LLP

National Rifle Association of America

**Re: New York Rifle and Pistol Association v. Beach**

Matter No. 206243-401005

Page 3

October 27, 2020

Invoice No. 1445377

For legal services posted through September 30, 2020

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 9/24/20 | Confer regarding Young v Hawaii argument; listen to audio - No charge | JPS | 1.50 | 765.00 | 1,147.50 |
| 9/28/20 | Prepare estimate for certiorari - No charge | JPS | 0.70 | 765.00 | 535.50 |

| | |
|---|---|
| **Fees** | **$8,206.00** |
| No Charge | $(8,206.00) |
| **Total Professional Services** | **$0.00** |

| Timekeeper Summary | | | | | |
|---|---|---|---|---|---|

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|------------|----------|-------|-------|------|--------|
| John Parker Sweeney | JPS | Partner | 4.80 | $765.00 | $3,672.00 |
| Connor Blair | CBL | Associate | 6.50 | $440.00 | $2,860.00 |
| Kristine A. Martinez | KAKE | Paralegal | 6.20 | $270.00 | $1,674.00 |

| | |
|---|---|
| **Fees** | **$8,206.00** |
| No Charge | $(8,206.00) |
| **Total Professional Services** | **$0.00** |



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel          October 27, 2020
National Rifle Association of America                          Invoice No. 1445377
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach



| | **Outstanding Invoice Summary** | | | |
|---|---|---|---|---|

Outstanding Invoices as of October 27, 2020

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 10/27/20 | 1445377 | $0.00 | $0.00 | $0.00 |
| **Outstanding Invoices as of October 27, 2020** | | | | **$0.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number, and/or attorney contact in the remarks section.)



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                     November 25, 2020
National Rifle Association of America                                     Invoice No. 1452490
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

For professional services posted through October 31, 2020

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $1,056.00 |
| *No Charge* | $(1,056.00) |
| Net Professional Services | $0.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$0.00** |



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Beach**

Matter No. 206243-401005

Page 2
November 25, 2020
Invoice No. 1452490
For legal services posted through October 31, 2020

| **Professional Services** | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Tkpr** | **Hours** | **Rate** | **Amount** |
| 10/12/20 | Review and confirm due date for cert petition - No charge | JPS | 0.50 | 765.00 | 382.50 |
| 10/12/20 | Calculate and confirm cert petition filing deadline and email same to Bradley team - No charge | CBL | 0.60 | 440.00 | 264.00 |
| 10/12/20 | Supplement docket and calendar with upcoming due dates - No charge | KAKE | 0.10 | 270.00 | 27.00 |
| 10/29/20 | Confer with M. Jean regarding response to Nash inquiry - No charge | JPS | 0.50 | 765.00 | 382.50 |

| | |
|---|---|
| **Fees** | **$1,056.00** |
| No Charge | $(1,056.00) |
| **Total Professional Services** | **$0.00** |

| **Timekeeper Summary** | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** | **Amount** |
| John Parker Sweeney | JPS | Partner | 1.00 | $765.00 | $765.00 |
| Connor Blair | CBL | Associate | 0.60 | $440.00 | $264.00 |
| Kristine A. Martinez | KAKE | Paralegal | 0.10 | $270.00 | $27.00 |

| | |
|---|---|
| **Fees** | **$1,056.00** |
| No Charge | $(1,056.00) |
| **Total Professional Services** | **$0.00** |



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

November 25, 2020
Invoice No. 1452490

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of November 25, 2020

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 11/25/20 | 1452490 | $0.00 | $0.00 | $0.00 |
| **Outstanding Invoices as of November 25, 2020** | | | | **$0.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**



**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number, and/or attorney contact in the remarks section.)



**Bradley Arant Boult Cummings LLP**

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

January 22, 2021
Invoice No. 1463893

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

For professional services posted through December 31, 2020

| Current Invoice Summary | |
|---|---:|
| Current Professional Services | $114.00 |
| *No Charge* | $(114.00) |
| Net Professional Services | $0.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$0.00** |

Thank you for your business.



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Beach**

Matter No. 206243-401005

Page 2
January 22, 2021
Invoice No. 1463893
For legal services posted through December 31, 2020

| Professional Services | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Tkpr** | **Hours** | **Rate** | **Amount** |
| 12/18/20 | Correspondence with Robert Nash (No charge) | JWP | 0.20 | 570.00 | 114.00 |
| **Fees** | | | | | **$114.00** |
| No Charge | | | | | $(114.00) |
| **Total Professional Services** | | | | | **$0.00** |

| Timekeeper Summary | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** | **Amount** |
| Jay Porter | JWP | Partner | 0.20 | $570.00 | $114.00 |
| **Fees** | | | | | **$114.00** |
| No Charge | | | | | $(114.00) |
| **Total Professional Services** | | | | | **$0.00** |



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                      January 22, 2021
National Rifle Association of America                                      Invoice No. 1463893
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Beach

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of January 22, 2021

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 1/22/21 | 1463893 | $0.00 | $0.00 | $0.00 |
| **Outstanding Invoices as of January 22, 2021** | | | | **$0.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**



**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**
Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel            June 17, 2021
National Rifle Association of America                       Invoice No. 1494823
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
     2021-00005

For professional services posted through May 31, 2021

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $36,257.00 |
| *No Charge* | $(9,417.00) |
| Net Professional Services | $26,840.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$26,840.00** |

Thank you for your business.



Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Bruen**
    **2021-00005**
    Matter No. 206243-401005

Page 2
June 17, 2021
Invoice No. 1494823
For legal services posted through May 31, 2021

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/19/21 | Confer with M.Jean regarding SCOTUS status and prospects (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 4/26/21 | Confer with J.Porter regarding status of amici participation (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 4/26/21 | Email with M.Jean, E.Murphy, P. Clement regarding certiorari grant in Beach/Bruen and next steps (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 4/27/21 | Phone call with W.Callender regarding amicus participation (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 4/27/21 | Confer with M.Jean and J.Porter regarding status of amicus participation (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 4/28/21 | Confer with W.Callender and J.Porter regarding wrapping our arms around ongoing amicus participation efforts (No charge) | JPS | 0.70 | 730.00 | 511.00 |
| 4/28/21 | Internal communications regarding amicus coordination effort (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 4/28/21 | Amicus coordination; prepared matrix | JWP | 3.10 | 550.00 | 1,705.00 |
| 4/29/21 | Review draft amici matrix and confer with J.Porter regarding next steps for identifying and coordinating amici, authors and funding for briefs (No charge) | JPS | 1.40 | 730.00 | 1,022.00 |
| 4/29/21 | Revised amicus matrix; conference with Erin Murphy; corresponded with potential counsel | JWP | 2.40 | 550.00 | 1,320.00 |
| 4/30/21 | Review and comment on draft matrix of amici (0.6) and confer with J.Porter on progress of amici coordination (0.8) (No charge) | JPS | 1.40 | 730.00 | 1,022.00 |
| 4/30/21 | Amicus coordination; conference with cocounsel; conference with David Thompson re: amicus panel; conference with Bob Dowlut re: CRDF funding | JWP | 2.80 | 550.00 | 1,540.00 |
| 5/1/21 | Confer with W.Callender and J.Porter regarding status of amici coordination (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 5/2/21 | Confer with W.Callender and J.Porter regarding amici support (No charge) | JPS | 0.30 | 730.00 | 219.00 |
| 5/3/21 | Confer with W.Callender and J.Porter regarding amici support (No charge) | JPS | 0.70 | 730.00 | 511.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

National Rifle Association of America | Page 3
**Re: New York Rifle and Pistol Association v. Bruen** | June 17, 2021
**2021-00005** | Invoice No. 1494823
Matter No. 206243-401005 | For legal services posted through May 31, 2021

