# EXHIBIT B

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|   |   |   |
|---|---|---|
|   | ) |   |
|   | ) |   |
| v. | ) | Case No.: |
|   | ) |   |
|   | ) |   |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                             *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
|                                                                                                           TOTAL | $_____ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service         ☐   First class mail, postage prepaid

☐   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                                    Date: _____
          *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                      *Deputy Clerk*                  *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STEVEN NIGRELLI, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE, *et al.*, <br><br> *Defendants*. | Civil Action No. <br> 1:18-cv-00134-BKS-ATB |

**ITEMIZATION OF COSTS**
**IN THE SUPREME COURT OF THE UNITED STATES**

JOHN PARKER SWEENEY submits the following itemization of taxable costs in the amount of $2,977.20 in connection with Plaintiffs' motion for an award of attorney's fees and costs, including the following items:

1. $300.00 for payment of "Clerk's costs" in the Supreme Court of the United States, pursuant to Supreme Court Rule 43 and 28 U.S.C. § 1920(1). (*See* Exhibit B at 8–9).

2. $2,677.20 for payment of "Printing of record" in the Supreme Court of the United States, pursuant to Supreme Court Rule 43 and 28 U.S.C. § 1920(3). (*See* Exhibit B at 8–9).

Dated: February 9, 2023

John Parker Sweeney
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: (202) 393-7150
jsweeney@bradley.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*, ) ) ) *Plaintiffs*, ) ) v. ) ) STEVEN NIGRELLI, IN HIS OFFICIAL ) CAPACITY AS ACTING ) SUPERINTENDENT OF THE ) NEW YORK STATE POLICE, *et al.* ) ) *Defendants*. ) | Civil Action No. 1:18-cv-00134-BKS-ATB |

**DECLARATION OF JOHN PARKER SWEENEY**

JOHN PARKER SWEENEY declares under penalty of perjury that the following is true and correct:

1. My name is John Parker Sweeney. I am a partner in the law firm Bradley Arant Boult Cummings LLP ("Bradley"). Along with other Bradley attorneys and attorneys from the law firms of Kathleen McCaffrey Baynes, Esq., PLLC, Cooper & Kirk PLLC, and Kirkland & Ellis LLP, I represented Plaintiffs in this action. I am over the age of 18 years and competent to testify to the matters set forth herein.

2. The items claimed in the Bill of Costs submitted on behalf of Plaintiffs regarding taxable costs in the Supreme Court (totaling $2,977.20) are correct. (*See* Exhibit B at 2).

3. The costs in the Supreme Court for which Plaintiffs seek reimbursement were necessarily incurred.

4. The services for which the fees have been charged were actually and necessarily performed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this February 9, 2023.

_____
John Parker Sweeney
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: (202) 393-7150
jsweeney@bradley.com

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2022

Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  New York State Rifle, et al.
            v. Kevin P. Bruen, et al.
           No. 20-843 (Your docket No. 19-156)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                        Sincerely,

                                        SCOTT S. HARRIS, Clerk

                                        By

                                        M. Altner
                                        Judgments/Mandates Clerk

Enc.
cc:     All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 25, 2022

Mr. Paul D. Clement, Esq.
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004

Ms. Barbara Dale Underwood, Esq.
Solicitor General
Office of the Attorney General
28 Liberty Street
New York, NY 10005-1400

    Re:  New York State Rifle, et al.
           v. Kevin P. Bruen, et al.
           No. 20-843

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Second Circuit.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | $2,677.20 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $2,977.20 |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Judgments/Mandates Clerk

cc: Clerk, U.S. Court of Appeals for the Second Circuit
     (Your docket No. 19-156)

# Supreme Court of the United States

No. 20–843

**NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., ET AL.,**

Petitioners

v.

**KEVIN P. BRUEN, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Second Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, New York State Rifle & Pistol Association, Inc., et al., recover from Kevin P. Bruen, in His Official Capacity as Superintendent of New York State Police, et al., Two Thousand Nine Hundred Seventy-seven Dollars and Twenty Cents ($2,977.20) for costs herein expended.

June 23, 2022

| | |
|---|---|
| **Printing of record:** | $2,677.20 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $2,977.20 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States