

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 776-2620

February 16, 2023

Hon. Judge Brenda K. Sannes
Chief U.S. District Court Judge
U.S. District Court
Northern District of New York

Re:   *NYSRPA, et al. v. Bruen, et al.,* No. 1:18-cv-134 (BKS/ATB)

Dear Chief Judge Sannes:

    On February 9, 2023, Plaintiffs filed a completed application for attorneys' fees and costs in the above-referenced matter. Defendants would like to respond to this application, and they respectfully ask that their response time be moved from February 23, 2023 to a new date, that of March 16, 2023.

    Plaintiffs' counsel very graciously consent to this request.

    Thank you kindly for your consideration of this matter.

Respectfully yours,

*s/ Michael McCartin*

Michael G. McCartin
Assistant Attorney General
Bar Roll No. 511158

cc:   All counsel of record (via e-filing)