**John Parker Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 direct



March 8, 2024
**Via CM/ECF**
Hon. Judge Brenda K. Sannes
Chief U.S. District Court Judge
U.S. District Court
Northern District of New York

      Re:    *New York State Rifle and Pistol Association, Inc v. James,* No. 1:18-cv-134 (BKS/ATB)

Dear Chief Judge Sannes:

Plaintiffs respectfully request the Court, pursuant to Rules 69 and 70 of the Federal Rules of Civil Procedure, to order Defendants to comply with this Court's September 22, 2023 Order awarding Plaintiffs attorneys' fees and costs (the "Order") and grant Plaintiffs leave to file a supplemental motion seeking attorneys' fees and costs incurred in attempting to enforce the Order.

Contemporaneous with this letter, Plaintiffs have filed a Motion to Enforce the Court's Judgment, a memorandum of law supporting that motion, and a Proposed Order. Plaintiffs respectfully request that the motion be considered and granted without a pre-motion conference.

Dated: March 8, 2024

                                          Respectfully submitted,

                                          <u>/s/ *John Parker Sweeney*</u>
                                          John Parker Sweeney
                                          James W. Porter, III
                                          Connor M. Blair
                                          Bradley Arant Boult Cummings LLP
                                          1615 L Street N.W., Suite 1350
                                          Washington, D.C. 20036
                                          Phone: 202-393-7150
                                          Facsimile: 202-347-1684
                                          jsweeney@bradley.com

                                          Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve all counsel of record.

Dated: March 8, 2024                                    /s/ *John Parker Sweeney*
                                                                          John Parker Sweeney

                                                                          Counsel for Plaintiffs