# State of New York
## REMITTANCE ADVICE for CHECK NO.   09780724

**A**

**NOTICE:** To access remittance information on any one of your NYS payments, visit https://esupplier.sfs.ny.gov/

| Agency Code and Description | Tele Inquiry No | Voucher No | Payee Reference/Invoice No | Ref/Inv Date | Payment Amount |
|---|---|---|---|---|---|
| OSC01 Office of State Comptrolle | | FNP1403 | P17NYSRIFLEANDPISTOL18Cv131 | 02/29/24 | 447,700.82 |

**GOV'T ENTITIES, VENDORS, NOT-FOR-PROFITS:**
Go to http://www.osc.state.ny.us/state-vendors for Electronic Payments information

Non-Negotiable   Check Total   $447,700.82

**DETACH HERE BEFORE CASHING ⬇**          **PLEASE CASH WITHIN 180 DAYS**

---

03950892

$447,700.82

## State of New York
DEPARTMENT OF TAXATION AND FINANCE
DIVISION OF THE TREASURY

MARCH 08, 2024          OSC01

Check No. 09780724

29-55 / 213

**A**

**KNOW YOUR ENDORSER**

Pay to the Order of:   **BRADLEY ARANT BOULT CUMMINGS LLP**          $447,700.82

*Thomas P. DiNapoli*
**State Comptroller**

KeyBank N.A.

*Amanda Hiller*
**Acting Commissioner, Taxation and Finance**

---

002130  A  09780724  OSC01

STATE OF NEW YORK
DEPARTMENT OF TAXATION AND FINANCE
DIVISION OF THE TREASURY
PO BOX 22119
ALBANY, NEW YORK  12201-2119



US POSTAGE PITNEY BOWES
ZIP 12207
02 1W   $ 000.6.
0001404323 MAR. 11

BRADLEY ARANT BOULT CUMMINGS LLP
C/O JOHN PARKER SWEENEY
1615 L. STREET NW
SUITE 1350
WASHINGTON          DC 20036-5668