# Blair, Connor

| | |
|---|---|
| **From:** | Blair, Connor |
| **Sent:** | Monday, March 18, 2024 9:15 AM |
| **To:** | Munkwitz, Kelly |
| **Subject:** | RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB |
| **Attachments:** | 20240318072621678.pdf |

Good morning Kelly,

We received this morning the attached check for $447,700.82 from the Comptroller's office. This check includes only the judgment amount, *see* ECF 75, but does not include the interest to which we are entitled, which accrues at a rate of approximately $66.48 per day. To date, $11,833.44 in interest has accrued.

Is the State going to issue another check for the interest? If so, when?

We intend to renew our request for leave to file a supplemental motion seeking attorneys' fees and costs incurred in enforcing the judgment and need to know whether we also need to renew our motion to enforce the judgment with respect to the interest that is accruing.

Thanks,
Connor

**Connor Blair**
Partner | Bradley
cblair@bradley.com
d: 615.252.3887

---

**From:** Munkwitz, Kelly <Kelly.Munkwitz@ag.ny.gov>
**Sent:** Tuesday, March 12, 2024 11:18 AM
**To:** Blair, Connor <CBlair@bradley.com>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

I'm pretty sure they send it regular mail.  Please let me know when you receive it.
Thanks,
Kelly

**Kelly L. Munkwitz | Bureau Chief**
Office of the New York State Attorney General
Litigation Bureau
The Capitol
Albany, New York  12224
Kelly.Munkwitz@ag.ny.gov
Telephone:  518.776.2626
Facsimile:  518.915.7738

**From:** Blair, Connor <CBlair@bradley.com>
**Sent:** Tuesday, March 12, 2024 11:53 AM

1

**To:** Munkwitz, Kelly <Kelly.Munkwitz@ag.ny.gov>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

Thank you, Kelly. We have not yet received it. Do you have a tracking number?

**Connor Blair**
Partner | Bradley
cblair@bradley.com
d: 615.252.3887

---

**From:** Munkwitz, Kelly <Kelly.Munkwitz@ag.ny.gov>
**Sent:** Tuesday, March 12, 2024 10:48 AM
**To:** Blair, Connor <CBlair@bradley.com>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

Connor,
I was advised that payment went out on March 8, 2024.  Please advise if you received it.
Thank you,
Kelly

**Kelly L. Munkwitz | Bureau Chief**
Office of the New York State Attorney General
Litigation Bureau
The Capitol
Albany, New York  12224
Kelly.Munkwitz@ag.ny.gov
Telephone:  518.776.2626
Facsimile:  518.915.7738

**From:** Munkwitz, Kelly
**Sent:** Friday, March 1, 2024 10:18 AM
**To:** Blair, Connor <CBlair@bradley.com>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

Connor,
I was advised that the check will issue next week.
Best,
Kelly

**Kelly L. Munkwitz | Bureau Chief**
Office of the New York State Attorney General
Litigation Bureau
The Capitol
Albany, New York  12224
Kelly.Munkwitz@ag.ny.gov
Telephone:  518.776.2626
Facsimile:  518.915.7738

**From:** Blair, Connor <CBlair@bradley.com>
**Sent:** Thursday, February 29, 2024 2:12 PM

**To:** Munkwitz, Kelly <Kelly.Munkwitz@ag.ny.gov>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

To avoid any confusion, if the check were to issue today it should be for $458,337.70, which includes the award of $447,700.82 + $10,636.88 in interest that has accrued on that award.

Thanks,
Connor

**Connor Blair**
Partner | Bradley
cblair@bradley.com
d: 615.252.3887

---

**From:** Blair, Connor
**Sent:** Thursday, February 29, 2024 12:58 PM
**To:** Munkwitz, Kelly <Kelly.Munkwitz@ag.ny.gov>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

Kelly, I'm following up on my email from last week and on my voicemail from this morning. Please confirm when the check will issue and that the check will include all interest that has accrued.

Thank you,
Connor

**Connor Blair**
Partner | Bradley
cblair@bradley.com
d: 615.252.3887

---

**From:** Blair, Connor
**Sent:** Friday, February 23, 2024 2:32 PM
**To:** Munkwitz, Kelly <Kelly.Munkwitz@ag.ny.gov>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

Before the check issues, please confirm the amount of the check. Interest has been running and the amount increases every day. The amount should be accurate on the day we receive it so we do not have to repeat this process.

