IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | ) Civil Action No. 1:18-cv-00134-BKS-ATB<br>) |
| STEVEN G. JAMES, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE, *et al.*, | )<br>)<br>)<br>)<br>) |
| *Defendants*. | ) |

**NOTICE OF WITHDRAWAL OF MOTIONS TO ENFORCE
THE COURT'S JUDGMENT**

Plaintiffs Brandon Koch, Robert Nash, and the New York Pistol and Rifle Association, Inc., hereby withdraw their pending motions to enforce the Court's judgment. (ECF Nos. 76, 77, 78).

Dated: April 2, 2024

Respectfully submitted,

*/s/ John Parker Sweeney*
John Parker Sweeney
James W. Porter, III
Connor M. Blair
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: 202-719-8316
jsweeney@bradley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I electronically filed the foregoing with the Clerk of the Count using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel.

Dated: April 2, 2024                               <u>*/s/ John Parker Sweeney*</u>
                                                   John Parker Sweeney

                                                   *Counsel for Plaintiffs*