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 5/3/21 | Amicus coordination; conference with cocounsel; conference with amici; conference with client | JWP | 7.40 | 550.00 | 4,070.00 |
| 5/4/21 | Confer with J.Porter regarding revised amici participation chart; pass same on to W.Callender (No charge) | JPS | 0.80 | 730.00 | 584.00 |
| 5/4/21 | Amicus coordination | JWP | 5.10 | 550.00 | 2,805.00 |
| 5/5/21 | Amicus coordination | JWP | 5.20 | 550.00 | 2,860.00 |
| 5/6/21 | Amicus coordination | JWP | 3.10 | 550.00 | 1,705.00 |
| 5/7/21 | Amicus coordination | JWP | 1.90 | 550.00 | 1,045.00 |
| 5/10/21 | Confer with J.Porter regarding amicus participation (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 5/10/21 | Confer with J.Porter regarding amicus participation (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 5/10/21 | Amicus coordination | JWP | 1.90 | 550.00 | 1,045.00 |
| 5/11/21 | Amicus coordination | JWP | 2.30 | 550.00 | 1,265.00 |
| 5/12/21 | Confer with J.Porter regarding CRDF amicus participation and funding policy issues; review and comment on draft email (No charge) | JPS | 0.80 | 730.00 | 584.00 |
| 5/12/21 | Amicus coordination | JWP | 3.20 | 550.00 | 1,760.00 |
| 5/13/21 | Amicus coordination | JWP | 1.10 | 550.00 | 605.00 |
| 5/14/21 | Confer with W.Callender and J.Porter regarding amici participation (No charge) | JPS | 0.90 | 730.00 | 657.00 |
| 5/14/21 | Confer with J.Porter regarding CRDF amicus participation and funding policy (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 5/14/21 | Amicus coordination | JWP | 2.90 | 550.00 | 1,595.00 |
| 5/17/21 | Amicus coordination | JWP | 0.90 | 550.00 | 495.00 |
| 5/19/21 | Amicus coordination | JWP | 1.20 | 550.00 | 660.00 |
| 5/20/21 | Confer with J.Porter regarding amici participation (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 5/20/21 | Amicus coordination | JWP | 0.90 | 550.00 | 495.00 |
| 5/21/21 | Amicus coordination | JWP | 0.90 | 550.00 | 495.00 |
| 5/24/21 | Amicus coordination | JWP | 0.90 | 550.00 | 495.00 |
| 5/25/21 | Confer with J.Porter regarding amici participation (No charge) | JPS | 0.40 | 730.00 | 292.00 |



Bradley Arant Boult Cummings LLP

National Rifle Association of America  
**Re: New York Rifle and Pistol Association v. Bruen**  
    **2021-00005**  
Matter No. 206243-401005

Page 4  
June 17, 2021  
Invoice No. 1494823  
For legal services posted through May 31, 2021

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 5/25/21 | Amicus coordination | JWP | 0.90 | 550.00 | 495.00 |
| 5/28/21 | Amicus coordination | JWP | 0.70 | 550.00 | 385.00 |
| **Fees** | | | | | **$36,257.00** |
| No Charge | | | | | $(9,417.00) |
| **Total Professional Services** | | | | | **$26,840.00** |

### Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|------------|----------|-------|-------|------|--------|
| Jay Porter | JWP | Partner | 48.80 | $550.00 | $26,840.00 |
| John Parker Sweeney | JPS | Partner | 12.90 | $730.00 | $9,417.00 |
| **Fees** | | | | | **$36,257.00** |
| No Charge | | | | | $(9,417.00) |
| **Total Professional Services** | | | | | **$26,840.00** |



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

June 17, 2021
Invoice No. 1494823

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
   2021-00005

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of June 17, 2021

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 6/17/21 | 1494823 | $26,840.00 | $0.00 | $26,840.00 |
| **Outstanding Invoices as of June 17, 2021** | | | | **$26,840.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**



(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)



Michael Jean, Director - Office of Litigation Counsel                          July 14, 2021
National Rifle Association of America                                 Invoice No. 1500494
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030


Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

For professional services posted through June 30, 2021

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $5,408.00 |
| *No Charge* | $(1,095.00) |
| Net Professional Services | $4,313.00 |
| | |
| Current Expenses | $0.00 |
| | |
| **Current Invoice** | **$4,313.00** |

Thank you for your business.



Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America                                     Page 2
**Re: New York Rifle and Pistol Association v. Bruen**                    July 14, 2021
**2021-00005**                                                           Invoice No. 1500494
Matter No. 206243-401005                          For legal services posted through June 30, 2021

| **Professional Services** | | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/21 | Amicus coordination | JWP | 1.20 | 550.00 | 660.00 |
| 6/2/21 | Amicus coordination | JWP | 0.90 | 550.00 | 495.00 |
| 6/3/21 | Amicus coordination | JWP | 1.30 | 550.00 | 715.00 |
| 6/4/21 | Confer with M.Jean regarding budget  (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 6/4/21 | Amicus coordination | JWP | 0.90 | 550.00 | 495.00 |
| 6/8/21 | Amicus coordination | JWP | 0.30 | 550.00 | 165.00 |
| 6/9/21 | Amicus coordination | JWP | 0.10 | 550.00 | 55.00 |
| 6/11/21 | Confer with J.Porter regarding amici participation (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 6/11/21 | Amicus coordination | JWP | 1.10 | 550.00 | 605.00 |
| 6/14/21 | Amicus coordination | JWP | 0.30 | 550.00 | 165.00 |
| 6/14/21 | Transmit second circuit briefing to S.Rodgers | KAKE | 0.30 | 260.00 | 78.00 |
| 6/16/21 | Review and communicate change of budget to J.Porter (No charge) | JPS | 0.50 | 730.00 | 365.00 |
| 6/17/21 | Amicus coordination | JWP | 0.40 | 550.00 | 220.00 |
| 6/18/21 | Amicus coordination | JWP | 0.40 | 550.00 | 220.00 |
| 6/22/21 | Revised amicus matrix | JWP | 0.80 | 550.00 | 440.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Fees** | | | | | **$5,408.00** |
| No Charge | | | | | $(1,095.00) |
| **Total Professional Services** | | | | | **$4,313.00** |



**Bradley**
Bradley Arant Boult Cummings LLP

| National Rifle Association of America | Page 3 |
|---|---|
| **Re: New York Rifle and Pistol Association v. Bruen** | July 14, 2021 |
| **2021-00005** | Invoice No. 1500494 |
| Matter No. 206243-401005 | For legal services posted through June 30, 2021 |

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jay Porter | JWP | Partner | 7.70 | $550.00 | $4,235.00 |
| John Parker Sweeney | JPS | Partner | 1.50 | $730.00 | $1,095.00 |
| Kristine A. Martinez | KAKE | Paralegal | 0.30 | $260.00 | $78.00 |
| **Fees** | | | | | **$5,408.00** |
| No Charge | | | | | $(1,095.00) |
| **Total Professional Services** | | | | | **$4,313.00** |



## Bradley
Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

July 14, 2021
Invoice No. 1500494

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
       2021-00005

### Outstanding Invoice Summary

Outstanding Invoices as of July 14, 2021

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---:|---:|---:|---:|---:|
| 6/17/21 | 1494823 | $26,840.00 | $0.00 | $26,840.00 |
| 7/14/21 | 1500494 | $4,313.00 | $0.00 | $4,313.00 |
| **Outstanding Invoices as of July 14, 2021** | | | | **$31,153.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                August 26, 2021
National Rifle Association of America                                 Invoice No. 1506856
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
       2021-00005

For professional services posted through July 31, 2021

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $1,760.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$1,760.00** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America

Page 2

**Re: New York Rifle and Pistol Association v. Bruen**

August 26, 2021

**2021-00005**

Invoice No. 1506856

Matter No. 206243-401005

For legal services posted through July 31, 2021

| Professional Services | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Tkpr** | **Hours** | **Rate** | **Amount** |
| 7/1/21 | Amicus coordination | JWP | 0.40 | 550.00 | 220.00 |
| 7/8/21 | Amicus coordination | JWP | 0.40 | 550.00 | 220.00 |
| 7/13/21 | Amicus coordination | JWP | 0.80 | 550.00 | 440.00 |
| 7/14/21 | Amicus coordination | JWP | 0.90 | 550.00 | 495.00 |
| 7/15/21 | Amicus coordination | JWP | 0.70 | 550.00 | 385.00 |
| **Total Professional Services** | | | | | **$1,760.00** |

| Timekeeper Summary | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** | **Amount** |
| Jay Porter | JWP | Partner | 3.20 | $550.00 | $1,760.00 |
| **Total Professional Services** | | | | | **$1,760.00** |



### Bradley
Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

August 26, 2021
Invoice No. 1506856

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of August 26, 2021

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 6/17/21 | 1494823 | $26,840.00 | $0.00 | $26,840.00 |
| 7/14/21 | 1500494 | $4,313.00 | $0.00 | $4,313.00 |
| 8/26/21 | 1506856 | $1,760.00 | $0.00 | $1,760.00 |
| **Outstanding Invoices as of August 26, 2021** | | | | **$32,913.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**
Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

September 14, 2021
Invoice No. 1513630

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

For professional services posted through August 31, 2021

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $0.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$0.00** |



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

September 14, 2021
Invoice No. 1513630

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

| Outstanding Invoice Summary |
|---|

Outstanding Invoices as of September 14, 2021

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 6/17/21 | 1494823 | $26,840.00 | $0.00 | $26,840.00 |
| 7/14/21 | 1500494 | $4,313.00 | $0.00 | $4,313.00 |
| 8/26/21 | 1506856 | $1,760.00 | $0.00 | $1,760.00 |
| 9/14/21 | 1513630 | $0.00 | $0.00 | $0.00 |
| **Outstanding Invoices as of September 14, 2021** | | | | **$32,913.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**