Thanks,
Connor

**Connor Blair**
Partner | Bradley
cblair@bradley.com
d: 615.252.3887

---

**From:** Munkwitz, Kelly <Kelly.Munkwitz@ag.ny.gov>
**Sent:** Friday, February 23, 2024 1:11 PM

**To:** Blair, Connor <CBlair@bradley.com>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

Good afternoon Blair,
I did. There was a delay in OCA certifying the payment. It's now been done and OSC has all the paperwork. A check should issue shortly.
Have a good weekend,
Kelly

**Kelly L. Munkwitz | Bureau Chief**
Office of the New York State Attorney General
Litigation Bureau
The Capitol
Albany, New York  12224
Kelly.Munkwitz@ag.ny.gov
Telephone:  518.776.2626
Facsimile:  518.915.7738

**From:** Blair, Connor <CBlair@bradley.com>
**Sent:** Thursday, February 22, 2024 9:44 AM
**To:** Munkwitz, Kelly <Kelly.Munkwitz@ag.ny.gov>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

Kelly, have you received an update from OSC?

Thanks,
Connor

**Connor Blair**
Partner | Bradley
cblair@bradley.com
d: 615.252.3887

**From:** Munkwitz, Kelly <Kelly.Munkwitz@ag.ny.gov>
**Sent:** Tuesday, February 20, 2024 8:01 AM
**To:** Blair, Connor <CBlair@bradley.com>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

Good morning Blair,
I will reach out to OSC this morning.
Best,
Kelly

**Kelly L. Munkwitz | Bureau Chief**
Office of the New York State Attorney General
Litigation Bureau
The Capitol
Albany, New York  12224
Kelly.Munkwitz@ag.ny.gov
Telephone:  518.776.2626

Facsimile:  518.915.7738

**From:** Blair, Connor <CBlair@bradley.com>
**Sent:** Monday, February 19, 2024 11:09 AM
**To:** Munkwitz, Kelly <Kelly.Munkwitz@ag.ny.gov>
**Cc:** Sweeney, John Parker <JSweeney@bradley.com>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

Good morning, Kelly. We have not yet received the check. What is the status of the check and by when may we expect to receive it?

Thank you,
Connor

**Connor Blair**
Partner | Bradley
cblair@bradley.com
d: 615.252.3887

**From:** Munkwitz, Kelly <Kelly.Munkwitz@ag.ny.gov>
**Sent:** Tuesday, January 9, 2024 5:11 PM
**To:** Blair, Connor <CBlair@bradley.com>
**Cc:** Sweeney, John Parker <JSweeney@bradley.com>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

Good Afternoon Connor,
It is our understanding the letters are sufficient.  I sent up my ladder within an hour of receiving them and they've been sent to OSC.  While OSC started the process initially, I don't know what more they have to do.  I don't know when the check will issue, but it's in the works.  If you don't hear in a couple of weeks, reach back out and I will then be able to follow up with them.
Best,
Kelly

**Kelly L. Munkwitz | Bureau Chief**
Office of the New York State Attorney General
Litigation Bureau
The Capitol
Albany, New York  12224
Kelly.Munkwitz@ag.ny.gov
Telephone:  518.776.2626
Facsimile:  518.915.7738

**From:** Blair, Connor <CBlair@bradley.com>
**Sent:** Tuesday, January 9, 2024 12:46 PM
**To:** Munkwitz, Kelly <Kelly.Munkwitz@ag.ny.gov>
**Cc:** Sweeney, John Parker <JSweeney@bradley.com>
**Subject:** RE: NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

**[EXTERNAL]**

Good afternoon, Kelly. I'm following up on the below and my voicemails regarding the attorneys' fees and costs in this matter. Please confirm that the attached letters are sufficient for payment to be remitted to Bradley Arant Boult Cummings c/o John Sweeney. Please also advise when payment will be initiated.

Thank you,
Connor

**Connor Blair**
Partner | Bradley
cblair@bradley.com
d: 615.252.3887

**From:** Blair, Connor <CBlair@bradley.com>
**Sent:** Thursday, December 21, 2023 2:58 PM
**To:** Kelly.munkwitz@ag.ny.gov
**Cc:** Sweeney, John Parker <JSweeney@bradley.com>
**Subject:** NYSRPA v. Nigrelli, No. 1: 18-cv-00134-BKS-ATB

Kelly,

Attached please find signed and notarized letters from each plaintiff, requesting that the attorneys' fees and costs be remitted to Bradley Arant Boult Cummings c/o John Sweeney. The judgment is for $447,700.82 and, as of today, $5,983.24 has accrued in post-judgment interest.

Please let John Sweeney or me know if you have any questions.

Thank you,
Connor



**Connor Blair**
Partner
e: cblair@bradley.com  w: bradley.com
d: 615.252.3887
Bradley Arant Boult Cummings LLP
Roundabout Plaza, 1600 Division Street, Suite 700
Nashville, TN 37203

LinkedIn | Facebook | Twitter | Instagram | Blogs | My Bio

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.