**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

October 8, 2021
Invoice No. 1519546

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

For professional services posted through September 30, 2021

| Current Invoice Summary | |
|---|---:|
| Current Professional Services | $2,722.00 |
| *No Charge Discount* | $(2,722.00) |
| Net Professional Services | $0.00 |
| | |
| Current Expenses | $40.00 |
| *Less Adjustments* | $(40.00) |
| Net Expenses | $0.00 |
| | |
| **Current Invoice** | **$0.00** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Bruen**
  **2021-00005**
  Matter No. 206243-401005

Page 2
October 8, 2021
Invoice No. 1519546
For legal services posted through September 30, 2021

## Professional Services

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 9/13/21 | Email with M.Jean and K.Baynes regarding NDNY local counsel | JPS | 0.60 | 730.00 | 438.00 |
| 9/14/21 | Reviewed NY opposition brief | JWP | 1.10 | 550.00 | 605.00 |
| 9/20/21 | Follow up emails with K.Baynes regarding local counsel in NDNY | JPS | 0.30 | 730.00 | 219.00 |
| 9/24/21 | Move M.Jean admission to CA2 | JPS | 1.50 | 730.00 | 1,095.00 |
| 9/27/21 | Confer with J.Porter regarding individual plaintiffs | JPS | 0.50 | 730.00 | 365.00 |

| | | |
|---|---|---|
| **Fees** | | **$2,722.00** |
| No Charge Discount | | $(2,722.00) |
| **Total Professional Services** | | **$0.00** |

## Expenses

| Date | Description | Unit Qty | Unit Price | Amount |
|------|-------------|----------|------------|--------|
| 9/10/21 | NEW YORK U.S. DISTRICT COURT - CERTIFICATE OF GOOD STANDING-36 - JOHN SWEENEY - CERTIFICATE OF GOOD STANDING FOR J. SWEENEY - INVOICE: 0500-2800-6815 DATE: 09/10/21 Bank ID: CRBHM Check Number: 1049787 | 1.00 | 20.00 | 20.00 |
| 9/21/21 | NEW YORK U.S. DISTRICT COURT - CERTIFICATE OF GOOD STANDING-36 - JOHN SWEENEY - CERTIFICATE OF GOOD STANDING FOR J. SWEENEY - INVOICE: 0500-2815-0396 DATE: 09/21/21 Bank ID: CRBHM Check Number: 1050237 | 1.00 | 20.00 | 20.00 |

| | | |
|---|---|---|
| **Expenses** | | **40.00** |
| Less Discount Applied | | (40.00) |
| **Total Expenses** | | **$0.00** |



**Bradley**
Bradley Arant Boult Cummings LLP

National Rifle Association of America | Page 3
---|---
**Re: New York Rifle and Pistol Association v. Bruen** | October 8, 2021
**2021-00005** | Invoice No. 1519546
Matter No. 206243-401005 | For legal services posted through September 30, 2021

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|------------|----------|-------|-------|------|--------|
| Jay Porter | JWP | Partner | 1.10 | $550.00 | $605.00 |
| John Parker Sweeney | JPS | Partner | 2.90 | $730.00 | $2,117.00 |

| | | |
|---|---|---|
| **Fees** | | **$2,722.00** |
| No Charge Discount | | $(2,722.00) |
| **Total Professional Services** | | **$0.00** |



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

October 8, 2021
Invoice No. 1519546

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
     2021-00005

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of October 8, 2021

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 8/26/21 | 1506856 | $1,760.00 | $0.00 | $1,760.00 |
| 10/8/21 | 1519546 | $0.00 | $0.00 | $0.00 |
| **Outstanding Invoices as of October 8, 2021** | | | | **$1,760.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**



(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                    December 7, 2021
National Rifle Association of America                                     Invoice No. 1532990
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030


Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

For professional services posted through November 30, 2021

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $4,232.00 |
| *No charge Discount* | $(4,232.00) |
| Net Professional Services | $0.00 |
| | |
| Current Expenses | $60.00 |
| *Less Adjustments* | $(60.00) |
| Net Expenses | $0.00 |
| | |
| **Current Invoice** | **$0.00** |

Thank you for your business.



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Bruen**
    **2021-00005**
Matter No. 206243-401005

Page 2
December 7, 2021
Invoice No. 1532990
For legal services posted through November 30, 2021

| Professional Services | | | | | |
| --- | --- | --- | --- | --- | --- |

| Date | Description | Tkpr | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 11/3/21 | Listen to oral argument for potential use in briefing Second Amendment issues and potential remand - No charge | MAN | 2.00 | 490.00 | 980.00 |
| 11/3/21 | Listened to oral argument; analysis of same - No charge | JWP | 3.50 | 550.00 | 1,925.00 |
| 11/3/21 | Locate and circulate copy of Oral Argument transcript to attorneys and upload to NetDocs - No charge | EKKR | 0.20 | 260.00 | 52.00 |
| 11/15/21 | Approve admission applications - No charge | JPS | 0.50 | 730.00 | 365.00 |
| 11/15/21 | Confer with attorneys regarding case status and updates - No charge | EKKR | 0.20 | 260.00 | 52.00 |
| 11/16/21 | Research and draft applications for attorney admission to the NDNY and requesting certificates of good standing from the WDNY for attorneys request checks for certificates of good standing, circulate drafts of applications to attorneys for review, and mail requests for Certificates of Good Standing for attorney admissions application - No charge | EKKR | 2.80 | 260.00 | 728.00 |
| 11/29/21 | Remind attorneys to review, sign, and interoffice mail NDNY attorney admissions applications - No charge | EKKR | 0.10 | 260.00 | 26.00 |
| 11/30/21 | Recirculate NDNY admissions application to attorney - No charge | EKKR | 0.10 | 260.00 | 26.00 |
| 11/30/21 | Scan and store certificates of good standing from the WDNY for JWP, MAN, and CMB for future use in application to the NDNY - No charge | EKKR | 0.30 | 260.00 | 78.00 |

| **Fees** | **$4,232.00** |
| --- | --- |
| No charge Discount | $(4,232.00) |
| **Total Professional Services** | **$0.00** |



**Bradley**
Bradley Arant Boult Cummings LLP

| | |
|---|---|
| National Rifle Association of America | Page 3 |
| **Re: New York Rifle and Pistol Association v. Bruen** | December 7, 2021 |
| **2021-00005** | Invoice No. 1532990 |
| Matter No. 206243-401005 | For legal services posted through November 30, 2021 |

| Expenses |
|---|

| Date | Description | Unit Qty | Unit Price | Amount |
|---|---|---|---|---|
| 11/16/21 | NEW YORK U.S. DISTRICT COURT - CERTIFICATE OF GOOD STANDING-36 - MARC NARDONE - CERTIFICATE OF GOOD STANDING M. NARDONE - INVOICE: 0500-2895-2291 DATE: 11/16/21 Bank ID: CRBHM Check Number: 1052423 | 1.00 | 20.00 | 20.00 |
| 11/16/21 | NEW YORK U.S. DISTRICT COURT - CERTIFICATE OF GOOD STANDING-36 - JAY PORTER - CERTIFICATE OF GOOD STANDING J. PORTER - INVOICE: 0500-2895-2442 DATE: 11/16/21 Bank ID: CRBHM Check Number: 1052424 | 1.00 | 20.00 | 20.00 |
| 11/16/21 | NEW YORK U.S. DISTRICT COURT - CERTIFICATE OF GOOD STANDING-36 - CONNOR BLAIR - CERTIFICATE OF GOOD STANDING FOR C. BLAIR. - INVOICE: 0500-2895-2528 DATE: 11/16/21 Bank ID: CRBHM Check Number: 1052425 | 1.00 | 20.00 | 20.00 |

| | |
|---|---|
| **Expenses** | **60.00** |
| Less Discount Applied | (60.00) |
| **Total Expenses** | **$0.00** |



**Bradley**

Bradley Arant Boult Cummings LLP

| | | |
|---|---|---|
| National Rifle Association of America | | Page 4 |
| **Re: New York Rifle and Pistol Association v. Bruen** | | December 7, 2021 |
| **2021-00005** | | Invoice No. 1532990 |
| Matter No. 206243-401005 | | For legal services posted through November 30, 2021 |

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jay Porter | JWP | Partner | 3.50 | $550.00 | $1,925.00 |
| John Parker Sweeney | JPS | Partner | 0.50 | $730.00 | $365.00 |
| Marc Nardone | MAN | Partner | 2.00 | $490.00 | $980.00 |
| Emerson K Krause | EKKR | Paralegal | 3.70 | $260.00 | $962.00 |

| | |
|---|---|
| **Fees** | **$4,232.00** |
| No charge Discount | $(4,232.00) |
| **Total Professional Services** | **$0.00** |



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

December 7, 2021
Invoice No. 1532990

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
   2021-00005

| Outstanding Invoice Summary | | | | |
| --- | --- | --- | --- | --- |

Outstanding Invoices as of December 7, 2021

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 11/9/21 | 1526817 | $165.00 | $0.00 | $165.00 |
| 12/7/21 | 1532990 | $0.00 | $0.00 | $0.00 |
| **Outstanding Invoices as of December 7, 2021** | | | | **$165.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

November 9, 2021
Invoice No. 1526817

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

For professional services posted through October 31, 2021

| Current Invoice Summary | |
|---|---:|
| Current Professional Services | $1,358.00 |
| *No Charge Discount* | $(1,193.00) |
| Net Professional Services | $165.00 |
| | |
| Current Expenses | $238.00 |
| *Less Adjustments* | $(238.00) |
| Net Expenses | $0.00 |
| | |
| **Current Invoice** | **$165.00** |

Thank you for your business.



Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Bruen**
**2021-00005**
Matter No. 206243-401005

Page 2
November 9, 2021
Invoice No. 1526817
For legal services posted through October 31, 2021

## Professional Services

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 10/1/21 | Attention to certificates of good standing from WDNY for NDNY admission - No charge | JPS | 0.50 | 730.00 | 365.00 |
| 10/4/21 | Pay fee for attorney admissions to the NDNY and send receipt to J.Beattie - No charge | EKKR | 0.20 | 260.00 | 52.00 |
| 10/4/21 | Submit JPS admission application for the NDNY - No charge | EKKR | 0.90 | 260.00 | 234.00 |
| 10/8/21 | Review and comment on plaintiff interview - No charge | JPS | 0.60 | 730.00 | 438.00 |
| 10/15/21 | Locate attorney bar number for the NYND and add new admission to Attorney Admissions Chart - No charge | EKKR | 0.30 | 260.00 | 78.00 |
| 10/18/21 | Download and save petitioners reply brief to NetDocs - No charge | EKKR | 0.10 | 260.00 | 26.00 |
| 10/26/21 | Conference with Kirkland Ellis re: individual plaintiffs | JWP | 0.30 | 550.00 | 165.00 |

| | | |
|---|---|---|
| **Fees** | | **$1,358.00** |
| No Charge Discount | | $(1,193.00) |
| **Total Professional Services** | | **$165.00** |

## Expenses

| Date | Description | Unit Qty | Unit Price | Amount |
|------|-------------|----------|------------|--------|
| 10/4/21 | PCARD CHARGE - JOHN BEATTIE - COURTS/USDC-NY-N-P ADMISSION FEE, USDC NORTH NY, 10/04/2021, JOHN SWEENEY ADMISSION FEE Bank ID: CRBHM Check Number: 54B8C901 - No charge | 1.00 | 238.00 | 238.00 |

| | | |
|---|---|---|
| **Expenses** | | **238.00** |
| Less Discount Applied | | (238.00) |
| **Total Expenses** | | **$0.00** |



National Rifle Association of America                                      Page 3
**Re: New York Rifle and Pistol Association v. Bruen**        November 9, 2021
    **2021-00005**                                      Invoice No. 1526817
Matter No. 206243-401005            For legal services posted through October 31, 2021

| Timekeeper Summary | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** | **Amount** |
| Jay Porter | JWP | Partner | 0.30 | $550.00 | $165.00 |
| John Parker Sweeney | JPS | Partner | 1.10 | $730.00 | $803.00 |
| Emerson K Krause | EKKR | Paralegal | 1.50 | $260.00 | $390.00 |

| | |
|---|---|
| **Fees** | **$1,358.00** |
| No Charge Discount | $(1,193.00) |
| **Total Professional Services** | **$165.00** |



**Bradley**
Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

November 9, 2021
Invoice No. 1526817

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005



| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of November 9, 2021

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 11/9/21 | 1526817 | $165.00 | $0.00 | $165.00 |
| **Outstanding Invoices as of November 9, 2021** | | | | **$165.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel          January 4, 2022
National Rifle Association of America                          Invoice No. 1538929
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030


Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
     2021-00005

For professional services posted through December 31, 2021

| Current Invoice Summary | |
|---|---:|
| Current Professional Services | $1,092.00 |
| *No Charge Discount* | $(1,092.00) |
| Net Professional Services | $0.00 |
| | |
| Current Expenses | $714.00 |
| *Less Adjustments* | $(714.00) |
| Net Expenses | $0.00 |
| | |
| **Current Invoice** | **$0.00** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America

**Re: New York Rifle and Pistol Association v. Bruen**

    **2021-00005**

Matter No. 206243-401005

Page 2

January 4, 2022

Invoice No. 1538929

For legal services posted through December 31, 2021

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| **Date** | **Description** | **Tkpr** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 12/1/21 | Correspond with attorney regarding NDNY attorney admission application - No charge | EKKR | 0.10 | 260.00 | 26.00 |
| 12/1/21 | Look into how to submit NDNY attorney admission applications - No charge | EKKR | 0.10 | 260.00 | 26.00 |
| 12/2/21 | Pay fees for attorney admission for CMB and JWP - No charge | EKKR | 0.40 | 260.00 | 104.00 |
| 12/2/21 | Pay attorney admissions fee for MAN admission to the NDNY - No charge | EKKR | 0.20 | 260.00 | 52.00 |
| 12/2/21 | Submit CMB and JWP attorney admission applications to the NDNY - No charge | EKKR | 1.10 | 260.00 | 286.00 |
| 12/2/21 | Work on preparing CMB and JWP attorney admission applications for filing - No charge | EKKR | 0.30 | 260.00 | 78.00 |
| 12/2/21 | Finalize and submit MAN attorney admissions application to the NDNY - No charge | EKKR | 0.70 | 260.00 | 182.00 |
| 12/13/21 | Check that all attorneys have been admitted to the NDNY, look up their NDNY bar numbers, update their court admission charts, and upload their new charts to NetDocs for future access - No charge | EKKR | 1.00 | 260.00 | 260.00 |
| 12/15/21 | Confer with attorneys regarding case updates - No charge | EKKR | 0.30 | 260.00 | 78.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Fees** | | | | | **$1,092.00** |
| No Charge Discount | | | | | $(1,092.00) |
| **Total Professional Services** | | | | | **$0.00** |



**Bradley**
Bradley Arant Boult Cummings LLP

National Rifle Association of America

**Re: New York Rifle and Pistol Association v. Bruen**

**2021-00005**

Matter No. 206243-401005

Page 3

January 4, 2022

Invoice No. 1538929

For legal services posted through December 31, 2021

| Expenses | | | | |
|---|---|---|---|---|

| Date | Description | Unit Qty | Unit Price | Amount |
|---|---|---|---|---|
| 12/2/21 | PCARD CHARGE - JOHN BEATTIE - COURTS/USDC-NY-N-P ADMISSION FEE, USDC NORTH NY, 12/02/2021, MARC NARDONE ADMISSION Bank ID: CRBHM Check Number: 11B26467 - No charge | 1.00 | 238.00 | 238.00 |
| 12/2/21 | PCARD CHARGE - JOHN BEATTIE - COURTS/USDC-NY-N-P ADMISSION FEE, USDC NORTH NY, 12/02/2021, JAY PORTER ADMISSION Bank ID: CRBHM Check Number: 11B26467 - No charge | 1.00 | 238.00 | 238.00 |
| 12/2/21 | PCARD CHARGE - JOHN BEATTIE - COURTS/USDC-NY-N-P ADMISSION FEE, USDC NORTH NY, 12/02/2021, CONNOR BLAIR ADMISSION Bank ID: CRBHM Check Number: 11B26467 - No charge | 1.00 | 238.00 | 238.00 |

| | | |
|---|---|---|
| **Expenses** | | **714.00** |
| Less Discount Applied | | (714.00) |
| **Total Expenses** | | **$0.00** |

| Timekeeper Summary | | | | | |
|---|---|---|---|---|---|

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Emerson K Krause | EKKR | Paralegal | 4.20 | $260.00 | $1,092.00 |

| | | |
|---|---|---|
| **Fees** | | **$1,092.00** |
| No Charge Discount | | $(1,092.00) |
| **Total Professional Services** | | **$0.00** |



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                    January 4, 2022
National Rifle Association of America                                    Invoice No. 1538929
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005



| | | Outstanding Invoice Summary | | |
|---|---|---|---|---|

Outstanding Invoices as of January 4, 2022

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---:|---:|---:|---:|---:|
| 1/4/22 | 1538929 | $0.00 | $0.00 | $0.00 |
| **Outstanding Invoices as of January 4, 2022** | | | | **$0.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                                         March 14, 2022
National Rifle Association of America                                                   Invoice No. 1554345
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030


Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

For professional services posted through February 28, 2022

| Current Invoice Summary | |
|---|---:|
| Current Professional Services | $0.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$0.00** |

Thank you for your business.



Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

March 14, 2022
Invoice No. 1554345

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

| | Outstanding Invoice Summary | | | |
|---|---|---|---|---|

Outstanding Invoices as of March 14, 2022

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 3/14/22 | 1554345 | $0.00 | $0.00 | $0.00 |
| Outstanding Invoices as of March 14, 2022 | | | | $0.00 |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**



(Please reference the matter number, invoice number, and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

April 18, 2022
Invoice No. 1561759

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

For professional services posted through March 31, 2022

| Current Invoice Summary | |
|---|---:|
| Current Professional Services | $0.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$0.00** |

Thank you for your business.



Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Bruen**
**2021-00005**
Matter No. 206243-401005

Page 2
April 18, 2022
Invoice No. 1561759
For legal services posted through March 31, 2022

| Professional Services | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Tkpr** | **Hours** | **Rate** | **Amount** |
| 3/11/22 | Review and forward to J.Porter media inquiry | JPS | 0.20 | 0.00 | 0.00 |
| **Total Professional Services** | | | | | **$0.00** |

| Timekeeper Summary | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** | **Amount** |
| John Parker Sweeney | JPS | Partner | 0.20 | $0.00 | $0.00 |
| **Total Professional Services** | | | | | **$0.00** |



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030

April 18, 2022
Invoice No. 1561759

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
        2021-00005



| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of April 18, 2022

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 4/18/22 | 1561759 | $0.00 | $0.00 | $0.00 |
| **Outstanding Invoices as of April 18, 2022** | | | | **$0.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                    August 31, 2022
National Rifle Association of America                                    Invoice No. 1592680
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030


Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

For professional services posted through July 31, 2022

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $11,067.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$11,067.00** |

Thank you for your business.



Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Bruen**
   **2021-00005**
   Matter No. 206243-401005

Page 2
August 31, 2022
Invoice No. 1592680
For legal services posted through July 31, 2022

## Professional Services

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 6/3/22 | Analysis of next steps | JWP | 1.40 | 550.00 | 770.00 |
| 6/6/22 | Attention to media inquiries | JPS | 0.50 | 0.00 | 0.00 |
| 6/8/22 | Attention to media inquiry | JPS | 0.50 | 0.00 | 0.00 |
| 6/23/22 | Review and comment on SCOTUS opinion and next steps; forward media inquiries to client | JPS | 2.30 | 730.00 | 1,679.00 |
| 6/23/22 | Review Supreme Court opinion in preparation of determining action on remand and implications for currently-active cases | MAN | 1.80 | 490.00 | 882.00 |
| 6/29/22 | Conference with GOAL, strategy analysis of next steps | JWP | 3.50 | 0.00 | 0.00 |
| 6/30/22 | Conference regarding next steps on remand | JPS | 0.70 | 730.00 | 511.00 |
| 6/30/22 | Strategize using Bruen opinion in pending cases before third, fourth, and eleventh circuit | MAN | 1.00 | 490.00 | 490.00 |
| 6/30/22 | Analysis of next steps; conference with plaintiff re: same | JWP | 2.90 | 550.00 | 1,595.00 |
| 7/5/22 | Conference with plaintiff; analysis of next steps | JWP | 1.50 | 550.00 | 825.00 |
| 7/6/22 | Pass on inquiry regarding new legislation challenge | JPS | 0.50 | 730.00 | 365.00 |
| 7/7/22 | Conference with client | JWP | 0.50 | 550.00 | 275.00 |
| 7/11/22 | Conference with plaintiffs regarding next steps | JWP | 1.30 | 550.00 | 715.00 |
| 7/12/22 | Analysis of next steps | JWP | 2.50 | 0.00 | 0.00 |
| 7/20/22 | Confer regarding next steps on remand | JPS | 0.50 | 730.00 | 365.00 |
| 7/20/22 | Locate and circulate 2nd circuit docket to attorneys | EKKR | 0.30 | 260.00 | 78.00 |
| 7/25/22 | Review CA2 entry of SCOTU Order; direct preparation of costs demand | JPS | 0.60 | 730.00 | 438.00 |
| 7/25/22 | Analysis of next steps | JWP | 0.80 | 550.00 | 440.00 |
| 7/25/22 | Download filing, circulate to attorneys, and upload to NetDocs | EKKR | 0.20 | 260.00 | 52.00 |
| 7/26/22 | Analysis of next steps; conference with client; analysis of motion for attorney fees issues | JWP | 0.90 | 550.00 | 495.00 |
| 7/26/22 | Research appellants' entitlement to costs for draft letter to appellees' counsel | CBL | 0.70 | 445.00 | 311.50 |



**Bradley**
Bradley Arant Boult Cummings LLP

| | |
|---|---|
| National Rifle Association of America | Page 3 |
| **Re: New York Rifle and Pistol Association v. Bruen** | August 31, 2022 |
| **2021-00005** | Invoice No. 1592680 |
| Matter No. 206243-401005 | For legal services posted through July 31, 2022 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 7/26/22 | Draft form letter for CMB to draft for JPS | EKKR | 0.40 | 260.00 | 104.00 |
| 7/27/22 | Refer inquiry from reporter regarding Witman case follow up after Bruen | JPS | 0.50 | 730.00 | 365.00 |
| 7/27/22 | Draft letter to appellees' counsel re: costs | CBL | 0.70 | 445.00 | 311.50 |

**Total Professional Services** **$11,067.00**

| Timekeeper Summary | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** | **Amount** |
| Jay Porter | JWP | Partner | 9.30 | $550.00 | $5,115.00 |
| Jay Porter | JWP | Partner | 6.00 | $0.00 | $0.00 |
| John Parker Sweeney | JPS | Partner | 1.00 | $0.00 | $0.00 |
| John Parker Sweeney | JPS | Partner | 5.10 | $730.00 | $3,723.00 |
| Marc Nardone | MAN | Partner | 2.80 | $490.00 | $1,372.00 |
| Connor Blair | CBL | Associate | 1.40 | $445.00 | $623.00 |
| Emerson K Krause | EKKR | Paralegal | 0.90 | $260.00 | $234.00 |

**Total Professional Services** **$11,067.00**



Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                          August 31, 2022
National Rifle Association of America                                          Invoice No. 1592680
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

| Outstanding Invoice Summary | | | | |
|---|---|---|---|---|

Outstanding Invoices as of August 31, 2022

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 8/31/22 | 1592680 | $11,067.00 | $0.00 | $11,067.00 |
| **Outstanding Invoices as of August 31, 2022** | | | | **$11,067.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030

September 28, 2022
Invoice No. 1597694

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
      2021-00005

For professional services posted through August 31, 2022

| **Current Invoice Summary** | |
| --- | --- |
| Current Professional Services | $0.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$0.00** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                    September 28, 2022
National Rifle Association of America                                     Invoice No. 1597694
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2021-00005

|  | | | | | | Outstanding Invoice Summary | |
|---|---|---|---|---|

Outstanding Invoices as of September 28, 2022

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 8/31/22 | 1592680 | $11,067.00 | $0.00 | $11,067.00 |
| 9/28/22 | 1597694 | $0.00 | $0.00 | $0.00 |
| **Outstanding Invoices as of September 28, 2022** | | | | **$11,067.00** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**                 **Check Payments to:**

                                              Bradley Arant Boult Cummings LLP
                                                                  Post Office Box 830709
                                                                  Birmingham, AL 35283-0709

                                                                  (Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel

National Rifle Association of America

Institute for Legislative Action

11250 Waples Mill Road

Fairfax, VA 22030

October 19, 2022

Invoice No. 1603877

Matter No. 206243-401005

Re: New York Rifle and Pistol Association v. Bruen

     2020-00002

For professional services posted through September 30, 2022

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $2,892.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$2,892.00** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America

**Re: New York Rifle and Pistol Association v. Bruen**

    **2020-00002**

    Matter No. 206243-401005

Page 2

October 19, 2022

Invoice No. 1603877

For legal services posted through September 30, 2022

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/1/22 | Call clerk to see if we are responsible for serving our own documents, research process servers in NY, speak with one regarding pricing and details of service, and relay information to attorneys | EKKR | 0.50 | 0.00 | 0.00 |
| 9/1/22 | Monitor related dockets and circulate new filings to attorneys | EKKR | 0.30 | 0.00 | 0.00 |
| 9/2/22 | Confer with J.Porter regarding next steps on remand and fee recovery | JPS | 0.60 | 730.00 | 438.00 |
| 9/2/22 | Call with J.Sweeney and J.Porter re: motion to recover fees and costs | CBL | 0.20 | 445.00 | 89.00 |
| 9/2/22 | Reach out to C. Blair to see if summons should be sent to the process server today to be served or if it should wait until Tuesday and to ask C. Blair a few questions about serving | EKKR | 0.20 | 0.00 | 0.00 |
| 9/2/22 | Monitor dockets and circulate updates to attorneys | EKKR | 0.10 | 0.00 | 0.00 |
| 9/2/22 | Conduct research on individual at attorney request and report back on findings | EKKR | 1.10 | 0.00 | 0.00 |
| 9/2/22 | Start a list of potential amici | EKKR | 0.20 | 0.00 | 0.00 |
| 9/6/22 | Review NDNY Judge Suddaby scheduling order and consider next steps | JPS | 0.50 | 730.00 | 365.00 |
| 9/6/22 | Calendar and docket upcoming due dates for attorneys and circulate filing order to attorneys | EKKR | 0.50 | 260.00 | 130.00 |
| 9/6/22 | Monitor relevant dockets at attorney request and email updated docket to attorneys | EKKR | 0.20 | 0.00 | 0.00 |
| 9/6/22 | Update J. Porter and J. Sweeney email addresses with the court and add self to ECF notifications so we all receive filings in this case | EKKR | 0.40 | 0.00 | 0.00 |
| 9/7/22 | Monitor relevant dockets and circulate updates to attorneys at attorney request | EKKR | 0.20 | 0.00 | 0.00 |
| 9/9/22 | Confer with J.Porter regarding Bruen remand schedule and client authorization | JPS | 0.50 | 730.00 | 365.00 |
| 9/12/22 | Check dockets for relevant cases and circulate updates to attorneys by attorney request | EKKR | 0.30 | 260.00 | 78.00 |
| 9/13/22 | Monitor dockets for updates and circulate updated | EKKR | 0.30 | 260.00 | 78.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

| National Rifle Association of America | Page 3 |
|---|---|
| **Re: New York Rifle and Pistol Association v. Bruen** | October 19, 2022 |
| **2020-00002** | Invoice No. 1603877 |
| Matter No. 206243-401005 | For legal services posted through September 30, 2022 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | dockets to team | | | | |
| 9/14/22 | Pull docket and briefs/motions associated with fee request for J. Porter, circulate to him, and upload to NetDocs | EKKR | 0.70 | 260.00 | 182.00 |
| 9/14/22 | Monitor docket and email updates to attorneys | EKKR | 0.30 | 260.00 | 78.00 |
| 9/15/22 | Monitor relevant dockets for case updates | EKKR | 0.30 | 0.00 | 0.00 |
| 9/15/22 | Confer with attorneys regarding case status | EKKR | 0.40 | 260.00 | 104.00 |
| 9/21/22 | Monitor dockets for updates | EKKR | 0.30 | 260.00 | 78.00 |
| 9/22/22 | Monitor dockets and circulate updated dockets to attorneys | EKKR | 0.30 | 0.00 | 0.00 |
| 9/23/22 | Review and comment on proposed remand/fees recovery budget | JPS | 0.60 | 730.00 | 438.00 |
| 9/26/22 | Monitor dockets and circualte updated dockets to team | EKKR | 0.40 | 0.00 | 0.00 |
| 9/27/22 | Monitor dockets and circulate updated dockets to the team | EKKR | 0.30 | 0.00 | 0.00 |
| 9/28/22 | Download filing, circulate to attorneys, and upload to NetDocs | EKKR | 0.20 | 0.00 | 0.00 |
| 9/28/22 | Monitor dockets for update and circulate updated dockets to attorneys | EKKR | 0.30 | 0.00 | 0.00 |
| 9/28/22 | Confer with attorneys regarding case status | EKKR | 0.40 | 260.00 | 104.00 |
| 9/29/22 | Monitor dockets and send updates to attorneys | EKKR | 0.30 | 0.00 | 0.00 |
| 9/30/22 | Review and circulate Rupp 26(f) report for use as a model | JPS | 0.50 | 730.00 | 365.00 |
| 9/30/22 | Monitor dockets and circulate updates to attorneys | EKKR | 0.30 | 0.00 | 0.00 |
| 9/30/22 | Download filings, circulate to attorneys, and upload to NetDocs | EKKR | 0.30 | 0.00 | 0.00 |

**Total Professional Services**                                                    **$2,892.00**



**Bradley**
Bradley Arant Boult Cummings LLP

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Bruen**
   **2020-00002**
Matter No. 206243-401005

Page 4
October 19, 2022
Invoice No. 1603877
For legal services posted through September 30, 2022

| Timekeeper Summary | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** | **Amount** |
| John Parker Sweeney | JPS | Partner | 2.70 | $730.00 | $1,971.00 |
| Connor Blair | CBL | Associate | 0.20 | $445.00 | $89.00 |
| Emerson K Krause | EKKR | Paralegal | 5.90 | $0.00 | $0.00 |
| Emerson K Krause | EKKR | Paralegal | 3.20 | $260.00 | $832.00 |

**Total Professional Services** | | | | | **$2,892.00**



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030

October 19, 2022
Invoice No. 1603877

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
       2020-00002

| Outstanding Invoice Summary |
| --- |

Outstanding Invoices as of October 19, 2022

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
| --- | --- | --- | --- | --- |
| 8/31/22 | 1592680 | $11,067.00 | $0.00 | $11,067.00 |
| 10/19/22 | 1603877 | $2,892.00 | $0.00 | $2,892.00 |
| Outstanding Invoices as of October 19, 2022 | | | | $13,959.00 |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel    November 28, 2022
National Rifle Association of America                     Invoice No. 1613345
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030


Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
      2020-00002

For professional services posted through October 31, 2022

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $8,351.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$8,351.00** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Bruen**
   **2020-00002**
   Matter No. 206243-401005

Page 2
November 28, 2022
Invoice No. 1613345
For legal services posted through October 31, 2022

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/4/22 | Confer re: case status updates with attorneys - No charge | EKKR | 0.20 | 0.00 | 0.00 |
| 10/6/22 | Review and comment on Rule 26 connference order | JPS | 0.50 | 730.00 | 365.00 |
| 10/6/22 | Review and confer regarding prevailing party research | JPS | 0.60 | 730.00 | 438.00 |
| 10/6/22 | Research whether plaintiffs are "prevailing party" under section 1988 and draft memo to J.Porter re: same | CBL | 1.20 | 445.00 | 534.00 |
| 10/7/22 | Try to locate transcript from JPS oral argument and send recording of argument from the 2nd circuit's website - No charge | EKKR | 0.60 | 0.00 | 0.00 |
| 10/10/22 | Emails regarding Nasssu county resident emails on drug testing - No charge | JPS | 0.50 | 0.00 | 0.00 |
| 10/10/22 | Review memo from client on fee recovery | JPS | 0.50 | 730.00 | 365.00 |
| 10/11/22 | Email with Defendant's counsel regarding scheduling rule 26 conference | JPS | 0.50 | 730.00 | 365.00 |
| 10/11/22 | Review M.Jean memo re: prevailing party and attorney's fees (.3); review Osterweil docket and motion for attorneys fees (.6); emails with team re: same (.3); emails with C.Lamar re: same (.2) | CBL | 1.40 | 445.00 | 623.00 |
| 10/12/22 | Confer with attorneys re: case status - No charge | EKKR | 0.20 | 0.00 | 0.00 |
| 10/14/22 | Confer with NY AAG M.McCartin regarding coordinating conference on status and schedule of remand | JPS | 0.60 | 730.00 | 438.00 |
| 10/17/22 | Review scheduling order milestones to prepare for Rule 26 meet and confer; review NY AAG M.McCartin linked-in profile | JPS | 0.60 | 730.00 | 438.00 |
| 10/17/22 | Review local and judge-specific 26(f) conference requirements and emails with J.Sweeney re: same | CBL | 0.80 | 445.00 | 356.00 |
| 10/17/22 | Calendar and docket upcoming due date for attorneys | EKKR | 0.20 | 260.00 | 52.00 |
| 10/17/22 | Circulate docket to attorney - No charge | EKKR | 0.20 | 0.00 | 0.00 |
| 10/18/22 | Confer with M.McCartin on rescheduling Rule 26 | JPS | 1.90 | 730.00 | 1,387.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

National Rifle Association of America                                                    Page 3
**Re: New York Rifle and Pistol Association v. Bruen**                November 28, 2022
   **2020-00002**                                                            Invoice No. 1613345
Matter No. 206243-401005                  For legal services posted through October 31, 2022

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | meet and confer (0.2); direct preparation of motion for extension and notices of appearance (0.3); review, revise, and approve same for filing (0.7); direct change of caption from Bruen to Nigrelli (0.4); confer with J.Porter regarding disengagement of K.Baynes (0.3) | | | | |
| 10/18/22 | Review NDNY local rules re: motion to extend deadline for joint status update and call with J.Sweeney re: same (.6); review and comment upon draft notice of appearances (.2); draft letter (.4); revise same (.3); oversee filing of same (.2) | CBL | 1.70 | 445.00 | 756.50 |
| 10/18/22 | Remove status hearing from calendar and docket | EKKR | 0.20 | 260.00 | 52.00 |
| 10/18/22 | Draft Notice of Appearances for each attorney and file | EKKR | 2.80 | 260.00 | 728.00 |
| 10/18/22 | Calendar and docket upcoming status call | EKKR | 0.20 | 260.00 | 52.00 |
| 10/18/22 | File Joint Motion for Extension of Time to File Status Report, circulate filed version, and upload to NetDocs | EKKR | 0.60 | 260.00 | 156.00 |
| 10/20/22 | Calendar and docket upcoming due date for attorneys | EKKR | 0.20 | 260.00 | 52.00 |
| 10/26/22 | Confer with attorneys regarding case updates - No charge | EKKR | 0.20 | 0.00 | 0.00 |
| 10/31/22 | Confer with NY AAG regarding status, process for entering judgment and applying for costs and fees (0.5); direct preparation of status report (0.3); instruct K.Baynes not to participate (0.2) | JPS | 1.00 | 730.00 | 730.00 |
| 10/31/22 | Emails with J.Sweeney to prepare for today's status call with opposing counsel (.2); status call with opposing counsel and J.Sweeney (.2); call with J.Sweeney, M.Nardone, and J.Porter re: status call with opposing counsel and J.Sweeney (.5) and call with D.Lawrence re: attorneys fees procedural research | CBL | 0.90 | 445.00 | 400.50 |



**Bradley**
Bradley Arant Boult Cummings LLP

National Rifle Association of America | Page 4
**Re: New York Rifle and Pistol Association v. Bruen** | November 28, 2022
**2020-00002** | Invoice No. 1613345
Matter No. 206243-401005 | For legal services posted through October 31, 2022

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 10/31/22 | Call with C.Blair re: request for legal research on substantive and procedural requirements for recovering attorneys fees incurred in pursuing claim under 42 U.S.C. 1983 | DLAW | 0.20 | 315.00 | 63.00 |

**Total Professional Services** | | | | | **$8,351.00**

### Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|------------|----------|-------|-------|------|--------|
| John Parker Sweeney | JPS | Partner | 6.20 | $730.00 | $4,526.00 |
| John Parker Sweeney | JPS | Partner | 0.50 | $0.00 | $0.00 |
| Connor Blair | CBL | Associate | 6.00 | $445.00 | $2,670.00 |
| Daniel Lawrence | DLAW | Associate | 0.20 | $315.00 | $63.00 |
| Emerson K Krause | EKKR | Paralegal | 1.40 | $0.00 | $0.00 |
| Emerson K Krause | EKKR | Paralegal | 4.20 | $260.00 | $1,092.00 |

**Total Professional Services** | | | | | **$8,351.00**



# Bradley
Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030

November 28, 2022
Invoice No. 1613345

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
2020-00002



| | Outstanding Invoice Summary | | | |
|---|---|---|---|---|

Outstanding Invoices as of November 28, 2022

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 10/19/22 | 1603877 | $2,892.00 | $0.00 | $2,892.00 |
| 11/28/22 | 1613345 | $8,351.00 | $0.00 | $8,351.00 |
| Outstanding Invoices as of November 28, 2022 | | | | $11,243.00 |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                    December 19, 2022
National Rifle Association of America                                     Invoice No. 1620575
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2020-00002

For professional services posted through November 30, 2022

| Current Invoice Summary | |
|---|---:|
| Current Professional Services | $20,657.50 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$20,657.50** |

Thank you for your business.



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Bruen**
**2020-00002**
Matter No. 206243-401005

Page 2
December 19, 2022
Invoice No. 1620575
For legal services posted through November 30, 2022

**Professional Services**

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11/1/22 | Review draft joint status report and accompanying attorneys' fees research for use in reviewing motion for attorneys' fees | MAN | 1.30 | 490.00 | 637.00 |
| 11/1/22 | Draft joint status report (.4); call with D.Lawrence re: attorneys' fees research and double check his research and update joint status report re: same (.9); emails with team re: draft joint status report (.3) | CBL | 1.60 | 445.00 | 712.00 |
| 11/1/22 | Confer with attorneys regarding case updates | EKKR | 0.20 | 260.00 | 52.00 |
| 11/1/22 | Conduct legal research and draft emails to C.Blair analyzing the substantive and procedural requirements for bringing a motion for attorneys' fees and costs under 42 U.S.C. Section 1988 and Fed. R. Civ. P. 54(d)(2) and also analyzing whether the Rule 54 deadline can be contractually extended; Call with C.Blair re: research findings | DLAW | 3.20 | 0.00 | 0.00 |
| 11/2/22 | Review and revise draft joint status report (0.3); forward to NY AAG for agreement (0.3); direct finalizing and filing of agreed joint status report (0.2) | JPS | 0.80 | 730.00 | 584.00 |
| 11/2/22 | Emails with E.Krause re: filing joint status report | CBL | 0.20 | 445.00 | 89.00 |
| 11/2/22 | File Joint Status Report, circulate filed version to attorneys, and upload to NetDocs | EKKR | 0.30 | 260.00 | 78.00 |
| 11/2/22 | Locate email addresses for each attorney entered in case and circulate to J. Sweeney | EKKR | 0.20 | 260.00 | 52.00 |
| 11/2/22 | Calendar and docket due date for motions for entry of judgment and to extend deadline for applying for costs and fees by 90 days | EKKR | 0.10 | 260.00 | 26.00 |
| 11/8/22 | Confer with attorneys regarding case updates | EKKR | 0.20 | 260.00 | 52.00 |
| 11/9/22 | Research motion to extend time to file motion for attorneys fees; research procedure for filing motion for entry of judgment; draft motion, MISO, and proposed order re: entry of judgment | CBL | 3.80 | 445.00 | 1,691.00 |
| 11/10/22 | Review research and confer with C. Blair regarding time for filing application for fees following entry of judgment (0.5); direct calendaring and docketing of fee application deadline (0.2) | JPS | 0.70 | 730.00 | 511.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Bruen**
    **2020-00002**
Matter No. 206243-401005

Page 3
December 19, 2022
Invoice No. 1620575
For legal services posted through November 30, 2022

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11/10/22 | Revise motion, MISO, and proposed order re: entry of judgment; draft letter to court re: same; emails with team re: motion papers; continue to research motions to extend deadline motion for filing attorney's fees; research reasonable estimate under Rule 54; call with J.Sweeney re: same and emails with team re: same | CBL | 3.70 | 445.00 | 1,646.50 |
| 11/10/22 | Calendar and docket upcoming due date | EKKR | 0.10 | 260.00 | 26.00 |
| 11/10/22 | Download filing, circulate to attorneys, and upload to NetDocs | EKKR | 0.20 | 260.00 | 52.00 |
| 11/11/22 | Review and comment on draft motion papers for entry of judgment | JPS | 0.70 | 730.00 | 511.00 |
| 11/11/22 | Forward bill monitoring report to C. Blair | EKKR | 0.10 | 0.00 | 0.00 |
| 11/11/22 | Monitor relevant dockets and circulate updated dockets to attorneys | EKKR | 0.20 | 0.00 | 0.00 |
| 11/11/22 | Delete due date from calendar and docket | EKKR | 0.10 | 0.00 | 0.00 |
| 11/14/22 | Direct further revision of motion for judgment and approve for filling | JPS | 0.60 | 730.00 | 438.00 |
| 11/14/22 | Review final draft of filings and notice letter for motion for entry of judgment and approve for filing | MAN | 0.90 | 490.00 | 441.00 |
| 11/14/22 | Revise motion for entry of judgment, MISO, letter, and proposed order to reflect this is no longer a joint motion and oversee filing of same | CBL | 0.90 | 445.00 | 400.50 |
| 11/14/22 | File letter motion requesting entry of judgment and related documents and circulate filed versions and upload to NetDocs | EKKR | 0.40 | 260.00 | 104.00 |
| 11/17/22 | Review order entering judgment and comment on next steps | JPS | 0.50 | 730.00 | 365.00 |
| 11/17/22 | Download filings, circulate to attorneys, and upload to NetDocs | EKKR | 0.20 | 0.00 | 0.00 |
| 11/17/22 | Docket and calendar upcoming due dates and delete due dates that are no longer accurate | EKKR | 0.30 | 260.00 | 78.00 |
| 11/28/22 | Review and confer regarding draft fee application | JPS | 0.70 | 730.00 | 511.00 |
| 11/28/22 | Draft email memorandum to Conner Blair explaining that the plaintiffs may recover attorney's fees for the amount of time expended on the case | CLAM | 0.60 | 0.00 | 0.00 |



# Bradley
Bradley Arant Boult Cummings LLP

National Rifle Association of America | Page 4
**Re: New York Rifle and Pistol Association v. Bruen** | December 19, 2022
**2020-00002** | Invoice No. 1620575
Matter No. 206243-401005 | For legal services posted through November 30, 2022

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11/28/22 | Meet with Jay Porter, John Sweeney, Marc Nardone, and Connor Blair to discuss the forthcoming fee application requirements | CLAM | 0.80 | 0.00 | 0.00 |
| 11/28/22 | Draft email memorandum to Connor Blair advising on briefing arguments for the forthcoming attorney's fee application, focusing on research of local rates in the Northern District of New York | CLAM | 2.00 | 0.00 | 0.00 |
| 11/28/22 | Review initial draft motion for attorneys' fees and provide comments to C.Blair for revision | MAN | 0.60 | 490.00 | 294.00 |
| 11/28/22 | Revised motion for attorney's fees | JWP | 1.10 | 550.00 | 605.00 |
| 11/28/22 | Review invoices from Kirkland and Baynes firms; pull Bradley's invoices; emails with E.Krause re: same; begin to draft motion for attorney's fees; research that attorneys' fees for the preparation of the fee application are compensable; call with Bradley team re: attorney?s fees application | CBL | 4.60 | 445.00 | 2,047.00 |
| 11/28/22 | Analyze and put together spreadsheet of attorney's fees | EKKR | 4.20 | 260.00 | 1,092.00 |
| 11/28/22 | Confer with attorneys regarding case updates | EKKR | 0.20 | 260.00 | 52.00 |
| 11/29/22 | Confer regarding tabulation of fee data | JPS | 0.50 | 730.00 | 365.00 |
| 11/29/22 | Review and edit revised draft motion for attorneys' fees | MAN | 1.20 | 490.00 | 588.00 |
| 11/29/22 | Continue working on analyzing invoices and putting together spreadsheet of attorney's fees | EKKR | 1.50 | 260.00 | 390.00 |
| 11/30/22 | Review, revise and comment on draft fee application (1.6); review spread sheet breaking down bills and compile last three months of fees for Bradley (0.8) | JPS | 2.40 | 730.00 | 1,752.00 |
| 11/30/22 | Review and edit memorandum in support of motion for attorneys' fees and costs for finalization before filing | MAN | 2.60 | 490.00 | 1,274.00 |
| 11/30/22 | Revised fee motion papers | JWP | 2.90 | 550.00 | 1,595.00 |
| 11/30/22 | Revise MISO to incorporate E.Krause's fees and costs calculations and C.Lamar's research (1.3); review and Lamar's implement J.Sweeney's edits and emails re: checking fees/expenses calculations (.4); draft motion for attorneys' fees and letter | CBL | 3.30 | 445.00 | 1,468.50 |



**Bradley**
Bradley Arant Boult Cummings LLP

| | |
|---|---|
| National Rifle Association of America | Page 5 |
| **Re: New York Rifle and Pistol Association v. Bruen** | December 19, 2022 |
| **2020-00002** | Invoice No. 1620575 |
| Matter No. 206243-401005 | For legal services posted through November 30, 2022 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | motion to clerk (.8); emails with J.Porter re: same (.3); review J.Porter's edits and comments and implement same (.5) | | | | |
| 11/30/22 | Circulate spreadsheet re: attorneys fees to C. Blair and C. Lamar and answer questions about content | EKKR | 0.30 | 260.00 | 78.00 |
| 11/30/22 | Calculation of all invoice totals, to include separate calculations for fees and expenses, for use in Motion for Costs. | JEKE | 1.10 | 0.00 | 0.00 |

| **Total Professional Services** | **$20,657.50** |
|---|---|

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jay Porter | JWP | Partner | 4.00 | $550.00 | $2,200.00 |
| John Parker Sweeney | JPS | Partner | 6.90 | $730.00 | $5,037.00 |
| Marc Nardone | MAN | Partner | 6.60 | $490.00 | $3,234.00 |
| Chadwick Lamar | CLAM | Associate | 3.40 | $0.00 | $0.00 |
| Connor Blair | CBL | Associate | 18.10 | $445.00 | $8,054.50 |
| Daniel Lawrence | DLAW | Associate | 3.20 | $0.00 | $0.00 |
| Emerson K Krause | EKKR | Paralegal | 8.20 | $260.00 | $2,132.00 |
| Emerson K Krause | EKKR | Paralegal | 0.60 | $0.00 | $0.00 |
| Elizabeth Keener | JEKE | Litigation Asst | 1.10 | $0.00 | $0.00 |

| **Total Professional Services** | **$20,657.50** |
|---|---|



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030

December 19, 2022
Invoice No. 1620575

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2020-00002

### Outstanding Invoice Summary

Outstanding Invoices as of December 19, 2022

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 12/19/22 | 1620575 | $20,657.50 | $0.00 | $20,657.50 |
| **Outstanding Invoices as of December 19, 2022** | | | | **$20,657.50** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel                        January 18, 2023
National Rifle Association of America                                        Invoice No. 1625136
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030


Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
       2020-00002

For professional services posted through December 31, 2022

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $2,796.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$2,796.00** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

National Rifle Association of America | Page 2
**Re: New York Rifle and Pistol Association v. Bruen** | January 18, 2023
    **2020-00002** | Invoice No. 1625136
    Matter No. 206243-401005 | For legal services posted through December 31, 2022

| | **Professional Services** | | | | |
| --- | --- | --- | --- | --- | --- |

| **Date** | **Description** | **Tkpr** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 12/1/22 | Review, revise and comment on revised memorandum, letter motion for fees | JPS | 0.80 | 730.00 | 584.00 |
| 12/1/22 | Revise motion for attorney's fees | JWP | 1.20 | 550.00 | 660.00 |
| 12/1/22 | Implement J.Porter's edits to motion for attorneys' fees, further revise same, and emails with J.Porter re: same | CBL | 1.70 | 445.00 | 756.50 |
| 12/1/22 | Send JPS filing login info to attorneys and ask that they file Motion for Attorney's Fees and Costs themselves or with another paralegal | EKKR | 0.20 | 260.00 | 52.00 |
| 12/1/22 | Circulate filed versions of documents to attorneys and upload to NetDocs | EKKR | 0.20 | 260.00 | 52.00 |
| 12/9/22 | Communicate with NYS AAG M.McCartin regarding opposition deadline for fee application; request preparation of letter consenting to the same | JPS | 0.50 | 730.00 | 365.00 |
| 12/9/22 | Draft response to letter motion requesting additional time to respond to motion for attorneys' fees and file same | CBL | 0.50 | 445.00 | 222.50 |
| 12/12/22 | Download filings, circulate to attorneys, and upload to NetDocs | EKKR | 0.20 | 260.00 | 52.00 |
| 12/13/22 | Docket and calendar upcoming due date | EKKR | 0.20 | 260.00 | 52.00 |
| 12/15/22 | Monitor relevant dockets for updates (No charge) | EKKR | 0.30 | 0.00 | 0.00 |

**Total Professional Services** | | | | | **$2,796.00**


Bradley Arant Boult Cummings LLP

National Rifle Association of America
**Re: New York Rifle and Pistol Association v. Bruen**
    **2020-00002**
Matter No. 206243-401005

Page 3
January 18, 2023
Invoice No. 1625136
For legal services posted through December 31, 2022

| Timekeeper Summary | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Initials** | **Title** | **Hours** | **Rate** | **Amount** |
| Jay Porter | JWP | Partner | 1.20 | $550.00 | $660.00 |
| John Parker Sweeney | JPS | Partner | 1.30 | $730.00 | $949.00 |
| Connor Blair | CBL | Associate | 2.20 | $445.00 | $979.00 |
| Emerson K Krause | EKKR | Paralegal | 0.80 | $260.00 | $208.00 |
| Emerson K Krause | EKKR | Paralegal | 0.30 | $0.00 | $0.00 |

**Total Professional Services**                                                **$2,796.00**



**Bradley**

Bradley Arant Boult Cummings LLP

Michael Jean, Director - Office of Litigation Counsel          January 18, 2023
National Rifle Association of America                         Invoice No. 1625136
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030

Matter No. 206243-401005
Re: New York Rifle and Pistol Association v. Bruen
    2020-00002

**Outstanding Invoice Summary**

Outstanding Invoices as of January 18, 2023

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 12/19/22 | 1620575 | $20,657.50 | $0.00 | $20,657.50 |
| 1/18/23 | 1625136 | $2,796.00 | $0.00 | $2,796.00 |
| **Outstanding Invoices as of January 18, 2023** | | | | **$23,453.50** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**



**Electronic Funds Transfer (EFT) Payments to:**              Check Payments to:

Bradley Arant Boult Cummings LLP
Post Office Box 830709
Birmingham, AL 35283-0709

(Please include remittance information with check.)

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)